**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH, INC.,** | : | Case No. 24-_____ (   ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 98-1524224 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PRIMARY CARE (ITC) INTERMEDIATE HOLDINGS, LLC,** | : | Case No. 24-_____ (   ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 81-3528879 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH, LLC,** | : | Case No. 24-_____ (   ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 26-4543872 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH NEVADA NETWORK, LLC,** | : | Case No. 24- _____ (   ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 88-3142201 | : | |

---------------------------------------------------------- x

```
------------------------------------------------------------ x
In re                                :        Chapter 11
                                     :
CANO OCCUPATIONAL HEALTH, LLC,       :        Case No. 24-_____ (   )
                                     :
            Debtor.                  :
                                     :
Tax I.D. 84-1978353                  :
------------------------------------------------------------ x
In re                                :        Chapter 11
                                     :
AMERICAN CHOICE HEALTHCARE, LLC,     :        Case No. 24-_____ (   )
                                     :
            Debtor.                  :
                                     :
Tax I.D. 84-4935146                  :
------------------------------------------------------------ x
In re                                :        Chapter 11
                                     :
CANO PCP WOUND CARE, LLC,            :        Case No. 24-_____ (   )
                                     :
            Debtor.                  :
                                     :
Tax I.D. 38-4132308                  :
------------------------------------------------------------ x
In re                                :        Chapter 11
                                     :
CANO PERSONAL BEHAVIOR LLC,          :        Case No. 24-_____ (   )
                                     :
            Debtor                   :
                                     :
Tax I.D. 87-1770417                  :
------------------------------------------------------------ x
In re                                :        Chapter 11
                                     :
CANO PCP, LLC,                       :        Case No. 24-_____ (   )
                                     :
            Debtor.                  :
                                     :
Tax I.D. 84-3143969                  :
------------------------------------------------------------ x
```

```
------------------------------------------------------ x
In re                                       :        Chapter 11
                                            :
CANO BEHAVIOR HEALTH LLC,                   :        Case No. 24-_____ (   )
                                            :
            Debtor.                         :
                                            :
Tax I.D. 87-1457466                         :
------------------------------------------------------ x
In re                                       :        Chapter 11
                                            :
CANO BELEN, LLC,                            :        Case No. 24-_____ (   )
                                            :
            Debtor.                         :
                                            :
Tax I.D. 84-2805805                         :
------------------------------------------------------ x
In re                                       :        Chapter 11
                                            :
CANO HEALTH NEW MEXICO LLC,                 :        Case No. 24-_____ (   )
                                            :
            Debtor.                         :
                                            :
Tax I.D. 86-3338633                         :
------------------------------------------------------ x
In re                                       :        Chapter 11
                                            :
COMPLETE MEDICAL BILLING AND                :        Case No. 24-_____ (   )
CODING SERVICES, LLC,                       :
                                            :
            Debtor.                         :
                                            :
Tax I.D. 81-5336366                         :
------------------------------------------------------ x
In re                                       :        Chapter 11
                                            :
CANO HEALTH OF PUERTO RICO LLC,             :        Case No. 24- _____ (   )
                                            :
            Debtor.                         :
                                            :
        Tax I.D. No. 66-0987541             :
------------------------------------------------------ x
```

```
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CANO HEALTH OF FLORIDA, LLC,                    :    Case No. 24-_____ (   )
                                                :
            Debtor.                             :
                                                :
Tax I.D. 82-2214086                             :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CANO HEALTH CA1 MSO LLC,                        :    Case No. 24- _____ (   )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 87-2475704                         :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
COMFORT PHARMACY 2, LLC,                        :    Case No. 24-_____ (   )
                                                :
            Debtor.                             :
                                                :
Tax I.D. 47-5297423                             :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CANO MEDICAL CENTER OF WEST                     :    Case No. 24-_____ (   )
FLORIDA, LLC,                                   :
                                                :
            Debtor.                             :
                                                :
Tax I.D. 82-3547622                             :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CH DENTAL ADMINISTRATIVE                        :    Case No. 24-_____ (   )
SERVICES LLC,                                   :
                                                :
            Debtor.                             :
                                                :
Tax I.D. 82-5065396                             :
------------------------------------------------ x
```

```
------------------------------------------------------------ x
In re                                      :        Chapter 11
                                           :
DGM MSO, LLC,                              :        Case No. 24-_____ (   )
                                           :
             Debtor.                       :
                                           :
Tax I.D. 82-3464109                        :
------------------------------------------------------------ x
In re                                      :        Chapter 11
                                           :
CANO RESEARCH LLC,                         :        Case No. 24-_____ (   )
                                           :
             Debtor.                       :
                                           :
Tax I.D. 86-3419684                        :
------------------------------------------------------------ x
In re                                      :        Chapter 11
                                           :
CANO PCP MSO, LLC,                         :        Case No. 24-_____ (   )
                                           :
             Debtor.                       :
                                           :
Tax I.D. 84-3331566                        :
------------------------------------------------------------ x
In re                                      :        Chapter 11
                                           :
CANO HP MSO, LLC,                          :        Case No. 24-_____ (   )
                                           :
             Debtor.                       :
                                           :
Tax I.D. 84-4922112                        :
------------------------------------------------------------ x
```

```
------------------------------------------------------- x      Chapter 11
In re                                                   :
                                                        :      Case No. 24- _____  (    )
ACH MANAGEMENT SERVICES, LLC,                           :
                                                        :
            Debtor.                                     :
                                                        :
Tax I.D. No. 87-2487117                                 :
------------------------------------------------------- x
In re                                                   :      Chapter 11
                                                        :
CHPR MSO LLC,                                           :      Case No. 24- _____  (    )
                                                        :
            Debtor.                                     :
                                                        :
Tax I.D. No. 66-1007944                                 :
------------------------------------------------------- x
In re                                                   :      Chapter 11
                                                        :
ORANGE HEALTHCARE                                       :      Case No. 24-_____  (    )
ADMINISTRATION, LLC,                                    :
                                                        :
            Debtor.                                     :
                                                        :
Tax I.D. 85-0988972                                     :
------------------------------------------------------- x
In re                                                   :      Chapter 11
                                                        :
ORANGE CARE GROUP SOUTH FLORIDA :             Case No. 24-_____  (    )
MANAGEMENT SERVICES                                     :
ORGANIZATION, LLC,                                      :
                                                        :
            Debtor.                                     :
                                                        :
Tax I.D. 87-2706726                                     :
------------------------------------------------------- x
```

```
------------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
ORANGE ACCOUNTABLE CARE                        :        Case No. 24-_____ (   )
ORGANIZATION OF SOUTH FLORIDA                  :
LLC,                                           :
                                               :
              Debtor.                          :
                                               :
Tax I.D. 81-2770116                            :
                                               :
------------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
ORANGE ACCOUNTABLE CARE                        :        Case No. 24-_____ (   )
ORGANIZATION, LLC,                             :
                                               :
              Debtor.                          :
                                               :
Tax I.D. 87-1671929                            :
------------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
AMERICAN CHOICE COMMERCIAL ACO,                :        Case No. 24- _____ (   )
LLC,                                           :
                                               :
              Debtor.                          :
                                               :
Tax I.D. No. 36-5016909                        :
------------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
ORANGE CARE IPA OF NEW YORK, LLC,              :        Case No. 24- _____ (   )
                                               :
              Debtor.                          :
                                               :
Tax I.D. No. 85-1292143                        :
------------------------------------------------------------ x
```

```
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
ORANGE CARE IPA OF NEW JERSEY,                  :    Case No. 24- _____ (    )
LLC,                                            :
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 85-1292238                         :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
TOTAL CARE ACO, LLC,                            :    Case No. 24- _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 46-5759177                         :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CANO HEALTH CA1, LLC,                           :    Case No. 24- _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 87-2749352                         :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
CANO HEALTH ILLINOIS 1 MSO, LLC ,               :    Case No. 24- _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 87-3052172                         :
------------------------------------------------ x
In re                                           :    Chapter 11
                                                :
SOLIS NETWORK SOLUTIONS, LLC                    :    Case No. 24- _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 88-1110916                         :
------------------------------------------------ x
```

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PHYSICIANS PARTNERS GROUP MERGER, LLC,** | : | **Case No. 24-** _____ ( ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 82-0977805 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PHYSICIANS PARTNERS GROUP PUERTO RICO, LLC,** | : | **Case No. 24-** _____ ( ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 66-0925015 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PHYSICIANS PARTNERS GROUP OF FL, LLC,** | : | **Case No. 24-** _____ ( ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 82-2627889 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PPG PUERTO RICO BLOCKER, INC.,** | : | **Case No. 24-** _____ ( ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 84-4120252 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PHYSICIANS PARTNERS GROUP PUERTO RICO, LLC,** | : | **Case No. 24-** _____ ( ) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. N/A | : | |

---------------------------------------------------------- x

```
------------------------------------------------- x
In re                                            :        Chapter 11
                                                 :
CANO HEALTH ILLINOIS NETWORK,                    :        Case No. 24- _____ (   )
LLC,                                             :
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 88-3024609                          :
------------------------------------------------- x
In re                                            :        Chapter 11
                                                 :
CANO PHARMACY, LLC,                              :        Case No. 24- _____ (   )
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 27-1939911                          :
------------------------------------------------- x
In re                                            :        Chapter 11
                                                 :
IFB PHARMACY, LLC,                               :        Case No. 24- _____ (   )
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 45-5478626                          :
------------------------------------------------- x
In re                                            :        Chapter 11
                                                 :
BELEN PHARMACY GROUP, LLC,                       :        Case No. 24- _____ (   )
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 27-3825089                          :
------------------------------------------------- x
In re                                            :        Chapter 11
                                                 :
UNIVERSITY HEALTH CARE                           :        Case No. 24- _____ (   )
PHARMACY, LLC,                                   :
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 45-1804682                          :
------------------------------------------------- x
```

```
------------------------------------------------------- x
In re                                    :        Chapter 11
                                         :
CANO HEALTH NEW YORK, IPA, LLC,          :        Case No. 24- _____ (   )
                                         :
            Debtor.                      :
                                         :
Tax I.D. No. 92-3334725                  :
------------------------------------------------------- x
In re                                    :        Chapter 11
                                         :
CLINICAL RESEARCH OF HOLLYWOOD,          :        Case No. 24- _____ (   )
P.A.,                                    :
                                         :
            Debtor.                      :
                                         :
Tax I.D. No. 27-5401264                  :
------------------------------------------------------- x
```

## MOTION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, respectfully represent as follows:

### Relief Requested

1.     By this motion (the "**Motion**"), pursuant to Rule 1015–1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), the Debtors request entry of an order directing consolidation of their chapter 11 cases for procedural purposes only.

2.     A proposed form of order granting the relief requested is annexed hereto as **Exhibit A** (the "**Proposed Order**").

**Background**

3.      Beginning on February 4, 2024, the Debtors each commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

4.      The Debtors, together with their non-debtor affiliates, are one of the largest independent primary care physician groups in the United States.  The Debtors commenced their chapter 11 cases on a prearranged basis with the support, pursuant to the terms of a restructuring support agreement  (the "**Restructuring Support Agreement**"),  of  creditors  holding approximately 86% of the Debtors' secured revolving and term loan debt and approximately 92% of the Debtors' senior unsecured notes (collectively, the "**Consenting Creditors**").  With the support of the Consenting Creditors, the Debtors are seeking to implement a comprehensive restructuring, which may be implemented through a chapter 11 plan or a sale of substantially all of the Debtors' assets.  The Debtors expect to file a chapter 11 plan and disclosure statement in short order, consistent with the terms of the Restructuring Support Agreement, and to efficiently and expeditiously proceed through these cases towards emergence.

5.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Mark Kent in Support of Debtors' Chapter 11 Petitions* (the "**Kent Declaration**") and the *Declaration of Clayton Gring in Support of the Debtors' First Day Relief* (the "**Gring Declaration**" and, together with the Kent Declaration, the "**First Day Declarations**"), each filed contemporaneously herewith and incorporated by reference herein.

## Jurisdiction

6.    The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

7.    Pursuant to Local Bankruptcy Rule 9013–1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## Relief Requested Should be Granted

8.    Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Under section 101(2) of the Bankruptcy Code, the term "affiliate" means:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
>> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or
>>
>> (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;
>
> (B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

> (i) in a fiduciary or agency capacity without sole
>    discretionary power to vote such securities; or
>
> (ii) solely to secure a debt, if such entity has not in fact
>    exercised such power to vote . . . .

11 U.S.C. § 101(2). The Debtors are "affiliates" as that term is defined in section 101(2) of the

Bankruptcy Code, because Cano Health, Inc. owns, either directly or indirectly, at least 20% of

the outstanding voting securities in each Debtor. Accordingly, the Court is authorized to jointly

administer these chapter 11 cases for procedural purposes.

9.    In addition, Local Bankruptcy Rule 1015–1 provides, in relevant part, as

follows:

> An order of joint administration may be entered, without notice and
> an opportunity for hearing, upon the filing of a motion for joint
> administration . . . supported by an affidavit, declaration or
> verification, which establishes that the joint administration of two or
> more cases pending in this Court under title 11 is warranted and will
> ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015–1.

10.    As set forth in the Gring Declaration, joint administration of these cases will

save the Debtors and their estates substantial time and expense because it will remove the need to

prepare, replicate, file, and serve duplicative notices, applications, and orders. Further, joint

administration will relieve the Court of entering duplicative orders and maintaining duplicative

files and dockets. The United States Trustee for the District of Delaware (the "**U.S. Trustee**") and

other parties in interest will similarly benefit from joint administration of these chapter 11 cases,

as it will spare them the time and effort of reviewing duplicative pleadings and papers.

11.    Joint administration will not adversely affect creditors' rights because this

Motion requests administrative consolidation of the Debtors' estates for procedural purposes only

and does not seek substantive consolidation.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

12.     The Debtors respectfully request these cases be administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------- x
                                                                :
**In re**                                                       :     **Chapter 11**
                                                                :
**CANO HEALTH, INC.,** *et al.,*                                :     **Case No. 24-10164 (      )**
                                                                :
**Debtors.**[1]                                                 :     **(Jointly Administered)**
                                                                :
--------------------------------------------------------------- x

---

[1]    The last four digits of Cano Health, Inc.'s tax identification number are 4224.  A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth.  The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

13.     The Debtors also request the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of Cano Health, Inc.) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Cano Health, Inc., *et al.*  The docket in Case No. 24-10164 (      ) should be consulted for all matters affecting this case.

14.     Based on the foregoing, the relief requested herein is necessary and appropriate, is in the best interests of the Debtors' estates and creditors, and should be granted.

**<u>Notice</u>**

15.     Notice of this Motion will be provided to the following parties (each as defined in the First Day Declarations): (a) the U.S. Trustee (Attn: Benjamin A. Hackman, Esq. (Benjamin.A.Hackman@usdoj.gov) and Jon Lipshie, Esq. (Jon.Lipshie@usdoj.gov)); (b) the

holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (c) the Internal Revenue Service; (d) the U.S. Securities and Exchange Commission; (e) the United States Attorney's Office for the District of Delaware; (f) Gibson, Dunn & Crutcher LLP, 200 Park Ave, New York, NY 10166 (Attn: Scott J. Greenberg, Esq. (SGreenberg@gibsondunn.com), Michael J. Cohen, Esq. (MCohen@gibsondunn.com) and Christina M. Brown, Esq. (christina.brown@gibsondunn.com)) and Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street #1700, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and James O'Neill, Esq. (joneill@pszjlaw.com)), as counsel to the Ad Hoc First Lien Group; (g) ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor New York, NY 10019 (Attn: Jeffrey R. Gleit, Esq. (jeffrey.gleit@afslaw.com)), as counsel to the DIP Agent; (h) Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, New York, NY 10022 (Attn: Mark F. Liscio, Esq. (mark.liscio@freshfields.com) and Scott D Talmadge, Esq. (scott.talmadge@freshfields.com)), as counsel to the Agent under the CS Credit Agreement; (i) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602 (Attn: Evan Palenschat, Esq. (EPalenschat@proskauer.com)), as counsel to the Agent under the Side-Car Credit Agreement; (j) U.S. Bank National Association, West Side Flats 60 Livingston Ave. EP-MN-WS3C Saint Paul, MN 55107 (Attn: Global Corporate Trust Services), the Indenture Trustee under the Senior Note Indenture; (k) any party that is entitled to notice pursuant to Local Bankruptcy Rule 9013–1(m) (collectively, the "**Notice Parties**").  Notice of this Motion and any order entered hereon will be served in accordance with Local Bankruptcy Rule 9013–1(m).

16.     The Debtors respectfully submit that no further notice is required.  No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: February 5, 2024
      Wilmington, Delaware

        */s/ Michael J. Merchant*
        RICHARDS, LAYTON & FINGER, P.A.
        Mark D. Collins (No. 2981)
        Michael J. Merchant (No. 3854)
        Amanda R. Steele (No. 5530)
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: 302-651-7700
        Email: collins@rlf.com
               merchant@rlf.com
               steele@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Gary T. Holtzer (*pro hac vice* pending)
        Jessica Liou (*pro hac vice* pending)
        Matthew P. Goren (*pro hac vice* pending)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Emails: gary.holtzer@weil.com
              jessica.liou@weil.com
              matthew.goren@weil.com

        *Proposed Attorneys for the Debtors*
        *and the Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH, INC.,** | : | **Case No. 24-_____ (   )** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 98-1524224 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **PRIMARY CARE (ITC) INTERMEDIATE HOLDINGS, LLC,** | : | **Case No. 24-_____ (   )** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 81-3528879 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH, LLC,** | : | **Case No. 24-_____ (   )** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 26-4543872 | : | |

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH NEVADA NETWORK, LLC,** | : | **Case No. 24- _____ (   )** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 88-3142201 | : | |

---------------------------------------------------------- x

```
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CANO OCCUPATIONAL HEALTH, LLC,                 :        Case No. 24-_____  (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. 84-1978353                            :
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
AMERICAN CHOICE HEALTHCARE, LLC,              :        Case No. 24-_____  (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. 84-4935146                            :
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CANO PCP WOUND CARE, LLC,                      :        Case No. 24-_____  (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. 38-4132308                            :
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CANO PERSONAL BEHAVIOR LLC,                    :        Case No. 24-_____  (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. 87-1770417                            :
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CANO PCP, LLC,                                 :        Case No. 24-_____  (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. 84-3143969                            :
------------------------------------------------------ x
```

```
--------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
CANO BEHAVIOR HEALTH LLC,                          :        Case No. 24-_____ (   )
                                                   :
             Debtor.                               :
                                                   :
Tax I.D. 87-1457466                                :
--------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
CANO BELEN, LLC,                                   :        Case No. 24-_____ (   )
                                                   :
             Debtor.                               :
                                                   :
Tax I.D. 84-2805805                                :
--------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
CANO HEALTH NEW MEXICO LLC,                        :        Case No. 24-_____ (   )
                                                   :
             Debtor.                               :
                                                   :
Tax I.D. 86-3338633                                :
--------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
COMPLETE MEDICAL BILLING AND                       :        Case No. 24-_____ (   )
CODING SERVICES, LLC,                              :
                                                   :
             Debtor                                :
                                                   :
Tax I.D. 81-5336366                                :
--------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
CANO HEALTH OF PUERTO RICO LLC,                    :        Case No. 24- _____ (   )
                                                   :
             Debtor.                               :
                                                   :
Tax I.D. No. 66-0987541                            :
--------------------------------------------------- x
```

```
------------------------------------------------------- x
In re                                     :        Chapter 11
                                          :
CANO HEALTH OF FLORIDA, LLC,              :        Case No. 24-_____ (   )
                                          :
              Debtor.                     :
                                          :
Tax I.D. 82-2214086                       :
------------------------------------------------------- x
In re                                     :        Chapter 11
                                          :
CANO HEALTH CA1 MSO LLC,                  :        Case No. 24- _____ (   )
                                          :
              Debtor.                     :
                                          :
Tax I.D. No. 87-2475704                   :
------------------------------------------------------- x
In re                                     :        Chapter 11
                                          :
COMFORT PHARMACY 2, LLC,                  :        Case No. 24-_____ (   )
                                          :
              Debtor.                     :
                                          :
Tax I.D. 47-5297423                       :
------------------------------------------------------- x
In re                                     :        Chapter 11
                                          :
CANO MEDICAL CENTER OF WEST               :        Case No. 24-_____ (   )
FLORIDA, LLC,                             :
                                          :
              Debtor.                     :
                                          :
Tax I.D. 82-3547622                       :
------------------------------------------------------- x
In re                                     :        Chapter 11
                                          :
CH DENTAL ADMINISTRATIVE                  :        Case No. 24-_____ (   )
SERVICES LLC,                             :
                                          :
              Debtor.                     :
                                          :
Tax I.D. 82-5065396                       :
------------------------------------------------------- x
```

```
-------------------------------------------------- x
In re                                             :     Chapter 11
                                                  :
DGM MSO, LLC,                                     :     Case No. 24-_____ (   )
                                                  :
          Debtor.                                 :
                                                  :
Tax I.D. 82-3464109                               :
-------------------------------------------------- x
In re                                             :     Chapter 11
                                                  :
CANO RESEARCH LLC,                                :     Case No. 24-_____ (   )
                                                  :
          Debtor.                                 :
                                                  :
Tax I.D. 86-3419684                               :
-------------------------------------------------- x
In re                                             :     Chapter 11
                                                  :
CANO PCP MSO, LLC,                                :     Case No. 24-_____ (   )
                                                  :
          Debtor.                                 :
                                                  :
Tax I.D. 84-3331566                               :
-------------------------------------------------- x
In re                                             :     Chapter 11
                                                  :
CANO HP MSO, LLC,                                 :     Case No. 24-_____ (   )
                                                  :
          Debtor.                                 :
                                                  :
Tax I.D. 84-4922112                               :
-------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :    Chapter 11
In re                                                   :
                                                        :
ACH MANAGEMENT SERVICES, LLC,                           :    Case No. 24- _____ (   )
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 87-2487117                                 :
------------------------------------------------------- x
In re                                                   :    Chapter 11
                                                        :
CHPR MSO LLC,                                           :    Case No. 24- _____ (   )
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 66-1007944                                 :
------------------------------------------------------- x
In re                                                   :    Chapter 11
                                                        :
ORANGE HEALTHCARE                                       :    Case No. 24-_____ (   )
ADMINISTRATION, LLC,                                    :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. 85-0988972                                     :
------------------------------------------------------- x
In re                                                   :    Chapter 11
                                                        :
ORANGE CARE GROUP SOUTH FLORIDA :                            Case No. 24-_____ (   )
MANAGEMENT SERVICES                                     :
ORGANIZATION, LLC,                                      :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. 87-2706726                                     :
------------------------------------------------------- x
```

```
------------------------------------------------------- x
In re                                          :          Chapter 11
                                               :
ORANGE ACCOUNTABLE CARE                        :          Case No. 24-_____ (   )
ORGANIZATION OF SOUTH FLORIDA                  :
LLC,                                           :
                                               :
          Debtor.                              :
                                               :
Tax I.D. 81-2770116                            :
                                               :
------------------------------------------------------- x
In re                                          :          Chapter 11
                                               :
ORANGE ACCOUNTABLE CARE                        :          Case No. 24-_____ (   )
ORGANIZATION, LLC,                             :
                                               :
          Debtor.                              :
                                               :
Tax I.D. 87-1671929                            :
------------------------------------------------------- x
In re                                          :          Chapter 11
                                               :
AMERICAN CHOICE COMMERCIAL ACO,                :          Case No. 24- _____ (   )
LLC,                                           :
                                               :
          Debtor.                              :
                                               :
Tax I.D. No. 36-5016909                        :
------------------------------------------------------- x
In re                                          :          Chapter 11
                                               :
ORANGE CARE IPA OF NEW YORK, LLC,              :          Case No. 24- _____ (   )
                                               :
          Debtor.                              :
                                               :
Tax I.D. No. 85-1292143                        :
------------------------------------------------------- x
```

```
------------------------------------------------------- x
In re                                   :    Chapter 11
                                        :
ORANGE CARE IPA OF NEW JERSEY,          :    Case No. 24- _____ (    )
LLC,                                    :
                                        :
          Debtor.                       :
                                        :
Tax I.D. No. 85-1292238                 :
                                        :
------------------------------------------------------- x
In re                                   :    Chapter 11
                                        :
TOTAL CARE ACO, LLC,                    :    Case No. 24- _____ (    )
                                        :
          Debtor.                       :
                                        :
Tax I.D. No. 46-5759177                 :
------------------------------------------------------- x
In re                                   :    Chapter 11
                                        :
CANO HEALTH CA1, LLC,                   :    Case No. 24- _____ (    )
                                        :
          Debtor.                       :
                                        :
Tax I.D. No. 87-2749352                 :
------------------------------------------------------- x
In re                                   :    Chapter 11
                                        :
CANO HEALTH ILLINOIS 1 MSO, LLC ,       :    Case No. 24- _____ (    )
                                        :
          Debtor.                       :
                                        :
Tax I.D. No. 87-3052172                 :
------------------------------------------------------- x
In re                                   :    Chapter 11
                                        :
SOLIS NETWORK SOLUTIONS, LLC,           :    Case No. 24- _____ (    )
                                        :
          Debtor.                       :
                                        :
Tax I.D. No. 88-1110916                 :
------------------------------------------------------- x
```

```
----------------------------------------------------------- x
In re                                          :      Chapter 11
                                               :
PHYSICIANS PARTNERS GROUP                      :      Case No. 24- _____ (   )
MERGER, LLC,                                   :
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 82-0977805                        :
----------------------------------------------------------- x
In re                                          :      Chapter 11
                                               :
PHYSICIANS PARTNERS GROUP PUERTO               :      Case No. 24- _____ (   )
RICO, LLC,                                     :
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 66-0925015                        :
----------------------------------------------------------- x
In re                                          :      Chapter 11
                                               :
PHYSICIANS PARTNERS GROUP OF FL,               :      Case No. 24- _____ (   )
LLC,                                           :
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 82-2627889                        :
----------------------------------------------------------- x
In re                                          :      Chapter 11
                                               :
PPG PUERTO RICO BLOCKER, INC.,                 :      Case No. 24- _____ (   )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 84-4120252                        :
----------------------------------------------------------- x
In re                                          :      Chapter 11
                                               :
PHYSICIANS PARTNERS GROUP PUERTO               :      Case No. 24- _____ (   )
RICO, LLC,                                     :
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. N/A                               :
----------------------------------------------------------- x
```

```
--------------------------------------------------- x
In re                                      :         Chapter 11
                                           :
CANO HEALTH ILLINOIS NETWORK,              :         Case No. 24- _____ (   )
LLC,                                       :
                                           :
            Debtor.                        :
                                           :
Tax I.D. No. 88-3024609                    :
--------------------------------------------------- x
In re                                      :         Chapter 11
                                           :
CANO PHARMACY, LLC,                        :         Case No. 24- _____ (   )
                                           :
            Debtor.                        :
                                           :
Tax I.D. No. 27-1939911                    :
--------------------------------------------------- x
In re                                      :         Chapter 11
                                           :
IFB PHARMACY, LLC,                         :         Case No. 24- _____ (   )
                                           :
            Debtor.                        :
                                           :
Tax I.D. No. 45-5478626                    :
--------------------------------------------------- x
In re                                      :         Chapter 11
                                           :
BELEN PHARMACY GROUP, LLC,                 :         Case No. 24- _____ (   )
                                           :
            Debtor.                        :
                                           :
Tax I.D. No. 27-3825089                    :
--------------------------------------------------- x
In re                                      :         Chapter 11
                                           :
UNIVERSITY HEALTH CARE                     :         Case No. 24- _____ (   )
PHARMACY, LLC,                             :
                                           :
            Debtor.                        :
                                           :
Tax I.D. No. 45-1804682                    :
--------------------------------------------------- x
```

```
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CANO HEALTH NEW YORK, IPA, LLC,                :        Case No. 24- _____ (    )
                                               :
               Debtor.                         :
                                               :
Tax I.D. No. 92-3334725                        :
------------------------------------------------------ x
In re                                          :        Chapter 11
                                               :
CLINICAL RESEARCH OF HOLLYWOOD,                :        Case No. 24- _____ (    )
P.A.,                                          :
               Debtor.                         :
                                               :
Tax I.D. No. 27-5401264                        :
------------------------------------------------------ x
```

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion, dated February 5, 2024 (the "**Motion**")[1] of Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, pursuant to Rule 1015–1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), for entry of an order directing joint administration of the Debtors' chapter 11 cases, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and §1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

---

[1]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declarations and the record of the Hearing; and all objections to the relief requested in the Motion on an interim basis, if any, having been withdrawn, resolved, or overruled; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

<strong>IT IS HEREBY ORDERED THAT:</strong>

1.      The Motion is granted to the extent set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-10164 (___).

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

4.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

|  |  |  |
|---|---|---|
|  | : |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **CANO HEALTH, INC., *et al.*,** | : | **Case No. 24-10164 (      )** |
|  | : |  |
| **Debtors.[1]** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------- x

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224.  A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth.  The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

5.      All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Cano Health, Inc., Case No. 24-10164 (    ).

6.      A docket entry shall be made in each of the above-captioned cases (other than the chapter 11 case of Cano Health, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Cano Health, Inc., et al.  The docket in Case No. 24-10164 (      ) should be consulted for all matters affecting this case.

7.      The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

8.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.