IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
CANO HEALTH, INC., *et al.*,                                 :    Case No. 24–10164 (KBO)
                                                             :
                                    Debtors.¹                :    (Jointly Administered)
                                                             :
                                                             :    Obj. Deadline: February 29, 2024 at 4:00 p.m. (ET)
                                                             :    Hearing Date: March 7, 2024 at 10:00 a.m. (ET)
------------------------------------------------------------ x    Re: Docket No. 19

**NOTICE OF HEARING WITH RESPECT TO OMNIBUS MOTION OF DEBTORS
FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 365 AND 554(a)
AND FED. R. BANKR. P. 6006 AND 6007 (I) AUTHORIZING DEBTORS
TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN
CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on February 5, 2024, Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the *Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Redact Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief* [Docket No. 19] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). <u>You were previously served with a copy of the Motion</u>.

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd

---

¹ The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

Floor, Wilmington, Delaware 19801 on or before **February 29, 2024 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **March 7, 2024 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: February 6, 2024
      Wilmington, Delaware

                                        */s/ James F. McCauley*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       mccauley@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: gary.holtzer@weil.com
       jessica.liou@weil.com
       matthew.goren@weil.com

*Proposed Attorneys for the Debtors
and the Debtors in Possession*