IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **CANO HEALTH, INC.,** *et al.*, | : | Case No. 24-10164 (KBO) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.**[1] | : | |
| | : | Re: Docket No. 11 |

---

**CERTIFICATION OF COUNSEL REGARDING REVISED
ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 107, AND 521(a)(1)
AND FED. R. BANKR. P. 1007, 9018, AND 9037 (I) AUTHORIZING
IMPLEMENTATION OF PROCEDURES TO PROTECT CONFIDENTIAL
PATIENT INFORMATION AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On February 5, 2024, Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 107, and 521(a)(1) and Fed. R. Bankr. P. 1007, 9018, and 9037 for Entry of Order (I) Authorizing Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief* [Docket No. 11] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached thereto as **Exhibit A** was a proposed form of order granting the relief requested in the Motion (the "**Proposed Order**").

2. On February 6, 2024, the Court held an initial hearing (the "**First Day Hearing**") to consider, among other things, the relief requested in the Motion. At the First Day

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

Hearing, the Court indicated that it would enter the Proposed Order, subject to certain revisions being made consistent with the record made at the First Day Hearing.

3. Consistent with the record made at the First Day Hearing, the Debtors have prepared a revised version of the Proposed Order (the "**Revised Order**"), and a copy of the Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

4. The Revised Order has been circulated to the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), and the U.S. Trustee does not object to the entry of the Revised Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: February 6, 2024
Wilmington, Delaware

/s/ *James F. McCauley*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
mccauley@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: gary.holtzer@weil.com
jessica.liou@weil.com
matthew.goren@weil.com

*Proposed Attorneys for the Debtors
and the Debtors in Possession*