## Exhibit 1

## Revised Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                  :  Chapter 11
                                       :
CANO HEALTH, INC., *et al.*,           :  Case No. 24–10164 (KBO)
                                       :
Debtors.¹                              :  (Jointly Administered)
                                       :
------------------------------------------------------------ x  Re: Docket No. 12

**ORDER PURSUANT TO 11 U.S.C. §§ 105, 107,
AND 521 AND FED. R. BANKR. P. 1007, 2002, 9007, AND 9018
FOR ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO REDACT
CERTAIN PERSONAL IDENTIFICATION INFORMATION; (II) MODIFYING
REQUIREMENT TO FILE EQUITY SECURITY HOLDER LIST; (III) APPROVING
FORM AND MANNER OF NOTICE OF COMMENCEMENT, INCLUDING
SPECIAL NOTICING PROCEDURES FOR THE DEBTORS' CURRENT
AND FORMER PATIENTS; AND (IV) GRANTING RELATED RELIEF**

Upon the motion, dated February 5, 2024 [Docket No. 12] (the "**Motion**")² of Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, for entry of an order (i) authorizing the Debtors to redact in their Creditor Matrix and other documents filed in these chapter 11 cases certain personal identification information of current and former patients and other individual creditors and interest holders (the "**Personal Identification Information**"); (ii) modifying the requirement to file a list of the Debtors' equity security holders; (iii) approving the form and manner of notifying creditors and other stakeholders of the commencement of these chapter 11 cases, including special noticing procedures for the Debtors' current and former patients; and

---

¹ The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

² Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

(iv) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declarations and the record of the Hearing; and all objections to the relief requested in the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.  The Motion is granted to the extent set forth herein.

    2.  The Debtors are authorized to redact in the Creditor Matrix and other documents filed by the Debtors with the Court in these chapter 11 cases certain Personal Identification Information including (a) all personally identifiable information of minors; and (b) the home and email addresses of all other individual creditors, including, but not limited to, the

Debtors' current and former employees, contract workers, vendors, suppliers, and any individual equity holders.

3. The Debtors shall file an unredacted version of the Creditor Matrix, with residential addresses, under seal with the Clerk of Court's office. The Debtors shall provide unredacted versions of the Creditor Matrix and other filings redacted pursuant to this Order (to the extent applicable) (collectively, the "**Sealed Documents**") on a confidential basis upon request to (i) the Court; (ii) the U.S. Trustee; (iii) counsel to any official committee of unsecured creditors appointed in these chapter 11 cases; (iv) the Debtors' Claims and Noticing Agent; (v) any applicable state regulatory agency (through the respective state attorney general); (vi) any subsequently appointed trustee; and (vii) any other party in interest but only after the Court enters an order authorizing such disclosure after notice and a hearing; *provided*, *that*, any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.

4. Any party authorized, pursuant to this Order, to receive copies of the Sealed Documents, other than the Court or the U.S. Trustee, shall confirm to the Debtors (which confirmation may be made via email), before receiving copies of the Sealed Documents, that such party is bound by the terms of this Order and shall at all times keep the Sealed Documents and Personal Identification Information therein strictly confidential and shall not disclose the Sealed Documents and the Personal Identification Information or the contents thereof to any party whatsoever.

5. When serving any notice in these chapter 11 cases on any individual whose Personal Identification Information is sealed pursuant to this Order, the Debtors' Claims and

Noticing Agent, and, where applicable, the Clerk of the Court, shall use such individual's home address.

6.  The requirement under Bankruptcy Rule 1007(a)(3) that CHI file a list of its common stock shareholders is hereby modified such that the requirement has been satisfied by filing the list of all known registered holders of Class A and Class B common stock in CHI as of the Petition Date.

7.  The requirement set forth in Bankruptcy Rule 2002(d) to provide notice of the commencement of the bankruptcy case, the order for relief, and any section 341 meeting to all of the holders of CHI common stock, is hereby modified, such that the Debtors shall: (i) publish the Notice of Commencement on the Debtors' case website located at https://www.kccllc.net/CanoHealth, (ii) file a Form 8-K with the U.S. Securities and Exchange Commission within four (4) business days following the Petition Date, thereby notifying their investors and other parties of, among other things, the commencement of these chapter 11 cases, as well as any other filings with the U.S. Securities and Exchange Commission, as necessary, and other public announcements, and (iii) serve by first class mail the Notice of Commencement on all known registered holders of CHI's Class A and Class B common stock, and warrants, as soon as practicable after the entry of this Order.  All registered holders of CHI's Class A and Class B common stock served with the Notice of Commencement shall be required to serve such notice on any holder for whose benefit such shares are registered.

8.  The Notice of Commencement, substantially in the form attached hereto as **Exhibit A** and the Accessible Cover Letter substantially in the form attached hereto as **Exhibit B** are each hereby approved.

9. The following Patient Noticing Procedures are hereby approved:

- The Debtors shall serve all Patients with the Notice of Commencement and the Accessible Cover Letter (in both English and Spanish), by first class mail to the last known physical address maintained in their books and records for such Patient.

- To the extent the Debtors have an email address on file for any of the Patients, the Debtors shall also serve the Notice of Commencement and Accessible Cover Letter on those Patients via email.

- The Debtors shall publish the Notice of Commencement in both the national editions of the *Wall Street Journal* and the local editions of the *Miami Herald* and the *South Florida Sun Sentinel*. The Debtors shall also publish the Notice of Commencement on the Debtors' case management website established by KCC.

10. The Patient Noticing Procedures shall apply only to Patients, and, absent further order of the Court, the Debtors shall serve all other parties in interest (including, but not limited to, governmental entities, non-patient creditors, and counsel in any litigation pending against the Debtors) by first class mail or such other means as are provided for pursuant to the Bankruptcy Rules or the Local Bankruptcy Rules.

11. The Debtors may seek further Court authority by separate motion on notice to use the Patient Noticing Procedures for service of the notice of the confirmation hearing of any chapter 11 plan and any service of documents related to the solicitation of a plan.

12. Service of the Notice of Commencement, including the Patient Noticing Procedures, as provided herein is reasonable and adequate and no further or additional notice shall be required.

13. Nothing in this Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual whose Personal Identification Information is sealed or redacted pursuant to this Order. Service of all documents and notices upon individuals whose Personal Identification Information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service.

6

14.     Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

15.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

16.     The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

17.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Exhibit A**

**Notice of Commencement**

| Information to identify the case: | | |
|---|---|---|
| Debtors  Cano Health, Inc., *et al.*<br>                   Name | | EIN: 98-1524224 |
| United States Bankruptcy Court for the District of Delaware<br>                                                                  (State) | | Date case filed for chapter 11  February 4,2024<br>                                                         MM / DD / YYYY |
| Lead Case Number:  24- 10164 (KBO) | | |

**Official Form 309F1 (For Corporations or Partnerships)**
# Notice of Chapter 11 Bankruptcy Case                                                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name(s)<br>(List of Jointly Administered Debtors) | | See below chart | |
|---|---|---|---|---|

| **Name of Debtors** | **Other Names Used by the Debtors in the last 8 years** | **EIN Number** | **Case Numbers** |
|---|---|---|---|
| Cano Health, Inc. | N/A | 98-1524224 | 24-[      ] (    ) |
| Primary Care (ITC) Intermediate Holdings, LLC | N/A | 81-3528879 | 24-[      ] (    ) |
| Cano Health, LLC | Belen Medical Centers; Healthy Partners; Healthy Partners Primary Care; Doctors Medical Pediatrics; Doctors Medical Center; University Health Care | 26-4543872 | 24-[      ] (    ) |
| Cano Health Nevada Network, LLC | N/A | 88-3142201 | 24-[      ] (    ) |
| Cano Occupational Health, LLC | N/A | 84-1978353 | 24-[      ] (    ) |
| American Choice Healthcare, LLC | f/k/a Cano Health DCE, LLC | 84-4935146 | 24-[      ] (    ) |
| Cano PCP Wound Care, LLC | Wound Healing Center | 38-4132308 | 24-[      ] (    ) |
| Cano Personal Behavior LLC | N/A | 87-1770417 | 24-[      ] (    ) |
| Cano PCP, LLC | N/A | 84-3143969 | 24-[      ] (    ) |
| Cano Behavior Health LLC | Serenity Community Mental Health Center | 87-1457466 | 24-[      ] (    ) |
| Cano Belen, LLC | N/A | 84-2805805 | 24-[      ] (    ) |
| Cano Health New Mexico LLC | N/A | 86-3338633 | 24-[      ] (    ) |
| Complete Medical Billing and Coding Services, LLC | N/A | 81-5336366 | 24-[      ] (    ) |
| Cano Health of Puerto Rico LLC | N/A | 66-0987541 | 24-[      ] (    ) |
| Cano Health of Florida, LLC | N/A | 82-2214086 | 24-[      ] (    ) |
| Cano Health CA1 MSO LLC | N/A | 87-2475704 | 24-[      ] (    ) |
| Comfort Pharmacy 2, LLC | N/A | 47-5297423 | 24-[      ] (    ) |
| Cano Medical Center of West Florida, LLC | N/A | 82-3547622 | 24-[      ] (    ) |
| CH Dental Administrative Services LLC | N/A | 82-5065396 | 24-[      ] (    ) |
| DGM MSO, LLC | f/k/a Cano Health of West Florida, LLC | 82-3464109 | 24-[      ] (    ) |
| Cano Research LLC | N/A | 86-3419684 | 24-[      ] (    ) |
| Cano PCP MSO, LLC | N/A | 84-3331566 | 24-[      ] (    ) |
| Cano HP MSO, LLC | N/A | 84-4922112 | 24-[      ] (    ) |
| ACH Management Services, LLC | N/A | 87-2487117 | 24-[      ] (    ) |
| CHPR MSO LLC | N/A | 66-1007944 | 24-[      ] (    ) |
| Orange Healthcare Administration, LLC | N/A | 85-0988972 | 24-[      ] (    ) |
| Orange Care Group South Florida Management Services Organization, LLC | N/A | 87-2706726 | 24-[      ] (    ) |
| Orange Accountable Care Organization of South Florida LLC | N/A | 81-2770116 | 24-[      ] (    ) |
| Orange Accountable Care Organization, LLC | N/A | 87-1671929 | 24-[      ] (    ) |
| American Choice Commercial ACO, LLC | f/k/a Orange Care IPA, LLC | 36-5016909 | 24-[      ] (    ) |

| Debtor | Cano Health, Inc., *et al.* | Case number (if known) | 24-10164 (KBO) |
|---|---|---|---|
| | Name | | |

| **Name of Debtors** | **Other Names Used by the Debtors in the last 8 years** | **EIN Number** | **Case Numbers** |
|---|---|---|---|
| Orange Care IPA of New York, LLC | N/A | 85-1292143 | 24-[ ]( ) |
| Orange Care IPA of New Jersey, LLC | N/A | 85-1292238 | 24-[ ]( ) |
| Total Care ACO, LLC | N/A | 46-5759177 | 24-[ ]( ) |
| Cano Health CA1, LLC | f/k/a Cano Health California Network, LLC | 87-2749352 | 24-[ ]( ) |
| Cano Health Illinois 1 MSO, LLC | N/A | 87-3052172 | 24-[ ]( ) |
| Solis Network Solutions, LLC | N/A | 88-1110916 | 24-[ ]( ) |
| Physicians Partners Group Merger, LLC | N/A | 82-0977805 | 24-[ ]( ) |
| Physicians Partners Group Puerto Rico, LLC | N/A | N/A | 24-[ ]( ) |
| Physicians Partners Group of FL, LLC | N/A | 82-2627889 | 24-[ ]( ) |
| PPG Puerto Rico Blocker, Inc. | N/A | 84-4120252 | 24-[ ]( ) |
| Physicians Partners Group Puerto Rico, LLC | N/A | 66-0925015 | 24-[ ]( ) |
| Cano Health Illinois Network, LLC | N/A | 88-3024609 | 24-[ ]( ) |
| Cano Pharmacy, LLC | Cano Pharmacy 13; Cano Pharmacy 5 | 27-1939911 | 24-[ ]( ) |
| IFB Pharmacy, LLC | N/A | 45-5478626 | 24-[ ]( ) |
| Belen Pharmacy Group, LLC | N/A | 27-3825089 | 24-[ ]( ) |
| University Health Care Pharmacy, LLC | N/A | 45-1804682 | 24-[ ]( ) |
| Cano Health New York, IPA, LLC | N/A | 92-3334725 | 24-[ ]( ) |
| Clinical Research of Hollywood, P.A. | N/A | 27-5401264 | 24-[ ]( ) |

| | | | |
|---|---|---|---|
| **2.** | **All other names used in the last 8 years** | See above chart | |
| **3.** | **Address** | 9725 NW 117th Avenue,<br>Miami, Florida 33178 | |
| **4.** | **Debtors' attorneys**<br>Name and address | **WEIL, GOTSHAL & MANGES LLP**<br>Gary T. Holtzer<br>Jessica Liou<br>Matthew P. Goren<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email: gary.holtzer@weil.com<br>       jessica.liou@weil.com<br>       matthew.goren@weil.com<br>      - and –<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Michael J. Merchant<br>Amanda R. Steele<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email: collins@rlf.com<br>       merchant@rlf.com<br>       steele@rlf.com | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):<br><br>Cano Health, Inc. *et al.,* Claims Processing Center<br>c/o Kurtzman Carson Consultants LLC<br>222 N. Pacific Coast Highway, Suite 300<br>El Segundo, California 90245<br><br>US/Canada Toll-Free Number:<br>(888) 251-2679<br><br>International Toll Number:<br>+ 1 (310) 751-2609<br><br>**Email inquiries**:<br>https://www.kccllc.net/CanoHealth/Inquiry<br><br>**Case website:**<br>https://www.kccllc.net/CanoHealth |
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov | Clerk of the U.S. Bankruptcy Court for the District of Delaware<br>824 Market St. N., 3rd Floor<br>Wilmington, Delaware 19801 | <u>Hours</u>:  Monday to Friday – 8:00 a.m. to 4:00 p.m. (Prevailing Eastern Time)<br><br><u>Telephone</u>:  (302) 252-2900 |
| **6.** | **Meeting of creditors**<br>The Debtors' representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | _____ at _____ (ET)<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>J. Caleb Boggs Federal Building<br>844 King Street<br>3rd Floor, Suite 3209<br>Wilmington, Delaware 19801<br><br>**The meeting of creditors is scheduled to be held by telephone.  Please call:**<br><br>Telephone:  ([●])[●] -[●]<br>Passcode:  [●] |

Official Form 309F1 (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page 2

| Debtor | Cano Health, Inc., *et al.* | Case number (if known) | 24-10164 (KBO) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** |
| | | Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | ▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | ▪ you file a proof of claim in a different amount; or |
| | | ▪ you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below **Deadline for filing the complaint:  To be determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Exhibit B**

**Accessible Cover Letter**

**ACCESSIBLE COVER LETTER**

Dear Cano Health Patients/Employees/Providers:

Beginning on February 4, 2024, Cano Health, Inc. and certain of its subsidiaries voluntarily filed for Chapter 11 bankruptcy in the U.S. Bankruptcy Court for the District of Delaware to strengthen our balance sheet and best position Cano Health for the future.

**This step does not require any action on your part.** You may, however, receive legal notices related to this financial restructuring process. These notices are required by law and are intended to keep our stakeholders informed about the proceedings.

[At the bottom of this note is a link / Attached to this note] is the "Notice of Commencement." It is a customary part of the Court-supervised process and is being sent to a wide range of interested parties, including current and former patients, employees, and providers who interact directly with Cano Health physicians and nurses.

To summarize the important points of the Notice of Commencement:

- Announces the beginning of Cano Health's Chapter 11 proceedings and provides a variety of details about the case, including contact information for our Claims and Noticing Agent who you can reach out to with questions at any time.

- Discusses the right to submit a claim and an upcoming informational meeting, run by the U.S. Trustee, that our creditors may attend. Current and former patients, employees, and providers typically do not attend this meeting, and there is <u>no need</u> for you to do so. If you believe you have a claim, this document outlines the steps to take.

**If you would like to elect to receive future notices only by email, or to change your email address on file**, instructions for signing up and providing your preferred email address can be found by visiting Cano Health's case management website (https://www.kccllc.net/CanoHealth).

We will continue to keep you informed as events warrant over the course of the proceedings. Our team is committed to continuing to improve health outcomes for our patients as a leading provider of value-based care and advancing our multi-faceted business transformation.


Sincerely,


[Name and title]


**NOTICE OF COMMENCEMENT LINK**