## EXHIBIT B

**Budget**

| Week Number | Pre-Petition 1 | 2 | 3 | 4 | 5 | 6 | Post Petition Weekly 7 | 8 | 9 | 10 | 11 | 12 | 13 | Pre-Petition | Post Petition | Forecast Total 13 - Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week End | 2/4/24 | 2/11/24 | 2/18/24 | 2/25/24 | 3/3/24 | 3/10/24 | 3/17/24 | 3/24/24 | 3/31/24 | 4/7/24 | 4/14/24 | 4/21/24 | 4/28/24 | 2/4/24 | 4/28/24 | |
| **Receipts** | | | | | | | | | | | | | | | | |
| Total Receipts | 11.1 | 4.6 | 10.3 | 4.3 | 6.8 | 8.4 | 7.9 | 4.1 | 8.3 | 4.2 | 10.9 | 5.3 | 5.5 | 11.1 | 80.7 | 91.8 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | |
| Payroll & Benefits | (10.8) | (7.9) | - | (7.9) | - | (7.7) | (2.4) | (7.7) | - | (7.8) | - | (7.8) | - | (10.8) | (49.0) | (59.8) |
| Operating Disbursements | (5.7) | (4.3) | (2.5) | (4.4) | (3.4) | (3.4) | (2.4) | (2.4) | (3.4) | (2.4) | (2.4) | (2.4) | (2.4) | (5.7) | (35.7) | (41.4) |
| Provider Payments | (0.6) | (2.1) | (1.3) | (1.3) | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) | (1.4) | (1.4) | (1.4) | (1.4) | (0.6) | (15.0) | (15.6) |
| Pharmacy Rx Costs | - | (1.0) | (1.0) | (1.0) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) | (1.0) | (1.0) | (1.0) | (1.0) | - | (10.5) | (10.5) |
| Rent | (2.1) | - | - | - | (2.3) | - | - | - | - | (2.3) | - | - | - | (2.1) | (4.7) | (6.8) |
| Ordinary Course Professionals | (2.0) | - | (0.1) | (0.4) | (0.4) | (0.6) | (0.6) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (2.0) | (4.4) | (6.5) |
| Total Operating Disbursements | (21.2) | (15.2) | (4.9) | (15.0) | (7.8) | (13.3) | (7.0) | (12.1) | (5.5) | (15.3) | (5.2) | (13.0) | (5.2) | (21.2) | (119.5) | (140.7) |
| **Non Operating Disbursements** | | | | | | | | | | | | | | | | |
| Debt Service & Fees | - | (0.2) | - | - | (0.7) | - | (0.3) | - | (1.7) | - | - | - | - | - | (2.9) | (2.9) |
| Professional Fees | (12.8) | (3.4) | - | - | - | - | (1.9) | - | - | - | - | (9.0) | - | (12.8) | (14.2) | (27.1) |
| Total Non Operating Disbursements | (12.8) | (3.6) | - | - | (0.7) | - | (2.2) | - | (1.7) | - | - | (9.0) | - | (12.8) | (17.1) | (29.9) |
| Net Cash Flow | (22.9) | (14.1) | 5.4 | (10.7) | (1.6) | (4.9) | (1.3) | (8.1) | 1.2 | (11.1) | 5.7 | (16.7) | 0.3 | (22.9) | (55.9) | (78.8) |
| Beginning Cash Balance | 25.2 | 2.3 | 38.2 | 43.6 | 32.9 | 31.3 | 26.3 | 25.0 | 39.9 | 41.1 | 30.0 | 35.7 | 39.0 | 25.2 | 2.3 | 25.2 |
| Net Cash Flow | (22.9) | (14.1) | 5.4 | (10.7) | (1.6) | (4.9) | (1.3) | (8.1) | 1.2 | (11.1) | 5.7 | (16.7) | 0.3 | (22.9) | (55.9) | (78.8) |
| DIP Borrowing / Paydown | - | 50.0 | - | - | - | - | - | 23.0 | - | - | - | 20.0 | - | - | 93.0 | 93.0 |
| Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Cash Balance | 2.3 | 38.2 | 43.6 | 32.9 | 31.3 | 26.3 | 25.0 | 39.9 | 41.1 | 30.0 | 35.7 | 39.0 | 39.4 | 2.3 | 39.4 | 39.4 |
| Beginning DIP Availability | - | 50.0 | - | - | - | 100.0 | 100.0 | 100.0 | 77.0 | 77.0 | 77.0 | 77.0 | 57.0 | - | 150.0 | 150.0 |
| (Borrowing) / Paydown | - | (50.0) | - | - | - | - | - | (23.0) | - | - | - | (20.0) | - | - | (93.0) | (93.0) |
| Ending DIP Availability | - | - | - | - | - | 100.0 | 100.0 | 77.0 | 77.0 | 77.0 | 77.0 | 57.0 | 57.0 | - | 57.0 | 57.0 |
| Total Liquidity | $ 2.3 | $ 38.2 | $ 43.6 | $ 32.9 | $ 31.3 | $ 126.3 | $ 125.0 | $ 116.9 | $ 118.1 | $ 107.0 | $ 112.7 | $ 96.0 | $ 96.4 | $ 2.3 | $ 96.4 | $ 96.4 |

