**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------- x
                                                            :
                                                            :   Chapter 11
                                                            :
In re                                                       :   Case No. 24–10164 (KBO)
                                                            :
CANO HEALTH, INC., et al.,                                  :
                                                            :   (Jointly Administered)
        Debtors.¹                                           :
                                                            :   Objection Deadline: Feb. 29, 2024 at 4:00 p.m. (ET)
                                                            :   Hearing Date: Mar. 7, 2024 at 10:00 a.m. (ET)
                                                            :   Re: Docket Nos. 6 & 75
                                                            :
----------------------------------------------------------- x
```

**NOTICE OF (A) ENTRY OF INTERIM ORDER**
**PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 507(a) AND FED. R.**
**BANKR. P. 6003 AND 6004AUTHORIZING THE DEBTORS TO (A) PAY**
**PREPETITION WAGES, SALARIES, REIMBURSABLE EXPENSES, AND**
**OTHER OBLIGATIONS ON ACCOUNT OF COMPENSATION AND BENEFITS**
**PROGRAMS AND (B) CONTINUE COMPENSATION AND BENEFITS PROGRAMS**
**IN THE ORDINARY COURSE, AND (II) GRANTING RELATED RELIEF;**
**AND (B) FINAL HEARING THEREON**

PLEASE TAKE NOTICE THAT on February 5, 2024, Cano Health, Inc. and

certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the

above-captioned chapter 11 cases filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a),*

*363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I)*

*Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and*

*Other Obligations on Account of Compensation and Benefits Programs and (B) Continue*

*Compensation and Benefits Programs in the Ordinary Course, and (II) Granting Related Relief*

---

¹     The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in
the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at
https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida
33178.

[Docket No. 6] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A copy of the Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that on February 6, 2024, following an initial hearing to consider the Motion, the Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs in the Ordinary Course, and (II) Granting Related Relief* [Docket No. 75] (the "**Interim Order**").  A copy of the Interim Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **February 29, 2024 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before The Honorable Karen B. Owens at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **March 7, 2024 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 7, 2024
Wilmington, Delaware

*/s/ James F. McCauley*

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: collins@rlf.com
merchant@rlf.com
steele@rlf.com
mccauley@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: gary.holtzer@weil.com
jessica.liou@weil.com
matthew.goren@weil.com

*Proposed Attorneys for the Debtors*
*and the Debtors in Possession*

3