# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CANO HEALTH, INC., *et al.*, | Case No. 24-10164 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott C. Williams, of Manier & Herod, P.C. to represent Atlantic Specialty Insurance Company in the above-captioned case and any related adversary proceedings.

Dated: February 8, 2024
      Wilmington, Delaware

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi (DE Bar No. 4657)
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: lisa.tancredi@wbd-us.com

*Counsel to Atlantic Specialty Insurance Company*

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: February 8, 2024            */s/ Scott C. Williams*
                                   Scott C. Williams
                                   **MANIER & HEROD, P.C.**
                                   1201 Demonbreun Street, Suite 900
                                   Nashville, Tennessee 37203
                                   Telephone: (615) 244-0030
                                   Email: swilliams@manierherod.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.