**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CANO HEALTH, INC., et al. | ) | Case No 24-10164-KBO |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Thomas Abrams to represent Lakeside Center Shoppes, LLC in this action.

                                         */s/ Brian J. McLaughlin*
                                         Brian J. McLaughlin (DE#2462)
                                         OFFIT KURMAN, P.A.
                                         222 Delaware Avenue, Suite 1105
                                         Wilmington, DE  19801
                                         (302) 351.0916
                                         brian.mclaughlin@offitkurman.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and currently in good standing in the United States District Court(s) for the Southern District of Florida submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

                                           */s/ Thomas Abrams*
                                         Thomas Abrams
                                         GAMBERG & ABRAMS
                                         4651 Sheridan Street, Suite 200
                                         Hollywood, Florida 33021
                                         (954) 981-4411
                                         tabrams@tabramslaw.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

4870-3701-2132, v. 1