**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                              :
In re                                         :        Chapter 11
                                              :
CANO HEALTH, INC., et al.,                    :        Case No. 24–10164 (KBO)
                                              :
        Debtors.¹                             :        (Jointly Administered)
                                              :
------------------------------------------------------- x
```

<u>**CERTIFICATE OF SERVICE**</u>

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 6, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief** [Docket No. 19]

- **Notice of Hearing with Respect to Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief** [Docket No. 83]

Furthermore, on February 6, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

¹ The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief** [Docket No. 19]

Furthermore, on February 6, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Notice of Hearing with Respect to Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief** [Docket No. 83]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: February 9, 2024

/s/ Jonathan J. Thomson
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | MYRIAM@DGS.GROUP |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | RIC@IMAGE1GROUP.COM |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Email on File |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | elindiobakery@gmail.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Jeffrey R Gleit & Brett D. Goodman | jeffrey.gleit@afslaw.com; brett.goodman@afslaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Matthew R. Bentley | matthew.bentley@afslaw.com |
| Top 30 Creditor | ATT | Attn Legal Department | mast@att.com |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | ABINELO@BDO.COM |
| Counsel to Fifth Third Bank | Carlton Fields, P.A. | Nader A. Amer | namer@carltonfields.com |
| Top 30 Creditor | CD Support LLC | David Joe | chollinger@onsitedental.com |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | Cheri.Rice@cms.hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janet Nolan, Deputy Associate General Counsel, Program Integrity Branch | janet.nolan@hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janice L. Hoffman, Associate General Counsel | Janice.Hoffman@hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Susan Lyons, Deputy Associate General Counsel, Litigation Branch | Susan.Lyons@hhs.gov |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | ACOREACH@cms.hhs.gov |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | rblanco@coralreefmedical.com |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | tiffany.hunt@cushwake.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | ecwar@eclinicalworks.com |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | Asia.M.Loveless@afleets.com |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | Julio.Ramirez@53.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Agent under the CS Credit Agreement and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio and Scott D Talmadge | mark.liscio@freshfields.com; scott.talmadge@freshfields.com |
| Counsel to the Ad Hoc First Lien Group | Gibson, Dunn & Crutcher LLP | Scott J, Greenberg, Michael J. Cohen and Christina M. Brown | mcohen@gibsondunn.com; christina.brown@gibsondunn.com; sgreenberg@gibsondunn.com |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | info@labaton.com |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Top 30 Creditor | LYFT, INC. | | ACCOUNTSRECEIVABLE@LYFT.COM |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | web_team@milliman.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | Morris James LLP | Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | hila.ds@navina.ai |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | Northeast-TSA@lockton.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | Benjamin.A.Hackman@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Counsel to the Ad Hoc First Lien Group | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones & James E ONeill | ljones@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | EPalenschat@proskauer.com |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | fernando.figueroa@justicia.pr.gov |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | IsabelRua@regencycenters.com; achdeposits@regencycenters.com; SoniaArzuaga@regencycenters.com |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | payment@salesforce.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | fred.leathers@secondwaveds.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | jos@opdeweegh.com |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | christine.robinette@usbank.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | nail@dadecook.com |

# Exhibit B

**Exhibit B**
**Affected Landlords Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 35 Oak US 5, Inc. | | mwiener@35oak.com |
| 5 Aces Capital Hialeah Land LLC | Mr. Alejandro Garcia | alex_eis@bellsouth.net |
| 5 Aces Capital Hialeah Land LLC | Mr. Pedro Camejo | pedro@camejoinc.com |
| ALYANI, LLC | Attn: Dr. Manuel J. Bacallao | drmjbacallao@gmail.com |
| ALYANI, LLC | Dr. Ania Femandez-Maitin | aniafm@aol.com |
| ALYANI, LLC | Dr. Desaly Montilla Gonzalez | desaly@bellsouth.net |
| ALYANI, LLC | Sylvia Gonzalez Perez, Esq. | sgp@gonzalezperezlaw.com |
| Avon Square Associates, LLC | | Christopher.carey@franklinst.com |
| Blue Diamond M-E, LLC | Nicholas J. Sullo, Esq. | nsullo@sulloandassociates.com |
| C & O Acquisitions LLC | Attn: Trey Cooper | Trey@bexarcapital.com |
| CCD PR No. 11. LLC. | Attn: Jose Valle, Managing Member | patricia@caval.com |
| Channel 10 Business Center, LLC | | mscoronel1626@gmail.com; darchinjun@gmail.com |
| De Paz Holdings, LLC | De Paz Holdings, LLC, Attn: Ventura de Paz | v_depaz1@msn.com |
| Doris A. Valor as Successor Trustee of the Andrew S. Ferrera Living Trust under Indenture of Trust dated May 22, 1991, as amended | | Email on File |
| ELIOPOULOS FAMILY, LLC | | Email on File |
| Guadalupe Plaza Albuquerque NM LLC | Attn SatyaKumar Bhavanasi | Lisa.Tebbetts@first-tek.com; Daniel.Stalter@first-tek.com; Kumar.Bhavanasi@first-tek.com; Tony.Andrade@modrall.com |
| Guadalupe Plaza Albuquerque NM LLC | c/o SVN/Walt Arnold Commercial Brokerage, Inc. | janet.horton@svn.com; kathitero@svn.com |
| GUADALUPE, PLAZA NM, LLC | c/o SVN/Walt Arnold Commercial Brokerage, Inc. | janet.horton@svn.com; KathiTero@svn.com |
| KIMZAY OF FLORIDA, INC | c/o Kimco Realty Corporation | kimcotenant@ebix.com |
| Lakeside Center Shoppes, LLC | c/o Horizon Properties | jbenes@horizonpropertiesfl.com; jennifero@horizonpropertiesfl.com |
| LRF2 ORL Grove Park Center LLC | c/o Longpoint Realty | hernandez@longpoint.com; hmarks@longpoint.com |
| LRF2 ORL Grove Park Center LLC | Longpoint Property Group,  LLC, Attn: Kathy Mulkern | mulkern@longpoint.com |
| M10 Land Investments LLC | c/o Belvedere Financial LLC, Attn: Mr. William P. Tsourapas | wpt@gobelfin.com |
| M10 Land Investments LLC | MB Land Investments LLC, Attn: Mr. Bobby Tsourapas | bobby@gobelfin.com |
| M9 LAND INVESTMENTS, LLC | c/o Belvedere Financial LLC, Attn: Mr. William P. Tsourapas | wpt@gobelfin.com |
| M9 LAND INVESTMENTS, LLC | MB Land Investments LLC, Attn: Mr. Bobby Tsourapas | bobby@gobelfin.com |
| NADG NNN REIT | | dline@nadg.com |
| Page Plaza Acquisition LP | c/o Status Capital, Attn: Ralph Sitt | ralph@stat-cap.com |
| Portairs Partners, LP | | management@bollerproperties.com |
| PULASKI PARTNERS, LLC | Haitham Ramadan | Hramadan70@gmail.com |
| Rainbow 215, LLC | c/o Platinum Realty & Development | platinumusa9@aol.com |
| Seneca Security Holdings, LLC | Attn: Luis Boschetti | luisboschetti@bfgroupllc.com |
| Seneca Security Holdings, LLC | Greenberg Traurig LLP, Attn: Ricardo L. Fragar | fragar@gtlaw.com |
| Spencer Strawberry, Ltd. | c/o Sterling Management | Tim@sterlingmanagementllc.com |
| Tropicana Palm Plaza, LLC | c/o Lucescu Realty Asset Services Inc | skow@lucescurealty.com; dvaldez@lucescurealty.com; rfarrell@lucescurealty.com |

**Exhibit B**
**Affected Landlords Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| VPRE Real Holdings, LLC | Tellez & Associates, Ltd., Attn. Julio G. Tellez | Tellezlaw1@yahoo.com |

# Exhibit C

**Exhibit C**
**Supplemental Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | Austin | TX | 78760-7428 |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | San Antonio | TX | 78205 |

# Exhibit D

**Exhibit D**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | 2260 NW 114 AVE | | | MIAMI | FL | 33172 | |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | 6924 NW 113TH PL | | | Doral | FL | 33178 | |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Address on File | | | | | | |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | 4245 E 4TH AVE | | | HIALEAH | FL | 33013 | |
| Top 30 Creditor | ATT | Attn Legal Department | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | 1450 BRICKELL AVE | | | MIAMI | FL | 33131 | |
| Top 30 Creditor | BOF FL Flagler Station LLC | Attn Legal Department | 1277 Lenox Park Boulevard Suite 200 | | | Atlanta | GA | 30319 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St, Ste 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor | CD Support LLC | David Joe | 85 Argonaut, Suite 220 | | | Aliso Viejo | CA | 92656 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | 7500 Security Blvd. | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Deputy Associate General Counsel, Program Review Branch | 7500 Security Blvd., Room C2-05-23 | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janet Nolan, Deputy Associate General Counsel, Program Integrity Branch | 330 Independence Ave., SW, Room 5326 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janice L. Hoffman, Associate General Counsel | 330 Independence Ave., SW, Room 5309 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Susan Lyons, Deputy Associate General Counsel, Litigation Branch | 330 Independence Ave., SW, Room 5300 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | 7500 Security Boulevard | Mailstop C3-01-24 | | Baltimore | MD | 21244 | |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | 30334 Old Dixie Hwy | | | Homestead | FL | 33033 | |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | 575 Maryville Center Dr. | | | Town and Country | MO | 63141 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | 2 Technology Dr | | | Westborough | MA | 01581 | |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | 600 Corporate Park Dr | | | St. Louis | MO | 63105 | |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | 38 Fountain Square Plaza | | | Cincinnati | OH | 45202 | |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Counsel to the Agent under the CS Credit Agreement and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio and Scott D Talmadge | 601 Lexington Avenue | Wilmington, DE 19801 | | New York | NY | 10022 | |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R Thompson Ctr | 100 W Randolph St | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | 140 BROADWAY | | | New York | NY | 10005 | |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Top 30 Creditor | LYFT, INC. | | 185 BERRY STREET SUITE 5000 | | | SAN FRANCISCO | CA | 94107 | |
| Top 30 Creditor | Medcloud Depot LLC. | Attn Legal Department | 13155 SW 134th Street Ste 211 | | | Miami | FL | 33186 | |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | 3424 PEACH TREE ROAD NE | | | ATLANTA | GA | 30326 | |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | MENACHEM BEGIN 156 | | | TEL AVIV | | 6492108 | ISRAEL |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | 1185 Avenue OF The Americas Ste 2010 | | | New York | NY | 10036-2601 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Preferred Care Partners Inc. | Attn Legal Department | 9100 S Dadeland Blvd Ste 1250 | | | Miami | FL | 33156-7838 | |

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602 | |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | PO Box 9020192 | | | San Juan | PR | 00902-0192 | |
| Top 30 Creditor | Rapid7 LLC | Nick Sestito | 120 Causeway Street Suite 400 | | | Boston | MA | 02114 | |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | 6840 SW 40th St, Suite 208 | | | Miami | FL | 33155 | |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | 415 Mission Street, 3rd Floor | | | San Francisco | CA | 94105 | |
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | 9060 W. CHEYENNE AVE. | | | Las Vegas | NV | 89129 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W 15th St | | | Austin | TX | 78701 | |
| Top 30 Creditor | THE SIEGFRIED GROUP, LLP | ROXANNE MEYER | 1201 N MARKET ST SUITE 700 | | | WILMINGTON | DE | 19801 | |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | 3785 NW 82nd AVE STE 400-408 | | | MIAMI | FL | 33166 | |
| Top 30 Creditor | TRUESHORE BPO, LLC | MARIA RUFIN | 1700 79TH ST CAUSEWAY SUITE 120 | | | NORTH BAY VILLAGE | FL | 33141 | |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | West Side Flats, 60 Livingston Ave, EP-MN-WS3C | | | Saint Paul | MN | 55107 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | 2719 N. SPAUDING AVE | | | Chicago | IL | 60647 | |

# Exhibit E

**Exhibit E**
**Affected Landlords Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1879 N. State Road, LLC | Attention: Lease Administration | 696 NE 125 Street | | North Miami | FL | 33161 | |
| 2003 McCoy Road LLC | | P.O. Box 621115 | | Orlando | FL | 32862 | |
| 2380-90 NW 7 Street LLC | Icon Real Estate Holdings LLC, Attn: Luis E. Fajardo, Ric Arcadi | 6924 NW 113th Place | | Doral | FL | 33178 | |
| 2380-90 NW 7 Street LLC | Jerry A. Borbon, Esq. | 814 Ponce de Leon Blvd., Suite 210 | | Coral Gables | FL | 33134 | |
| 2526 W Sligh Ave LLC | Icon Real Estate Holdings, LLC, Attn: Luis E. Fajardo | 6924 NW 113 Place | | Doral | FL | 33178 | |
| 2526 W Sligh Ave LLC | Ric Arcadi | 31200 Solon Rd Unit 11 | | Solon | OH | 44139 | |
| 2629 W Horizon Ridge LLC | Attn: Rita B. Chuang, MD | 2629 West Horizon Ridge Parkway, #140 | | Henderson | NV | 89052 | |
| 2701 EAST ATLANTIC AVE LLC | Attn: MOSHE ZUCHAER | 2412 NW 87TH PL | | DORAL | FL | 33172 | |
| 35 Oak US 5, Inc. | Saltzman, Tanis, Pittell, Levin & Jacobson, LLC, d/b/a Pediatric Associates | 900 S. Pine Island Road, Suite 800 | | Plantation | FL | 33324 | |
| 35 Oak US 5, Inc. | | 35 Oak Street | | Toronto | ON | M9N 1A1 | Canada |
| 4343 S. PULASKI II, LLC | c/o J D Real Estate Inc., Attention: James Dremonas, Manager | 4333 South Pulaski Road | | Chicago | IL | 60632 | |
| 4343 S. PULASKI II, LLC | David H. Sachs, Horwood Marcus & Berk | 500 West Madison Street, Suite 3700 | | Chicago | IL | 60661 | |
| 4840 MGC, LLC | Attn: Alfred Sayegh | 2564 Bedford Ave | | Brooklyn | NY | 11226 | |
| 4840 MGC, LLC | | 1449 37th. Street, Suite 408 | | Brooklyn | NY | 11218 | |
| 5 Aces Capital Hialeah Land LLC | Mr. Alejandro Garcia | 16201 NW 54th Avenue | | Miami Gardens | FL | 33014 | |
| 5 Aces Capital Hialeah Land LLC | Mr. Pedro Camejo | 2555 SW 8th St, Suite 301 | | Miami | FL | 33135 | |
| 8022 DOWNEY & 605 SANTANA LLC | | 12550 WHITTIER BLVD | | WHITTIER | CA | 90740 | |
| Alignment Healthcare USA, LLC | Alignment Healthcare, Attention: Legal Department | 1100 W. Town & Country Road, Suite 1600 | | Orange | CA | 92868 | |
| ALYANI, LLC | Attn: Dr. Manuel J. Bacallao | 7522 S.W. 135th Place | | Miami | FL | 33183 | |
| ALYANI, LLC | Dr. Ania Fernandez-Maitin | 10705 S.W. 88 th Ave | | Miami | FL | 33176 | |
| ALYANI, LLC | Dr. Desaly Montilla Gonzalez | 11731 S.W. 95th Terrace | | Miami | FL | 33186 | |
| ALYANI, LLC | Sylvia Gonzalez Perez, Esq. | 8360 SW 48th Court | | Miami | FL | 33155 | |
| Avon Square Associates, LLC | | 678 Reisterstown Road | | Baltimore | MD | 21218 | |
| BARAN INVESTMENTS, LLC | Baran Investments, LLC., Attn: Carla Castillejo, PA | 6692 NW 107 Ct | | Doral | FL | 33178 | |
| Bimini Bound, LLC | | 2609 W. Woolbright Rd Suite 4 | | Boynton Beach | FL | 33436 | |
| Blue Diamond M-E, LLC | Attn: David DelZotto | 5920 S. Rainbow Avenue, Suite 11 | | Las Vegas | NV | 89118 | |
| Blue Diamond M-E, LLC | Nicholas J. Sullo, Esq. | 10120 W. Flamingo #4-151 | | Las Vegas | NV | 89147 | |
| C & O Acquisitions LLC | Attn: Trey Cooper | 7979 Broadway St. | | San Antonio | TX | 78209 | |
| CARLISLE NM HOLD 2014 LP | Ray Stone Inc., Attn: Commercial Department | 550 Howe Avenue, Suite 100 | | Sacramento | CA | 95825 | |

**Exhibit E**
**Affected Landlords Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CCD PR No. 11. LLC. | Attn: Jose Valle, Managing Member | 1553 San Ignacio Avenue | | Coral Gables | FL | 33146 | |
| CCD PR No. 11. LLC. | Seymour N. Singer. Esq., Seymour N. Singer. P.A. | 7401 Wiles Road, Suite 230 | | Coral Springs | FL | 33067 | |
| Channel 10 Business Center, LLC | | 16 Lighthouse St | | Marina Del Rey | CA | 90292 | |
| Coconut Square Realty Co., Ltd. | Erika Etchison | P.O. Box 934114 | | Margate | FL | 33093 | |
| Coconut Square Realty Co., Ltd. | Peter J. Schweitzer & Assoc. Inc. | P.O. Box 934114 | | Margate | FL | 33093 | |
| Coconut Square Realty Co., Ltd. | Rob Schweitzer | P.O. Box 934114 | | Margate | FL | 33093 | |
| Coconut Square Realty Co., Ltd. | | P.O. Box 934114 | | Margate | FL | 33093 | |
| COMPREHENSIVE HEALTH INITIATIVE, LLC | c/o Joseph Chi | 5112 Maggiore Street | | Coral Gables | FL | 33146 | |
| Corbin South, LLC | c/o Athena Management, Inc. | 730 El Camino Way, Suite 200 | | Tustin | CA | 92780 | |
| CTP Plaza, LLC | C/O Commercial Centers Management Realty, S en C | P.O. Box 362983 | | San Juan | PR | 00936-2983 | |
| De Paz Holdings, LLC | De Paz Holdings, LLC, Attn: Ventura de Paz | 5605 NW 82 Ave. | | Doral | FL | 33166 | |
| Doris A. Valor as Successor Trustee of the Andrew S. Ferrera Living Trust under Indenture of Trust dated May 22, 1991, as amended | | Address on File | | | | | |
| Eldorado Medical Center, LLC | | 5701 W. Charleston Blvd. #100 | | Las Vegas | NV | 89146 | |
| ELIOPOULOS FAMILY, LLC | | Address on File | | | | | |
| ELIOPOULOS FAMILY, LLC | | Address on File | | | | | |
| First Priority Funding, LLC | Attention: Shawn Bidsal | 14039 Sherman Way, #201 | | Van Nuys | CA | 91405 | |
| First Priority Funding, LLC | c/o Weitzman | 1800 Bering, Suite 550 | | Houston | TX | 77057 | |
| Gald Building, Inc. | | 19321 SW 272 Street | | Homestead | FL | 33031 | |
| Greenspoint Investors, Ltd. | | 9545 Katy Freeway, Suite 450 | | Houston | TX | 77024 | |
| Grove Medical Plaza, LLC | Avison Young-Florida, LLC, Attn: Gary Gottlieb | 250 South Australian Avenue, Suite 1100 | | West Palm Beach | FL | 33401 | |
| Grove Medical Plaza, LLC | Grove Medical Plaza, LLC, Attn: Douglas B. Porter | P.O. Box 2406 | | Jupiter | FL | 33468-2406 | |
| Guadalupe Plaza Albuquerque NM LLC | Attn SatyaKumar Bhavanasi | 371 Hoes Lane, Suite 201 | | Piscataway | NJ | 08854 | |
| Guadalupe Plaza Albuquerque NM LLC | c/o SVN/Walt Arnold Commercial Brokerage, Inc. | Janet Horton, Property Manager Kathleen Tero, Accountant | 6200 Seagull Lane NE, Suite A | Albuquerque | NM | 87109 | |
| GUADALUPE, PLAZA NM, LLC | c/o SVN/Walt Arnold Commercial Brokerage, Inc. | P.O. Box 92739 | | Albuquerque | NM | 87199-2739 | |
| Healthcare Realty Services LLC, as agent for HR of Sarasota, LLC | c/o Century 21 Elite Locations, Inc. | 11406 N. Dale Mabry Hwy, Ste 107 | | Tampa | FL | 33618 | |
| Homestead Plaza Group, LLC | Attn: Charlotte Bailey | 5621 Strand Blvd., Suite 211C | | Naples | FL | 34110 | |
| HTA - AW PALMETTO, LLC | Attention: Chief Executive Officer | 16435 North Scottsdale Road, Suite 320 | | Scottsdal | AZ | 85254 | |

Exhibit E
**Affected Landlords Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Icon Real Estate Holdings LLC | Attn: Luis E. Fajardo, Ric Arcadi | 6924 NW 133th Place | | Doral | FL | 33178 | |
| Icon Real Estate Holdings LLC | Jerry A. Borbon, Esq. | 814 Ponce de Leon Blvd., Suite 210 | | Coral Gables | FL | 33134 | |
| Joche PPG, LLC | Joche Holdings LLC | 1722 Sheridan St 364 | | Hollywood | FL | 33020-2275 | |
| Kahlon Corporation, LLC | RMM Properties, Mr. Hameed Shahzad | 1225 Port Houston | | Houston | TX | 77029 | |
| KIMZAY OF FLORIDA, INC | c/o Kimco Realty Corporation | 500 North Broadway. Suite 201 | | Jericho | NY | 11753 | |
| KIMZAY OF FLORIDA, INC | c/o Kimco Realty Corporation, Attn: Regional Counsel | 6060 Piedmont Row Drive South, Suite 200 | | Charlotte | NC | 28287 | |
| KIMZAY OF FLORIDA, INC | KIMZAY OF FL INC | 3333 NEW HYDE PARK RD | | NEW HYDE PARK | NY | 11042-1204 | |
| Lakeside Center Shoppes, LLC | c/o Horizon Properties | 18610 NW 87th Ave, Suite 204 | | Hialeah | FL | 33015 | |
| LEOCO, LLC | Brabant Realty & Management, Inc | 7300 State St. | | Huntington Park | CA | 90255 | |
| Lighthouse RCR I, LLC | | 4841 NE 28th Ave | | Lighthouse Point | FL | 33064 | |
| LRF2 ORL Grove Park Center LLC | c/o Longpoint Realty | P.O. Box 74963 | | Cleveland | OH | 44194-1046 | |
| LRF2 ORL Grove Park Center LLC | Longpoint Property Group,  LLC, Attn: Kathy Mulkern | 13218 West Broward Boulevard | | Plantation | FL | 33325 | |
| M10 Land Investments LLC | c/o Belvedere Financial LLC, Attn: Mr. William P. Tsourapas | 400 East Randolph Street, Suite 2507 | | Chicago | IL | 60601 | |
| M10 Land Investments LLC | MB Land Investments LLC, Attn: Mr. Bobby Tsourapas | 400 East Randolph Street, Suite 2507 | | Chicago | IL | 60601 | |
| M9 LAND INVESTMENTS, LLC | c/o Belvedere Financial LLC, Attn: Mr. William P. Tsourapas | 400 East Randolph Street, Suite 2507 | | Chicago | IL | 60601 | |
| M9 LAND INVESTMENTS, LLC | MB Land Investments LLC, Attn: Mr. Bobby Tsourapas | 400 East Randolph Street, Suite 2507 | | Chicago | IL | 60601 | |
| NADG NNN REIT | | 3131 McKinney Ave, Suite L-10 | | Dallas | TX | 75204 | |
| Nest Egg Trust LTD | Wayne J. Fraser | 2331 US 441/SR 7, Suite 201 | | Lauderhill | FL | 33319 | |
| Nest Egg Trust LTD | | 9737 NW 41st Street | | Doral | FL | 33178 | |
| Norvalette Fraser and Wayne Fraser | | Address on File | | | | | |
| Page Plaza Acquisition LP | c/o Status Capital, Attn: Ralph Sitt | 145 Spring Street, 4th Floor | | New York | NY | 10012 | |
| Portairs Partners, LP | | 3201 CHERRY RIDGE, STE B-209 | | SAN ANTONIO | TX | 78230 | |
| PULASKI PARTNERS, LLC | Dr. Jorge Cavero | 744 S. Washington Street | | Hinsdale | IL | 60521 | |
| PULASKI PARTNERS, LLC | Haitham Ramadan | 8113 Pickens Drive | | Orland Park | IL | 60462 | |
| Q Holding 13155, LLC | | 8210 NW 27th Street Suite 205 | | Doral | FL | 33122 | |
| Q Holding East Hialeah, LLC | | 8210 NW 27th Street Suite 205 | | Doral | FL | 33122 | |
| Rainbow 215, LLC | c/o Platinum Realty & Development | 3824 S. Jones Blvd. Ste. F | | Las Vegas | NV | 89103 | |
| Rainbow 215, LLC | Sang D. Tran | 88 Cottonwood Loop | | Madisonville | KY | 42431 | |
| RAP Medical Center LLC | | PO Box 24627 | | Fort Lauderdale | FL | 33307 | |
| RED ROCK SQUARE, LLC | Eldorado Medical Center, LLC | 5701 W. Charleston Blvd. #100 | | Las Vegas | NV | 89146 | |
| Rio Bravo Square | | 100 Sun Ave., Suite 210 | | Albuquerque | NM | 87109 | |

**Exhibit E**
**Affected Landlords Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Seneca Security Holdings, LLC | Attn: Luis Boschetti | 4225 Ponce de Leon Blvd. | | Coral Gables | FL | 33134 | |
| Seneca Security Holdings, LLC | Greenberg Traurig LLP, Attn: Ricardo L. Fragar | 333 SE 2nd Avenue, Suite 4400 | | Miami | FL | 33131 | |
| SJD Holdings, LLC | Network Property Management, LLC | 7820 Graphic Dr., #107 | | Tinley Park | IL | 60477-6233 | |
| SJD Holdings, LLC | | 505 N Lake Shore Dr, 1512 | | Chicago | IL | 60611 | |
| SKMV Realty, LLC | c/o ACRE Commercial, Attn: Property Manager | 47 E Robinson Street, Ste. 230 | | Orlando | FL | 32801 | |
| SKMV Realty, LLC | Thomas R. Harbert, Esq., Mateer & Habert, P.A. | 225 E. Robinson Street, Suite 600 | | Orlando | FL | 32801 | |
| Spencer Strawberry, Ltd. | c/o Sterling Management | 5850 San Felipe St, Suite 500 | | Houston | TX | 77057 | |
| Spencer Strawberry, Ltd. | | 2421 Tangley St. Suite 105 | | Houston | TX | 77005 | |
| Strawberry Plaza, LLC | | 7171 SW 62nd Avenue, Suite 503 | | South Miami | FL | 33143 | |
| Ten15 Winterwood, LLC | c/o Dapper Companies, Attn: J Dapper | 985 White Drive | | Las Vegas | NV | 89119 | |
| Ten15 Winterwood, LLC | Silver Law Offices, Inc., Attn: Scott Silver, Esq. | 1925 Century Park East, Suite 2300 | | Los Angeles | CA | 90067 | |
| Tropicana Palm Plaza, LLC | c/o Lucescu Realty Asset Services Inc | 500 Newport Center Drive, Ste 550 | | Newport Beach | CA | 92660 | |
| Viva Investments LLC | Attn: Gustavo Portilla | 1801 SW 22nd Street, Suite 400 | | Miami | FL | 33145 | |
| VPRE Real Holdings, LLC | Attn Victor Diaz | 2719 N. Spaulding Avenue Suite 201 | | Chicago | IL | 60647 | |
| VPRE Real Holdings, LLC | Tellez & Associates, Ltd., Attn. Julio G. Tellez | 2342 N. Damen Ave | | Chicago | IL | 60647 | |
| YABADABAD00 4908 LLC | Attn George H. Bordenave | 12000 SW 69th Place | | Pinecrest | FL | 33156 | |