## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re                                              :          **Chapter 11**
                                                   :
**CANO HEALTH, INC.,** *et al.,*                   :          **Case No. 24–10164 (KBO)**
                                                   :
      **Debtors.**[1]                          :          **(Jointly Administered)**
                                                   :

------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Related Chapter 11 Cases** [Docket No. 2]

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 107, and 521(a)(1) and Fed. R. Bankr. P. 1007, 9018, and 9037 for Entry of Order (I) Authorizing Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief** [Docket No. 11]

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 107, and 521 and Fed. R. Bankr. P. 1007, 2002, 9007, and 9018 for Entry of Order (I) Authorizing Debtors to Redact Certain Personal Identification Information; (II) Modifying Requirement to File Equity Security Holder List; (III) Approving Form and Manner of Notice of Commencement, Including Special Noticing Procedures for the Debtors' Current and Former Patients; and (IV) Granting Related Relief** [Docket No. 12]

- **Debtors' Application Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. §§ 503 and 1107, and Fed. R. Bankr. P. 2002(f), for (I) Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent and (II) Granting Related Relief** [Docket No. 13]

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Declaration of Mark Kent in Support of Debtors' Chapter 11 Petitions** [Docket No. 14]

- **Declaration of Clayton Gring in Support of First Day Relief** [Docket No. 15]

- **Order Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Related Chapter 11 Cases** [Docket No. 34]

- **Order Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. §§ 503 and 1107, and Fed. R. Bankr. P. 2002(f) (I) Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent and (II) Granting Related Relief** [Docket No. 79]

- **Order Pursuant to 11 U.S.C. §§ 105(a), 107, and 521(a)(1) and Fed. R. Bankr. P. 1007, 9018, and 9037 (I) Authorizing Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief** [Docket No. 90]

- **Order Pursuant to 11 U.S.C §§ 105, 107, and 521 and Fed. R. Bankr. P. 1007, 2002, 9007, and 9018 for Entry of Order (I) Authorizing Debtors to Redact Certain Personal Identification Information; (II) Modifying Requirement to File Equity Security Holder List; (III) Approving Form and Manner of Notice of Commencement, Including Special Electronic Noticing Procedures for the Debtors' Current and Former Patients; and (IV) Granting Related Relief** [Docket No. 91]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014 for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule Final Hearing, and (II) Related Relief; and (B) Final Hearing Thereon** [Docket No. 94]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, 363, 364, 503, and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management Systems, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) (A) Authorizing Continuation of Intercompany Transactions and Physician Affiliate Transfers and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), (IV) Waiving Certain Requirements, and (V) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 95]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to (A) Maintain Their Insurance Policies, Surety Bond Program, and Letters of Credit, and (B) Honor All Insurance, Surety Bond and Letters of Credit Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 96]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 366 and 105(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 97]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs in the Ordinary Course, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 98]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C §§ 105(a), 363(b), 507(c), and 541(d) (I) Authorizing Debtors to Pay Prepetition Taxes and Fees, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 99]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 362 and 105(a) (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 100]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(b) (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Patient Care, Safety, and Other Critical Vendors, (B) Lien Claimants and (C) 503(b)(9) Claimants, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 101]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 541 and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing Debtors to (I) Maintain and Administer Prepetition Refund Programs, and (II) Pay and Honor Related Prepetition Obligations, and (B) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 102]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014 for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule Final Hearing, and (II) Related Relief; and (B) Final Hearing Thereon** [Docket No. 94]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, 363, 364, 503, and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management Systems, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) (A) Authorizing Continuation of Intercompany Transactions and Physician Affiliate Transfers and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), (IV) Waiving Certain Requirements, and (V) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 95]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to (A) Maintain Their Insurance Policies, Surety Bond Program, and Letters of Credit, and (B) Honor All Insurance, Surety Bond and Letters of Credit Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 96]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs in the Ordinary Course, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 98]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C §§ 105(a), 363(b), 507(c), and 541(d) (I) Authorizing Debtors to Pay Prepetition Taxes and Fees, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 99]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(b) (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Patient Care, Safety, and Other Critical Vendors, (B) Lien Claimants and (C) 503(b)(9) Claimants, and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 101]

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 541 and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing Debtors to (I) Maintain and Administer Prepetition Refund Programs, and (II) Pay and Honor Related Prepetition Obligations, and (B) Granting Related Relief; and (B) Final Hearing Thereon [**Docket No. 102]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to (A) Maintain Their Insurance Policies, Surety Bond Program, and Letters of Credit, and (B) Honor All Insurance, Surety Bond and Letters of Credit Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief; and (B) Final Hearing Thereon [**Docket No. 96]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit G**; and via First Class Mail upon the service list attached hereto as **Exhibit H**:

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 366 and 105(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [**Docket No. 97]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit I**; and via First Class Mail upon the service list attached hereto as **Exhibit J**:

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C §§ 105(a), 363(b), 507(c), and 541(d) (I) Authorizing Debtors to Pay Prepetition Taxes and Fees, and (II) Granting Related Relief; and (B) Final Hearing Thereon [**Docket No. 99]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit K**:

- **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 362 and 105(a) (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors and (II) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 100]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: February 12, 2024

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | MYRIAM@DGS.GROUP |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | RIC@IMAGE1GROUP.COM |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Email on File |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | elindiobakery@gmail.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Jeffrey R Gleit & Brett D. Goodman | jeffrey.gleit@afslaw.com; brett.goodman@afslaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Matthew R. Bentley | matthew.bentley@afslaw.com |
| Top 30 Creditor | ATT | Attn Legal Department | mast@att.com |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | ABINELO@BDO.COM |
| Counsel to Fifth Third Bank | Carlton Fields, P.A. | Nader A. Amer | namer@carltonfields.com |
| Top 30 Creditor | CD Support LLC | David Joe | chollinger@onsitedental.com |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | Cheri.Rice@cms.hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janet Nolan, Deputy Associate General Counsel, Program Integrity Branch | janet.nolan@hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janice L. Hoffman, Associate General Counsel | Janice.Hoffman@hhs.gov |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Susan Lyons, Deputy Associate General Counsel, Litigation Branch | Susan.Lyons@hhs.gov |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | ACOREACH@cms.hhs.gov |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | rblanco@coralreefmedical.com |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | tiffany.hunt@cushwake.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | ecwar@eclinicalworks.com |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | Asia.M.Loveless@afleets.com |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | Julio.Ramirez@53.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Agent under the CS Credit Agreement and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio and Scott D Talmadge | mark.liscio@freshfields.com; scott.talmadge@freshfields.com |
| Counsel to the Ad Hoc First Lien Group | Gibson, Dunn & Crutcher LLP | Scott J, Greenberg, Michael J. Cohen and Christina M. Brown | mcohen@gibsondunn.com; christina.brown@gibsondunn.com; sgreenberg@gibsondunn.com |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to U.S. Bank Trust Company National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr and Kristin S. Elliott | kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | info@labaton.com |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Top 30 Creditor | LYFT, INC. | | ACCOUNTSRECEIVABLE@LYFT.COM |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | web_team@milliman.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | Morris James LLP | Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | hila.ds@navina.ai |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | Northeast-TSA@lockton.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | Benjamin.A.Hackman@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Counsel to the Ad Hoc First Lien Group | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones & James E ONeill | ljones@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | EPalenschat@proskauer.com |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | fernando.figueroa@justicia.pr.gov |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | IsabelRua@regencycenters.com; achdeposits@regencycenters.com; SoniaArzuaga@regencycenters.com |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | payment@salesforce.com |
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | fred.leathers@secondwaveds.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | William F. McDonald III | wmcdonald@shopcore.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | jos@opdeweegh.com |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | christine.robinette@usbank.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | nail@dadecook.com |

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | 2260 NW 114 AVE | | | MIAMI | FL | 33172 | |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | 6924 NW 113TH PL | | | Doral | FL | 33178 | |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Address on File | | | | | | |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | 4245 E 4TH AVE | | | HIALEAH | FL | 33013 | |
| Top 30 Creditor | ATT | Attn Legal Department | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | 1450 BRICKELL AVE | | | MIAMI | FL | 33131 | |
| Top 30 Creditor | BOF FL Flagler Station LLC | Attn Legal Department | 1277 Lenox Park Boulevard Suite 200 | | | Atlanta | GA | 30319 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St, Ste 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor | CD Support LLC | David Joe | 85 Argonaut, Suite 220 | | | Aliso Viejo | CA | 92656 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | 7500 Security Blvd. | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Deputy Associate General Counsel, Program Review Branch | 7500 Security Blvd., Room C2-05-23 | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janet Nolan, Deputy Associate General Counsel, Program Integrity Branch | 330 Independence Ave., SW, Room 5326 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Janice L. Hoffman, Associate General Counsel | 330 Independence Ave., SW, Room 5309 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Susan Lyons, Deputy Associate General Counsel, Litigation Branch | 330 Independence Ave., SW, Room 5300 | | | Washington | DC | 20201 | |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | 7500 Security Boulevard | Mailstop C3-01-24 | | Baltimore | MD | 21244 | |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | 30334 Old Dixie Hwy | | | Homestead | FL | 33033 | |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | 575 Maryville Center Dr. | | | Town and Country | MO | 63141 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | 2 Technology Dr | | | Westborough | MA | 01581 | |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | 600 Corporate Park Dr | | | St. Louis | MO | 63105 | |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | 38 Fountain Square Plaza | | | Cincinnati | OH | 45202 | |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Counsel to the Agent under the CS Credit Agreement and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio and Scott D Talmadge | 601 Lexington Avenue | Wilmington, DE 19801 | | New York | NY | 10022 | |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R Thompson Ctr | 100 W Randolph St | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | 140 BROADWAY | | | New York | NY | 10005 | |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Top 30 Creditor | LYFT, INC. | | 185 BERRY STREET SUITE 5000 | | | SAN FRANCISCO | CA | 94107 | |
| Top 30 Creditor | Medcloud Depot LLC. | Attn Legal Department | 13155 SW 134th Street Ste 211 | | | Miami | FL | 33186 | |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | 3424 PEACH TREE ROAD NE | | | ATLANTA | GA | 30326 | |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | MENACHEM BEGIN 156 | | | TEL AVIV | | 6492108 | ISRAEL |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | 1185 Avenue OF The Americas Ste 2010 | | | New York | NY | 10036-2601 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Preferred Care Partners Inc. | Attn Legal Department | 9100 S Dadeland Blvd Ste 1250 | | | Miami | FL | 33156-7838 | |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602 | |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | PO Box 9020192 | | | San Juan | PR | 00902-0192 | |
| Top 30 Creditor | Rapid7 LLC | Nick Sestito | 120 Causeway Street Suite 400 | | | Boston | MA | 02114 | |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | 6840 SW 40th St, Suite 208 | | | Miami | FL | 33155 | |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | 415 Mission Street, 3rd Floor | | | San Francisco | CA | 94105 | |
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | 9060 W. CHEYENNE AVE. | | | Las Vegas | NV | 89129 | |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W 15th St | | | Austin | TX | 78701 | |
| Top 30 Creditor | THE SIEGFRIED GROUP, LLP | ROXANNE MEYER | 1201 N MARKET ST SUITE 700 | | | WILMINGTON | DE | 19801 | |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | 3785 NW 82nd AVE STE 400-408 | | | MIAMI | FL | 33166 | |
| Top 30 Creditor | TRUESHORE BPO, LLC | MARIA RUFIN | 1700 79TH ST CAUSEWAY SUITE 120 | | | NORTH BAY VILLAGE | FL | 33141 | |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | West Side Flats, 60 Livingston Ave, EP-MN-WS3C | | | Saint Paul | MN | 55107 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | 2719 N. SPAUDING AVE | | | Chicago | IL | 60647 | |

# Exhibit C

**Exhibit C**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Banco Popular | | popularnet@popular.com |
| Fifth Third | Julio Ramirez | Julio.Ramirez@53.com |
| Raymond Jones | | raymondjamesbank@rjbank.com |
| Wells Fargo | Bijan Toghiani | bijan.toghiani@wellsfargo.com |

# Exhibit D

**Exhibit D**

**Banks Service List**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Banco Popular | | 268 Ave Ponce De Leon Ste 1123 | San Juan | PR | 00918 |
| Fifth Third | Julio Ramirez | 999 Vanderbilt Beach Road | Naples | FL | 34108 |
| Morgan Stanley | | 111 Wall Street | New York | NY | 10005 |
| Raymond Jones | | P.O. Box 23558 | St. Petersburg | FL | 33742 |
| Wells Fargo | Bijan Toghiani | 420 Montgomery | San Francisco | CA | 94104 |

# Exhibit E

**Exhibit E**
**Insurance Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| AIG | | IR@aig.com |
| Beazley (Lloyd's Syndicate 2623/623) | c/o Beazley Furlonge Limited | info@beazley.com |
| Convex Insurance UK Ltd | | hello@convexin.com |
| Intact Insurance | | ABROCK@INTACTINSURANCE.COM |
| Lockton Companies | | KC-Inquiries@lockton.com |
| RSUI | | info@RSUI.com |

# Exhibit F

**Exhibit F**
**Insurance Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AIG | | 1271 AVE OF THE AMERICAS | FL 37 | NEW YORK | NY | 10020-1304 | |
| AXA XL | | 677 Washington Blvd, 10th Floor, Suite 1000 | | Stamford | CT | 06901 | |
| Beazley (Lloyd's Syndicate 2623/623) | c/o Beazley Furlonge Limited | 22 Bishopsgate | | London | | EC2N 4BQ | United Kingdom |
| Beazley at Lloyd's of London | | One Lime Street | | London | | EC3M 7HA | United Kingdom |
| Berkley | | 433 South Main Street, Suite 200 | | West Hartford | CT | 06110 | |
| BerkleyPro | | 757 Third Avenue, 10th Floor | | New York | NY | 10017 | |
| Chubb | | 15 Mountain View Road | P.O. Box 1615 | Warren | NJ | 07061-1615 | |
| Convex Insurance UK Ltd | | 52 Lime Street | | London | | EC3M 7AF | United Kingdom |
| Endurance American Specialty Insurance Company (Sompo) | | Waterloo House | 100 Pitts Bay Road | Pembroke | | HM 08 | Bermuda |
| Hartford | | 690 Asylum Avenue | | Hartford | CT | 06155 | |
| Hartford Fire Insurance Company | | One Hartford Plaza | | Hartford | CT | 06155 | |
| Intact Insurance | | 605 HIGHWAY 169 NORTH | | Plymouth | MN | 55441 | |
| Ironshore Specialty Insurance Company | c/o Liberty Mutual Insurance | 175 Berkeley Street | | Boston | MA | 02116 | |
| Lloyd's of London (Ambridge) | c/o Ambridge Partners LLC | 1140 Avenue of the Americas, 5th Floor | | New York | NY | 10036 | |
| Lockton Companies | | 444 W 47th St., Suite 900 | | Kansas City | MO | 64112 | |
| PartnerRe America Insurance Company | | Wellesley House South | 90 Pitts Bay Road | Pembroke | | HM08 | Bermuda |
| Property & Casualty Insurance Company of Hartford | | 201 North Illinois Street 16th Floor | | Indianapolis | IN | 46204-3250 | |
| QBE | | 55 Water Street | | New York | NY | 10041 | |
| RLI | | 9025 N Lindbergh Dr | | Peoria | IL | 61615 | |
| RSUI | | 945 East Paces Ferry Road NE Suite 1800 | | Atlanta | GA | 30326 | |
| Twin City Fire Insurance Company | | 201 North Illinois Street 16th Floor | | Indianapolis | IN | 46204-3250 | |
| Westfield Specialty Insurance Company | | One Park Circle | P.O. Box 5001 | Westfield Center | OH | 44251 | |

# Exhibit G

**Exhibit G**
**Utilities Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| CITY OF DEERFIELD BEACH | | cs@deerfield-beach.com |
| City of Hialeah | | customerservicews@hialeahfl.gov |
| CITY OF HOMESTEAD HPS | | customerservicequestions@cityofhomestead.com |
| CITY OF LAKELAND - UTILITIES | | customerservice@lakelandelectric.com |
| CITY OF PALM BAY | Utilities Customer Service | ucs@pbfl.org |
| CITY OF PALM BAY | | ucs@pbfl.org |
| CITY OF SUNRISE | | utilitiesdirector@sunrisefl.gov |
| COASTAL WASTE & RECYCLING INC. | | coastalcs@coastalwasteinc.com |
| CORPORATE SERVICES CONSULTANTS LLC | | info@corporateservicesconsultants.com |
| CPS ENERGY | CPS Energy - Bankruptcy Section | feedback@cpsenergy.com |
| CPS ENERGY | | feedback@cpsenergy.com |
| HARRIS CO MUD #70 | c/o Schwartz, Page & Harding, L.L.P. | board@hcmud70.org |
| Hillsborough County | | PWCustomerResolution@HCFLGov.net |
| JJ'S WASTE & RECYCLING | | info@jjswaste.com |
| MAGICWASTE MANAGEMENT CORP | | info@magicwaste.com |
| MIAMI-DADE WATER & SEWER DEP | | Roy.Coley@miamidade.gov |
| NET2PHONE, INC | | support@net2phone.com |
| NEW MEXICO GAS COMPANY | | customerservice@nmgco.com |
| ORANGE COUNTY UTILITIES | | Water.Division@ocfl.net |
| RELIANT, DEPT 0954 | | solutions@reliant.com |
| SECO ENERGY | | customerservice@secoenergy.com |
| TOHO WATER AUTHORITY | | customerservice@tohowater.com |

# Exhibit H

**Exhibit H**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 4VOICE LLC | | 1095 Broken Sound Pkwy NW | | Boca Raton | FL | 33487 |
| ALL DAY RECYCLING, INC. | | 6620 W 2ND COURT | | HIALEAH | FL | 33012 |
| ATT | | PO BOX 105251 | | ATLANTA | GA | 30348 |
| ATT | | 208 S. Akard St. | | Dallas | TX | 75202 |
| Broadvoice | | PO BOX 31001-3150 | | Pasadena | CA | 91110 |
| Broadvoice | | 9221 Corbin Avenue Ste 260 | | Northridge | CA | 91324 |
| BROWARD COUNTY WATER & WASTEWATER SERVICES | | PO BOX 947995 | | Atlanta | GA | 30394 |
| BROWARD COUNTY WATER & WASTEWATER SERVICES | | 2555 West Copans Road | | Pompano Beach | FL | 33069 |
| CENTURYLINK | c/o Lumen Technologies, Inc. | 100 CenturyLink Dr | | Monroe | LA | 71203 |
| CENTURYLINK | | PO BOX 910182 | | Denver | CO | 80291 |
| CITY OF AVON PARK | | 110 E. MAIN STREET | | Avon Park | FL | 33825 |
| CITY OF CHICAGO | Jardine Water Treatment Plant | 1000 East Ohio Street | | Chicago | IL | 60611 |
| CITY OF CHICAGO | | PO BOX 6330 | | Chicago | IL | 60680 |
| CITY OF CORPUS CHRISTI | | PO BOX 659880 | | Alamo Heights | TX | 78265 |
| CITY OF CORPUS CHRISTI | | 2726 Holly Road | | Corpus Christi | TX | 78415 |
| CITY OF DEERFIELD BEACH | | 150 NE 2ND AVENUE | | DEERFIELD BEACH | FL | 33441 |
| CITY OF FORT LAUDERDALE | | P.O. BOX 31687 | | TAMPA | FL | 33631 |
| CITY OF FORT LAUDERDALE | | 100 N Andrews Ave | | Fort Lauderdale | FL | 33301 |
| City of Hialeah | | 20 EAST 6th STREET | | HIALEAH | FL | 33010 |
| City of Hialeah | | 501 Palm Ave | | HIALEAH | FL | 33010 |
| CITY OF HOMESTEAD HPS | | 100 CIVIC COURT | | Homestead | FL | 33030 |
| CITY OF LAKE WORTH | | 414 LAKE AVENUE | | LAKE WORTH BEACH | FL | 33460 |
| CITY OF LAKELAND - UTILITIES | | PO BOX 32006 | | LAKELAND | FL | 33802 |
| CITY OF LAKELAND - UTILITIES | | 501 East Lemon Street | | Lakeland | FL | 33801 |
| CITY OF MARGATE | | 901 NW 66TH AVE | | Margate | FL | 33063 |
| City of North Las Vegas | | PO BOX 360118 | | NORHT LAS VEGAS | NV | 89036 |
| City of North Las Vegas | | 2250 Las Vegas Blvd. North Ste 250 | | North Las Vegas | NV | 89030 |
| City of North Miami | | 12400 NE 8th AVE | | NORTH MIAMI | FL | 33161 |
| CITY OF PALM BAY | Utilities Customer Service | City Hall Annex Building | 120 Malabar Rd SE | Palm Bay | FL | 32907 |
| CITY OF PALM BAY | | PO BOX 30325 | | TAMPA | FL | 30325 |
| CITY OF PEMBROKE PINES | | 601 CITY CENTER WAY | | PEMBROKE PINES | FL | 33025 |
| CITY OF POMPANO BEACH | | P.O. BOX 734015 | | DALLAS | TX | 75373 |
| CITY OF POMPANO BEACH | | 100 West Atlantic Blvd | | Pompano Beach | FL | 33060 |
| CITY OF ST CLOUD | | 1300 9TH STREET | | ST CLOUD | FL | 34769 |

**Exhibit H**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CITY OF SUNRISE | | PO BOX 31432 | | TAMPA | FL | 33631 |
| CITY OF SUNRISE | | 777 Sawgrass Corporate Parkway | | Sunrise | FL | 33325 |
| City of Tampa | | BUSINESS TAX DIVISION | | TAMPA | FL | 33631 |
| City of Tampa | | 306 East Jackson Street | | Tampa | FL | 33602 |
| COASTAL WASTE & RECYCLING INC. | | PO BOX 25756 | | Miami | FL | 33102 |
| COASTAL WASTE & RECYCLING INC. | | 2481 NW 2nd Avenue | | Boca Raton | FL | 33431 |
| COMCAST | | PO BOX 37601 | | Philadelphia | PA | 19101 |
| COMCAST | | Comcast Center | 1701 JFK Boulevard | Philadelphia | PA | 19103 |
| COMED AND EXELON COMPANY | | PO BOX 6111 | | CAROL STREAM | IL | 60197 |
| COMED AND EXELON COMPANY | | 10 S. Dearborn St. 54th Fl | | Chicago | IL | 60603 |
| CORPORATE SERVICES CONSULTANTS LLC | | 1015 N GAY ST | | Dandridge | TN | 37725 |
| COX BUSINESS | | PO BOX 53262 | | Phoenix | AZ | 85072 |
| COX BUSINESS | | 6305 Peachtree Dunwoody Rd | | Atlanta | GA | 30328 |
| CPS ENERGY | CPS Energy - Bankruptcy Section | 500 McCullough | Mail Drop 110910 | San Antonio | TX | 78215 |
| CPS ENERGY | | PO BOX 2678 | | SAN ANTONIO | TX | 78289 |
| DUKE ENERGY | | PO BOX 1094 | | Charlotte | NC | 28201 |
| DUKE ENERGY | | 526 S Church St | | Charlotte | NC | 28202 |
| FLORIDA CITY GAS | C/O CHESAPEAKE UTILITIES CORPORATION | 500 ENERGY LN | | DOVER | DE | 19904 |
| FLORIDA CITY GAS | | PO BOX 22614 | | MIAMI | FL | 33102 |
| FPL | | GENERAL MAIL FACILITY | | MIAMI | FL | 33188 |
| FPL | | 700 Universe Blvd | | Juno Beach | FL | 33408 |
| FRONTIER | Frontier Communications | 1919 McKinney Ave | | Dallas | TX | 75201 |
| FRONTIER | | P.O. Box 709 | | South Windsor | CT | 06074 |
| HARRIS CO MUD #70 | c/o Schwartz, Page & Harding, L.L.P. | 1300 Post Oak Boulevard, Suite 2400 | | Houston | TX | 77056 |
| HARRIS CO MUD #70 | | P.O. BOX 1689 | | Spring | TX | 77383 |
| Hillsborough County | | 925 E Twiggs St | | Tampa | FL | 33602 |
| Hillsborough County | | 601 E. Kennedy Blvd | | Tampa | FL | 33602 |
| IPFONE | | 1035 NE 125th Street | | North Miami | FL | 33161 |
| JJ'S WASTE & RECYCLING | | 3905 EL REY RD. | | Orlando | FL | 32808 |
| KISSIMMEE UTILITY AUTHORITY | | PO BOX 850001 | | ORLANDO | FL | 32885 |
| KISSIMMEE UTILITY AUTHORITY | | 1701 W. Carroll St. | | Kissimmee | FL | 34741 |

**Exhibit H**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| MAGICWASTE MANAGEMENT CORP | | 8600 N.W. 17th Street, Suite #130 | | DORAL | FL | 33126 |
| MEDICAL WASTE MANAGEMENT | | 8274 NW 66 ST | | MIAMI | FL | 33166 |
| MIAMI-DADE WATER & SEWER DEP | | PO BOX 026055 | | MIAMI | FL | 33102 |
| MIAMI-DADE WATER & SEWER DEP | | 3071 SW 38th Ave | | Miami | FL | 33146 |
| NET2PHONE, INC | | 520 BROAD STREET | | NEWARK | NJ | 07107 |
| NEW MEXICO GAS COMPANY | | 1625 Rio Bravo SW Ste 27 | | Albuquerque | NM | 87105 |
| NV ENERGY | | P.O. Box 30150 | | RENO | NV | 89520 |
| NV ENERGY | | 6226 W. Sahara Ave. | | Las Vegas | NV | 89146 |
| ORANGE COUNTY UTILITIES | | PO BOX 628068 | | Orlando | FL | 32862 |
| ORANGE COUNTY UTILITIES | | 9150 Curry Ford RD, 3rd Floor | | Orlando | FL | 32825 |
| PALM BEACH COUNTY WATER UTILITIES DEPT. | | 9045 JOG ROAD | | Boynton Beach | FL | 33437 |
| PEOPLES GAS | | PO BOX 6050 | | CAROL STREAM | IL | 60197 |
| PEOPLES GAS | | 200 E. Randolph St. | | Chicago | IL | 60601 |
| PINELLAS COUNTY | | 14 S FT HARRISON AVE | | CLEARWATER | FL | 33756 |
| PNM | | PO BOX 27900 | | ALBUQUERQUE | NM | 87125 |
| PNM | | 414 Silver Ave. SW | | Albuquerque | NM | 87102 |
| RELIANT, DEPT 0954 | | P.O. Box 1532 | | HOUSTON | TX | 77251 |
| RELIANT, DEPT 0954 | | 1501 N Plano Rd. | | Richardson | TX | 75081 |
| REPUBLIC SERVICES INC #620 | | 770 E SAHARA AVE | | LAS VEGAS | NV | 89104 |
| SAN ANTONIO WATER SYSTEM | SAWS Headquarters (Tower 1) | 2800 US Hwy 281 N | | San Antonio | TX | 78212 |
| SAN ANTONIO WATER SYSTEM | | P.O. BOX 2990 | | SAN ANTONIO | TX | 78299 |
| SECO ENERGY | | P.O. BOX 301 | | Sumterville | FL | 33585 |
| SECO ENERGY | | 330 South U.S. Highway 301 | | Sumterville | FL | 33585 |
| SOUTHWEST GAS | | P.O. BOX 98890 | | Las Vegas | NV | 89193 |
| SOUTHWEST GAS | | 8360 S Durango Dr | | Las Vegas | NV | 89113 |
| Spectrum Business | c/o Charter Communications | 400 Washington Blvd. | | Stamford | CT | 06902 |
| Spectrum Business | | PO BOX 31710 | | TAMPA | FL | 33631 |
| TECO | | PO BOX 31318 | | TAMPA | FL | 33631 |
| TECO | | 702 N Franklin St | | Tampa | FL | 33602 |
| T-MOBILE USA INC. | | 12920 SE 38TH ST | | Bellevue | WA | 98006 |
| TOHO WATER AUTHORITY | | PO BOX 30527 | | Tampa | FL | 33630 |
| TOHO WATER AUTHORITY | | 951 Martin Luther King Blvd. | | Kissimmee | FL | 34741 |
| VERIZON WIRELESS | | PO BOX 660108 | | Dallas | TX | 75266 |

**Exhibit H**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| VERIZON WIRELESS | | 1095 Avenue of the Americas | | New York | NY | 10036 |
| VILLAGE OF PALM SPRINGS | | 226 CYPRESS LANE | | PALM SPRINGS | FL | 33461 |
| WASTE PRO OF FLORIDA, INC | | 17302 PINES BLVD | | PEMBROKE PINES | FL | 33029-1507 |

# Exhibit I

**Exhibit I**
**Taxing Authorities Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Bexar County Appraiser | | cs@bcad.org |
| Brevard County Appraiser | Attn Appraisers Office | appraiser@bcpao.us |
| Brevard County Appraiser | | appraiser@bcpao.us |
| Broward County Appraiser | Attn Appraisers Office | martykiar@bcpa.net |
| Clark County (NV) | | RecWeb@ClarkCountyNV.gov |
| Hidalgo County Appraiser | | cs@hidalgoad.org |
| Illinois Department of Revenue | | REV.TA-BIT-WIT@illinois.gov |
| New Mexico Taxation and Revenue Department | | CIT.TaxReturnHelp@state.nm.us |
| Nueces County Appraiser | | info@nuecescad.net |
| Orange County Appraiser | Attn Appraisers Office | tppinfo@ocpafl.org |
| Osceola County Appraiser | Attn Tangible Department | info@property-appraiser.org |
| State of New Jersey, Division of Taxation | Bankruptcy Unit | NJTax.BNCnoticeonly@treas.nj.gov |
| State of New Jersey, Division of Taxation | | NJTax.BNCnoticeonly@treas.nj.gov |
| Volusia County Appraiser | Attn Appraisers Office | vcpa@Volusia.org |
| Volusia County Appraiser | | vcpa@Volusia.org |

# Exhibit J

**Exhibit J**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bernalillo County Assessor | Office of the Assessor - Personal Property Division | PO BOX 27108 | | ALBUQUERQUE | NM | 87125 |
| Bernalillo County Assessor | | 415 Silver Ave SW | | Albuquerque | NM | 87102 |
| Bexar County Appraiser | | 411 N Frio St | | San Antonio | TX | 78207 |
| Brevard County Appraiser | Attn Appraisers Office | PO Box 429 | | Titusville | FL | 32781-0429 |
| Brevard County Appraiser | | 400 South Street, 5th floor | | Titusville | FL | 32780 |
| Broward County Appraiser | Attn Appraisers Office | 115 S Andrews Ave, Rm 111 | | Fort Lauderdale | FL | 33301-1801 |
| California Franchise Tax Board | | PO Box 942857 | | Sacramento | CA | 94257 |
| California Franchise Tax Board | | 3321 Power Inn Road, Suite 250 | | Sacramento | CA | 95826-3893 |
| Cameron County Appraiser | | 2021 Amistad Dr | | San Benito | TX | 78586 |
| Centers For Medicare & Medicaid Services | | 7500 Security Boulevard | | Baltimore | MD | 21244 |
| Clark County (NV) | | 500 S Grand Central Parkway, 2nd Floor | | Las Vegas | NV | 89155 |
| Department of the Treasury, Internal Revenue Service | | Internal Revenue Service | | Ogden | UT | 84201-0012 |
| Director of Finance, Municipal License Tax Division | | P.O. Box 7079 | | San Juan | PR | 00936-8179 |
| Florida Department Of Business & Professional Regulation | | 2601 Blair Stone Road | | TALLAHASSEE | FL | 32399 |
| Florida Department Of Health | | BOARD OF PHARMACY | | TALLAHASSEE | FL | 32399 |
| Florida Department Of Health In Broward County | | 780 SW 24 STREET | | FORT LAUDERDALE | FL | 33315 |
| Florida Department Of Health In Marion County | | 1801 SE 32ND AVE. | | Ocala | FL | 34771 |
| Florida Department Of Health In Orange County | | 1001 EXECUTIVE CENTER DRIVE | | ORLANDO | FL | 32803 |
| Florida Department Of Health In Palm Beach County | | P.O. BOX 29 | | West Palm Bch | FL | 33402 |
| Florida Department Of Health In Volusia County | | P.O. BOX 9190 BIN#118 | | Daytona Beach | FL | 32120 |
| Florida Department of Revenue | | 5050 W Tennessee St | | Tallahassee | FL | 32399-0112 |
| Hidalgo County Appraiser | | 4405 Professional Dr | | Edinburg | TX | 78539 |
| Hillsborough County Appraiser | Attn Appraisers Office | 15th Floor County Center | 601 E Kennedy Blvd | Tampa | FL | 33602-4932 |
| Illinois Department of Revenue | | P.O Box 19048 | | Springfield | IL | 62974-9048 |

**Exhibit J**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Illinois Department of Revenue | | 555 WEST MONROE STREET, SUITE 1100 | | Chicago | IL | 60661 |
| Lake County Appraiser | Attn TPP Dept. | 320 W Main St Ste A | | Tavares | FL | 32778-3831 |
| Marion County Appraiser | Attn Appraisers Office | PO Box 6919 | | Ocala | FL | 34478-6919 |
| Marion County Appraiser | | 501 SE 25th Avenue | | Ocala | FL | 34471 |
| Miami-Dade County Appraiser | Attn Personal Property Division | 111 NW 1st St | Ste 710 | Miami | FL | 33128-1984 |
| Nevada Department of Taxation, Commerce Tax Team | | PO Box 51180 | | Los Angeles | CA | 90051-5480 |
| Nevada Department of Taxation, Commerce Tax Team | | 3850 Arrowhead Drive, 2nd Floor | | Carson City | NV | 89706 |
| New Mexico Taxation and Revenue Department | | P.O. Box 25127 | | Santa Fe | NM | 87504-5127 |
| New Mexico Taxation and Revenue Department | | 1200 South St. Francis Drive | | Santa Fe | NM | 87505 |
| New York State Department of Taxation and Finance | | Harriman Campus Rd | State Campus Building 9 | Albany | NY | 12227 |
| Nueces County Appraiser | | 201 N Chaparral St | | Corpus Christi | TX | 78401 |
| Orange County Appraiser | Attn Appraisers Office | 200 S Orange Avenue Suite 1700 | | Orlando | FL | 32801-3438 |
| Osceola County Appraiser | Attn Tangible Department | 2505 E Irlo Bronson Memorial | | Kissimmee | FL | 34744 |
| Palm Beach County Appraiser | Attn Appraisers Office | 5th Fl Government Center | 301 N Olive Ave | West Palm Beach | FL | 33401-4793 |
| Pinellas County Appraiser | Attn Appraisers Office | PO Box 1957 | | Clearwater | FL | 33757-1957 |
| Pinellas County Appraiser | | 315 Court Street, 2nd Floor | | Clearwater | FL | 33756 |
| Polk County Appraiser | Attn Appraisers Office | 255 N Wilson Ave | | Bartow | FL | 33830-3901 |
| State of New Jersey, Division of Taxation | Bankruptcy Unit | 3 John Fitch Way, 5th Floor | PO Box 245 | Trenton | NJ | 08695-0245 |
| State of New Jersey, Division of Taxation | | PO Box 642 | | Trenton | NJ | 08646-0642 |
| U.S. Department Of Health And Human Services | | 200 Independence Avenue | | S.W. Washington | D.C. | 20201 |
| Volusia County Appraiser | Attn Appraisers Office | 921 N Nova Rd | | Holly Hill | FL | 32117 |
| Volusia County Appraiser | | 123 W. Indiana Ave. Room 102 | | DeLand | FL | 32720 |

# Exhibit K

**Exhibit K**
**Top & Substantial Shareholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Barry S. Sternlicht | | Address on File | | | | |
| BlackRock, Inc. | | 55 East 52nd Street | | New York | NY | 10055 |
| Capital World Investors | | 333 South Hope Street | 55th Fl | Los Angeles | CA | 90071 |
| D. E. Shaw & Co., L.L.C. | David E. Shaw | 1166 Avenue of the Americas | 9th Fl | New York | NY | 10036 |
| D. E. Shaw & Co., L.P. | David E. Shaw | 1166 Avenue of the Americas | 9th Fl | New York | NY | 10036 |
| D. E. Shaw Adviser II, L.L.C. | David E. Shaw | 1166 Avenue of the Americas | 9th Fl | New York | NY | 10036 |
| D. E. Shaw Galvanic Portfolios, L.L.C. | David E. Shaw | 1166 Avenue of the Americas | 9th Fl | New York | NY | 10036 |
| D. E. Shaw Manager II, L.L.C. | David E. Shaw | 1166 Avenue of the Americas | 9th Fl | New York | NY | 10036 |
| Daniel S. Loeb | | Address on File | | | | |
| David E. Shaw | | Address on File | | | | |
| Diameter Capital Partners LP | Attn Shailini Rao | 55 Hudson Yards | Suite 29B | New York | NY | 10001 |
| Dr. Marlow Hernandez | | Address on File | | | | |
| EG Advisors, LLC | | 1235 Spanish River Road | | Boca Raton | FL | 33432 |
| EGGE, LLC | | 1235 Spanish River Road | | Boca Raton | FL | 33432 |
| Elliot Cooperstone | | Address on File | | | | |
| Hernandez Borrower Holdings, LLC | | 9725 NW 117th Ave | Suite 200 | Miami | FL | 33178 |
| ICS Opportunities II LLC | | 399 Park Avenue | | New York | NY | 10022 |
| ICS Opportunities, Ltd. | | 399 Park Avenue | | New York | NY | 10022 |
| Integrated Assets II LLC | | 399 Park Avenue | | New York | NY | 10022 |
| Integrated Assets, Ltd. | | 399 Park Avenue | | New York | NY | 10022 |
| Integrated Core Strategies (US) LLC | | 399 Park Avenue | | New York | NY | 10022 |
| Israel A. Englander | | Address on File | | | | |
| ITC Rumba, LLC | | One Vanderbilt Ave | Suite 2400 | New York | NY | 10017 |
| Jonathan Lewinsohn | | Address on File | | | | |
| JPMORGAN CHASE & CO. | | 383 Madison Avenue | | New York | NY | 10179 |
| Lewis Gold | | Address on File | | | | |
| Marlow B. Hernandez 2020 Family Trust | | Address on File | | | | |
| Millennium Group Management LLC | | 399 Park Avenue | | New York | NY | 10022 |
| Millennium International Management LP | | 399 Park Avenue | | New York | NY | 10022 |
| Millennium Management LLC | | 399 Park Avenue | | New York | NY | 10022 |
| Riverview Group LLC | | 399 Park Avenue | | New York | NY | 10022 |
| Robert Camerlinck | | Address on File | | | | |
| Scott K. Goodwin | | Address on File | | | | |
| The Vanguard Group | | 100 Vanguard Blvd | | Malvern | PA | 19355 |
| Third Point LLC | | 55 Hudson Yards | | New York | NY | 10001 |