IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re : Chapter 11
: 
**CANO HEALTH, INC.,** *et al.,* : Case No. 24–10164 (KBO)
: 
Debtors.[1] : (Jointly Administered)
: 
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 15, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of Petition Date** [Docket No. 140]

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 330, and 331 and Fed. R. Bankr. P. 2016 for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief** [Docket No. 141]

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 for Authority to Employ Professionals Used in Ordinary Course of Business** [Docket No. 142]

- **Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014(a) and 2016 for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Audit Services Provider to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief** [Docket No. 143]

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP to Provide Tax Compliance, Tax Provision, Tax Consulting, Valuation, and Accounting Advisory Services to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief** [Docket No. 144]

- **Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) for Entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief** [Docket No. 145]

- **Debtor Cano Health, Inc.'s Application Pursuant to 11 U.S.C. §§ 327, 328, and 330 and Fed. R. Bank. P. 2014(a) and 2016 for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel** [Docket No. 146]

- **Debtors' Application Pursuant to 11 U.S.C. §§ 327, 330, and 1107 and Fed. R. Bank. P. 2014(a) and 2016 for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date** [Docket No. 147]

- **Application of the Debtors for Entry of an Order (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of February 4, 2024, (II) Waiving Certain Reporting Requirements Pursuant to Local Bankruptcy Rule 2016-2, and (III) Granting Related Relief** [Docket No. 148]

- **Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 to (I) Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date and (II) Granting Related Relief** [Docket No. 149]

Furthermore, on February 15, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 for Authority to Employ Professionals Used in Ordinary Course of Business** [Docket No. 142]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: February 20, 2024

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | MYRIAM@DGS.GROUP |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | RIC@IMAGE1GROUP.COM |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Email on File |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | elindiobakery@gmail.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Jeffrey R Gleit & Brett D. Goodman | jeffrey.gleit@afslaw.com; brett.goodman@afslaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Matthew R. Bentley | matthew.bentley@afslaw.com |
| Top 30 Creditor | ATT | Attn Legal Department | mast@att.com |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | ABINELO@BDO.COM |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | sandron@broward.org |
| Counsel to Fifth Third Bank | Carlton Fields, P.A. | Nader A. Amer | namer@carltonfields.com |
| Top 30 Creditor | CD Support LLC | David Joe | chollinger@onsitedental.com |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | Cheri.Rice@cms.hhs.gov |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | ACOREACH@cms.hhs.gov |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | rblanco@coralreefmedical.com |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | tiffany.hunt@cushwake.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | ecwar@eclinicalworks.com |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | Asia.M.Loveless@afleets.com |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | Julio.Ramirez@53.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch, and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio, Scott D Talmadge, Samantha S. Braunstein, Lacey Nemergut and Ali Muffenbier | mark.liscio@freshfields.com; scott.talmadge@freshfields.com; samantha.braunstein@freshfields.com; lacey.nemergut@freshfields.com; ali.muffenbier@freshfields.com |
| Counsel to the Ad Hoc First Lien Group | Gibson, Dunn & Crutcher LLP | Scott J, Greenberg, Michael J. Cohen and Christina M. Brown | mcohen@gibsondunn.com; christina.brown@gibsondunn.com; sgreenberg@gibsondunn.com |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to U.S. Bank Trust Company National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr and Kristin S. Elliott | kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | info@labaton.com |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Counsel to Houston ISD | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Top 30 Creditor | LYFT, INC. | | ACCOUNTSRECEIVABLE@LYFT.COM |
| Counsel to Atlantic Specialty Insurance Company | Manier & Herod, P.C. | Scott C. Williams; S. Marc Buchman | swilliams@manierherod.com; mbuchman@manierherod.com |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | web_team@milliman.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | Morris James LLP | Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | hila.ds@navina.ai |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | Northeast-TSA@lockton.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | Benjamin.A.Hackman@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Counsel to the Ad Hoc First Lien Group | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones & James E ONeill | ljones@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch | Potter Anderson & Corroon LLP | Jeremy W. Ryan and L. Katherine Good | jryan@potteranderson.com; kgood@potteranderson.com |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | EPalenschat@proskauer.com |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | fernando.figueroa@justicia.pr.gov |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | IsabelRua@regencycenters.com; achdeposits@regencycenters.com; SoniaArzuaga@regencycenters.com |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | payment@salesforce.com |
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | fred.leathers@secondwaveds.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | William F. McDonald III | wmcdonald@shopcore.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | jos@opdeweegh.com |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | christine.robinette@usbank.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | nail@dadecook.com |
| Counsel to Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Lisa Bittle Tancredi | lisa.tancredi@wbd-us.com |
| Counsel to American Express National Bank | Zwicker & Associates, P.C. | Katie E. Hankard | bknotices@zwickerpc.com |

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | 107 COMMERCIAL PROPERTY LLC | MYRIAM GOLDSMITH | 2260 NW 114 AVE | | | MIAMI | FL | 33172 | |
| Top 30 Creditor | 2380-90 NW 7 STREET LLC | RIC ARCADI | 6924 NW 113TH PL | | | Doral | FL | 33178 | |
| Top 30 Creditor | ANDREAS ELIOPOULOS | | Address on File | | | | | | |
| Top 30 Creditor | ANGELES FOOD CORP | HEIDI PEREZ | 4245 E 4TH AVE | | | HIALEAH | FL | 33013 | |
| Top 30 Creditor | ATT | Attn Legal Department | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| Top 30 Creditor | BDO USA, LLP | ALEXANDER BINELO | 1450 BRICKELL AVE | | | MIAMI | FL | 33131 | |
| Top 30 Creditor | BOF FL Flagler Station LLC | Attn Legal Department | 1277 Lenox Park Boulevard Suite 200 | | | Atlanta | GA | 30319 | |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | Governmental Center, Suite 423 | 115 South Andrews Avenue | | Fort Lauderdale | FL | 33301 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St, Ste 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor | CD Support LLC | David Joe | 85 Argonaut, Suite 220 | | | Aliso Viejo | CA | 92656 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | 7500 Security Blvd. | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Deputy Associate General Counsel, Program Review Branch | 7500 Security Blvd., Room C2-05-23 | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | 7500 Security Boulevard | Mailstop C3-01-24 | | Baltimore | MD | 21244 | |
| Top 30 Creditor | Coral Reef Medical Group, LLC | Attn Legal Department | 30334 Old Dixie Hwy | | | Homestead | FL | 33033 | |
| Top 30 Creditor | Cushman & Wakefield, Inc. | Tiffany Hunt | 575 Maryville Center Dr. | | | Town and Country | MO | 63141 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Eclinical Works, LLC | Attn Legal Department | 2 Technology Dr | | | Westborough | MA | 01581 | |
| Top 30 Creditor | Enterprise FM Trust | Attn Legal Department | 600 Corporate Park Dr | | | St. Louis | MO | 63105 | |
| Top 30 Creditor | Fifth Third Bank | Attn Julio Ramirez | 38 Fountain Square Plaza | | | Cincinnati | OH | 45202 | |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R Thompson Ctr | 100 W Randolph St | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Labaton Sucharow LLP | Attn Legal Department | 140 BROADWAY | | | New York | NY | 10005 | |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Counsel to Houston ISD | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Top 30 Creditor | LYFT, INC. | | 185 BERRY STREET SUITE 5000 | | | SAN FRANCISCO | CA | 94107 | |

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Medcloud Depot LLC. | Attn Legal Department | 13155 SW 134th Street Ste 211 | | | Miami | FL | 33186 | |
| Top 30 Creditor | MILLIMAN INC | ATTN LEGAL DEPARTMENT | 3424 PEACH TREE ROAD NE | | | ATLANTA | GA | 30326 | |
| Top 30 Creditor | NAVINA TECHNOLOGIES LTD | HILA DALAL | MENACHEM BEGIN 156 | | | TEL AVIV | | 6492108 | ISRAEL |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| Top 30 Creditor | Northeast Series of Lockton LLC. | Attn Legal Department | 1185 Avenue OF The Americas Ste 2010 | | | New York | NY | 10036-2601 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | 2805 Fountain Plaza Blvd., Suite B | | | Edinburg | TX | 78539 | |
| Top 30 Creditor | Preferred Care Partners Inc. | Attn Legal Department | 9100 S Dadeland Blvd Ste 1250 | | | Miami | FL | 33156-7838 | |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602 | |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | PO Box 9020192 | | | San Juan | PR | 00902-0192 | |
| Top 30 Creditor | Rapid7 LLC | Nick Sestito | 120 Causeway Street Suite 400 | | | Boston | MA | 02114 | |
| Top 30 Creditor | Regency Centers, L.P. | Isabel Rua | 6840 SW 40th St, Suite 208 | | | Miami | FL | 33155 | |
| Top 30 Creditor | Salesforce.Com, Inc | Attn Legal Department | 415 Mission Street, 3rd Floor | | | San Francisco | CA | 94105 | |
| Top 30 Creditor | SECOND WAVE DELIVERY SYSTEMS, LLC | FREDERICK LEATHERS | 9060 W. CHEYENNE AVE. | | | Las Vegas | NV | 89129 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W 15th St | | | Austin | TX | 78701 | |
| Top 30 Creditor | THE SIEGFRIED GROUP, LLP | ROXANNE MEYER | 1201 N MARKET ST SUITE 700 | | | WILMINGTON | DE | 19801 | |
| Top 30 Creditor | THE WELLNESS CIRCLE | JOZEF OPDEWEEGH | 3785 NW 82nd AVE STE 400-408 | | | MIAMI | FL | 33166 | |
| Top 30 Creditor | TRUESHORE BPO, LLC | MARIA RUFIN | 1700 79TH ST CAUSEWAY SUITE 120 | | | NORTH BAY VILLAGE | FL | 33141 | |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | West Side Flats, 60 Livingston Ave, EP-MN-WS3C | | | Saint Paul | MN | 55107 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Creditor | VPRE REAL HOLDINGS LLC | VICTOR DIAZ | 2719 N. SPAUDING AVE | | | Chicago | IL | 60647 | |

# Exhibit C

**Exhibit C**
**Ordinary Course Professionals Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Baudino Law Group, PLC | 2600 Grand Avenue St 100 | Des Moines | IA | 50312 |
| Cole, Scott & Kissane, P.A. | 9150 South Dadeland Blvd | Miami | FL | 33156 |
| Epstein Becker & Green, P.C. | 875 3rd Ave | New York | NY | 10022 |
| Fisher & Phillips LLP | 1200 Abernathy Road, STE 950 | Atlanta | GA | 30328 |
| FTI Consulting Group, Inc. | 1166 Avenue of the Americas, 15th Floor | New York | NY | 10036 |
| Hinshaw & Culbertson LLP | 8142 Solutions Center Drive | Chicago | IL | 60677 |
| McDermott Will & Emery | 333 SE 2nd Ave Suite 4500 | Miami | FL | 33131 |
| Morgan Lewis & Bockius LLP | 420 Montgomery Street | San Francisco | CA | 94104 |
| Nelson Mullins Riley & Scarborough LLP | 330 Madison Avenue, 27th Floor | New York | NY | 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP | One Manhattan West | New York | NY | 10001-8602 |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson PA | 150 W. Flagler St. STE 2200 | Miami | FL | 33130 |
| Stein Mitchell Beato & Missner LLP | 2000 K Street NW, Suite 600 | Washington | DC | 20006 |