**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
               :

**In re**               :          **Chapter 11**
               :

**CANO HEALTH, INC.,** *et al.,*     :          **Case No. 24–10164 (KBO)**
               :

        **Debtors.**[1]        :          **(Jointly Administered)**
               :

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 29, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order Shortening Notice and Objection Periods with Respect to Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 and 6004 (I) Authorizing Debtors to Sell Shares of MSP Recovery, Inc. and (II) Granting Related Relief** [Docket No. 204]

- **Motion of Debtors Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 for Entry of an Order (I) Authorizing Debtors to File Under Seal Certain Commercially Sensitive Information in the MSP Recovery Shares Sale Motion, the Sheehan Declaration in Support Thereof, and the Related Motion to Shorten and (II) Granting Related Relief** [Docket No. 205]

*(Continued on Next Page)*

---

[1]    The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Notice of Hearing with Respect to Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 and 6004 (I) Authorizing Debtors to Sell Shares of MSP Recovery, Inc. and (II) Granting Related Relief** [Docket No. 212]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: March 5, 2024

*/s/ Hannah Bussey*
Hannah Bussey
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor/Committee Member | 107 Commercial Property LLC | Attn Pablo Szprynger and Myriam Goldsmith | MYRIAM@DGS.GROUP; pablo@dgs.group |
| Top 30 Creditor/Committee Member | 2380-90 NW 7 STREET LLC | RIC ARCADI | RIC@IMAGE1GROUP.COM |
| Counsel to Medcloud Depot, LLC | Aaronson Schantz Beiley P.A. | Geoffrey S. Aaronson | gaaronson@aspalaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Jeffrey R Gleit & Brett D. Goodman | jeffrey.gleit@afslaw.com; brett.goodman@afslaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Matthew R. Bentley | matthew.bentley@afslaw.com |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | sandron@broward.org |
| Counsel to Fifth Third Bank | Carlton Fields, P.A. | Nader A. Amer | namer@carltonfields.com |
| Top 30 Creditor/Committee Member | CD Support LLC | Attn: Ernest Blackwelder | chollinger@onsitedental.com; eblackwelder@onsitedental.com |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | Cheri.Rice@cms.hhs.gov |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | ACOREACH@cms.hhs.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin R. Alberto, Patrick J. Reilley and Andrew J. Roth-Moore | jalberto@coleschotz.com; preilley@coleschotz.com; aroth-moore@coleschotz.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Seth Van Aalten | svanaalten@coleschotz.com |
| Counsel to Humana Medical Plan, Inc. | Cooch and Taylor, P.A | R. Grant Dick IV and Dean R. Roland | gdick@coochtaylor.com; droland@coochtaylor.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Humana Medical Plan, Inc. | Dinsmore & Shohl LLP | Ellen Arvin Kennedy and Sarah S. Mattingly | ellen.kennedy@dinsmore.com; sarah.mattingly@dinsmore.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch, and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio, Scott D Talmadge, Samantha S. Braunstein, Lacey Nemergut and Ali Muffenbier | mark.liscio@freshfields.com; scott.talmadge@freshfields.com; samantha.braunstein@freshfields.com; lacey.nemergut@freshfields.com; ali.muffenbier@freshfields.com |
| Counsel to the Ad Hoc First Lien Group | Gibson, Dunn & Crutcher LLP | Scott J, Greenberg, Michael J. Cohen and Christina M. Brown | mcohen@gibsondunn.com; christina.brown@gibsondunn.com; sgreenberg@gibsondunn.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Joseph J. Mamounas and Joshua M. Mandel | MamounasJ@gtlaw.com; MandelJ@gtlaw.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman and Jessica M. Wolfert | PinkasO@gtlaw.com; HoffmanS@gtlaw.com; Jessica.Wolfert@gtlaw.com |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to U.S. Bank Trust Company National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr and Kristin S. Elliott | kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Kelley Drye & Warren LLP | Jennifer D. Raviele | jraviele@kelleydrye.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Kelley Drye & Warren LLP | Robert L. LeHane | rlehane@kelleydrye.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Counsel to Houston ISD, City of Houston and Houston Comm Coll System | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Atlantic Specialty Insurance Company | Manier & Herod, P.C. | Scott C. Williams and S. Marc Buchman | swilliams@manierherod.com; mbuchman@manierherod.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | Morris James LLP | Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Committee Member | Navina Technologies Ltd. | Attn Ohad Shamian | hila.ds@navina.ai |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | Benjamin.A.Hackman@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Counsel to the Ad Hoc First Lien Group | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones & James E ONeill | ljones@pszjlaw.com; joneill@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Kristopher M. Hansen, Erez Gilad, Ryan Montefusco and Jillian McMillan | krishansen@paulhastings.com; erezgilad@paulhastings.com; ryanmontefusco@paulhastings.com; jillianmcmillan@paulhastings.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Schlea Thomas | schleathomas@paulhastings.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch | Potter Anderson & Corroon LLP | Jeremy W. Ryan and L. Katherine Good | jryan@potteranderson.com; kgood@potteranderson.com |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | EPalenschat@proskauer.com |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | fernando.figueroa@justicia.pr.gov |
| Counsel to Elevance Health, Inc. | Reed Smith LLP | Mark W. Eckard | meckard@reedsmith.com |
| Counsel to Elevance Health, Inc. | Reed Smith LLP | Michael P. Cooley and Dylan T.F. Ross | mpcooley@reedsmith.com; dylan.ross@reedsmith.com |
| Top 30 Creditor/Committee Member | Second Wave Delivery Systems, LLC | Attn Elliot Moskow | fred.leathers@secondwaveds.com; elliot.moskow@secondwaveds.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | William F. McDonald III | wmcdonald@shopcore.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | christine.robinette@usbank.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent under the Side-Car Credit Agreement | White & Case LLP | Andrew Zatz | azatz@whitecase.com |
| Counsel to Dental Excellence Partners LLC | Whiteford Taylor & Preston LLC | Richard W. Riley and Thomas J. Francella, Jr. | rriley@whitefordlaw.com; tfrancella@whitefordlaw.com |
| Counsel to Dental Excellence Partners LLC | Whiteford Taylor & Preston LLC | Sarah E. Wenrich | swenrich@whitefordlaw.com |
| Counsel to Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Lisa Bittle Tancredi | lisa.tancredi@wbd-us.com |
| Counsel to American Express National Bank | Zwicker & Associates, P.C. | Katie E. Hankard | bknotices@zwickerpc.com |

# Exhibit B

**Exhibit B**
**Broker Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Broker | Raymond James & Associates | Logan Lane, Senior Assistant General Counsel | Logan.Lane@raymondjames.com |

# **Exhibit C**

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor/Committee Member | 107 Commercial Property LLC | Attn Pablo Szprynger and Myriam Goldsmith | 2260 NW 114th Avenue | | | Miami | FL | 33172 | |
| Top 30 Creditor/Committee Member | 2380-90 NW 7 STREET LLC | RIC ARCADI | 6924 NW 113TH PL | | | Doral | FL | 33178 | |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | Governmental Center, Suite 423 | 115 South Andrews Avenue | | Fort Lauderdale | FL | 33301 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St, Ste 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor/Committee Member | CD Support LLC | Attn: Ernest Blackwelder | 85 Argonaut, Suite 220 | | | Aliso Viejo | CA | 92656 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | 7500 Security Blvd. | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Deputy Associate General Counsel, Program Review Branch | 7500 Security Blvd., Room C2-05-23 | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | 7500 Security Boulevard | Mailstop C3-01-24 | | Baltimore | MD | 21244 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R Thompson Ctr | 100 W Randolph St | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Counsel to Houston ISD, City of Houston and Houston Comm Coll System | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Committee Member | Navina Technologies Ltd. | Attn Ohad Shamian | Menachem Begin 146 | | | Tel Aviv | | 6492103 | Israel |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | 2805 Fountain Plaza Blvd., Suite B | | | Edinburg | TX | 78539 | |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602 | |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | PO Box 9020192 | | | San Juan | PR | 00902-0192 | |
| Top 30 Creditor/Committee Member | Second Wave Delivery Systems, LLC | Attn Elliot Moskow | 9060 W. Cheyenne Ave. | | | Las Vegas | NV | 89129 | |

In re Cano Health, Inc., et al.,
Case No. 24-10164 (KBO)

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W 15th St | | | Austin | TX | 78701 | |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | West Side Flats, 60 Livingston Ave, EP-MN-WS3C | | | Saint Paul | MN | 55107 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Counsel to the Agent under the Side-Car Credit Agreement | White & Case LLP | Andrew Zatz | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | |

# Exhibit D

**Exhibit D**
**Broker Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Broker | Raymond James & Associates | Logan Lane, Senior Assistant General Counsel | Raymond James Legal Department | 880 Carillon Pkwy | Saint Petersburg | FL | 33716 |

In re Cano Health, Inc., et al.,
Case No. 24-10164 (KBO)