# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CANO HEALTH., *et al*., | Case No. 24-10164 (KBO) |
| Debtors. | (Jointly Administered) |
| _____/ | |

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

TO ALL PARTIES:

PLEASE TAKE NOTICE that BILZIN SUMBERG BAENA PRICE & AXELROD LLP, counsel to HEMISPHERE HOLDINGS I, LLC, files its Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following address:

> Jeffrey I. Snyder, Esq.
> Bilzin Sumberg Baena Price & Axelrod LLP
> 1450 Brickell Avenue, 23rd Floor
> Miami, Florida 33131-3456
> Tel: (305) 374-7580
> Fax: (305) 374-7593

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of

MIAMI 11332633.1 80728/43558

reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court, to the Bankruptcy Court hearing and determining any non-core matter (or other matter where a constitutional or other right to determination by an Article III court may exist absent consent) or a waiver of the right to a jury trial.

Dated:  March 5, 2024

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
*Attorneys for Hemisphere Holdings I, LLC*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2234

By:     /s/ Jeffrey I. Snyder
       Jeffrey I. Snyder
       Florida Bar No. 021281
       jsnyder@bilzin.com