**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CANO HEALTH, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10164-KBO<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Scott M. Hare, Esq., to represent Marlow Hernandez, Richard Aguilar, Jason Conger, and Soran Health, LLC represent in the above-captioned matter, and any related adversary matter.

Dated: March 7, 2024
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　*/s/ Thomas J. Francella, Jr.*
　　　　　　　　　　　　　　　　　Thomas J. Francella, Jr. (No. 3835)
　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON LLC
　　　　　　　　　　　　　　　　　600 North King Street, Suite 300
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 353-4144
　　　　　　　　　　　　　　　　　Email: tfrancella@wtplaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted and in good standing, as a member of the Bar of the Commonwealth of Pennsylvania and the Bar of the State of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

　　　　　　　　　　　　　　　　　*/s/ Scott M. Hare*
　　　　　　　　　　　　　　　　　Scott M. Hare, Esq.
　　　　　　　　　　　　　　　　　WHITEFORD TAYLOR & PRESTON, LLP
　　　　　　　　　　　　　　　　　11 Stanwix Street, Suite 1400
　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15222
　　　　　　　　　　　　　　　　　Telephone: (412) 618-5600
　　　　　　　　　　　　　　　　　Email: share@wtplaw.com

### ORDER GRANTING MOTION

　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.