B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## District of Delaware

In re **CANO HEALTH, INC.,** *et al.*,                Case No. **24-10164 (KBO)**

                        Debtors                Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS' ESTATES HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **March 8, 2024** on the value, operations and profitability of those entities in which the estates of Cano Health, Inc. and its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hold a substantial or controlling interest, as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedure.  Beginning on February 4, 2024 (the "**Petition Date**"), the Debtors each commenced with the United States Bankruptcy Court for the District of Delaware a voluntary case under chapter 11 of title 11 of the United States Code.  The Debtors hold a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Cano Health Texas Network | 100%<br>(held directly by Debtor Cano Health, LLC) | 1 |

This periodic report (the "**Periodic Report**") contains separate reports ("**Entity Reports**") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the Debtors' estates hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                        2

Date:  March 8, 2024

/s/ Eladio Gil
Signature of Authorized Individual

Eladio Gil
Name of Authorized Individual

Interim Chief Financial Officer
Title of Authorized Individual

B26 (Official Form 26) (12/08) – Cont.                                                                                  3

**Exhibit A**
**Valuation Estimate for Cano Health Texas Network**


Cano Health Texas Network is a non-profit 501(c)(3) corporation that never became operational and was in the process of being dissolved on the Petition Date.  Cano Health Texas Network does not hold any assets nor does it have any operations.  Accordingly, there is nothing to report on subsequent Exhibits B and C of this Period Report.

B26 (Official Form 26) (12/08) – Cont.    4

**Exhibit B**
**Financial Statements for Cano Health Texas Network**

N/A

B26 (Official Form 26) (12/08) – Cont.                                                  5

**Exhibit B-1**
**Balance Sheet for Cano Health Texas Network**


N/A

B26 (Official Form 26) (12/08) – Cont.                                                          6

**Exhibit B-2**
**Statement of Income (Loss) for Cano Health Texas Network**

N/A

B26 (Official Form 26) (12/08) – Cont.                                              7

## Exhibit B-3
## Statement of Cash Flows for Cano Health Texas Network

N/A

B26 (Official Form 26) (12/08) – Cont.                                                    8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Cano Health Texas
Network**

N/A

B26 (Official Form 26) (12/08) – Cont.                                              9

**Exhibit C**
**Description of Operations for Cano Health Texas Network**

N/A