Case # 24-10164
CANO HEALTH Chapter 11

RECEIVED 2024 MAR 11 AM 10:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge,

I am writing this letter for myself and all of RETAIL Investors.

I am for re-organizing under Chapter 11, however not if management is allowed to bankrupt the savings of the retail investor.

Management who has made bad decisions as to assets verus liabilites for Cano Health.

Management wants to re-organize after Chapter 11.

But is managements responsibility to honor their commitment to original shareholders — as they have stated time & time again.

Don't make it easy for management to drop current shareholders under

Chapter 11.

Management has a duty to include shareholders who trusted their vision.

Thank you and Best regards.

Neil O'Connor (Neil O'Connor)
Shareholder.

Total loss to date is $36,000 U.S. dollars. Retail should have their shares Honored Not just for current management to get out of Chapter 11 to make money for themselves.

U.S.M.S. X-RAY

Case # 24-10164
824 Market St. N
3rd Floor
Wilmington DE
19801

SAN DIEGO CA 920
29 FEB 2024 PM 5 L

19801-302499


FREEDOM FOREVER/USA

N. O'Connor
204-3030 17st. SW
Calgary, Alberta T2T6X3
CANADA