U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

CANO HEALTH, INC.,             Case No. 24-10164-KBO
                                               Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE

Nancy C. Millan, Hillsborough County Tax Collector, pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, hereby gives notice of the appearance of the undersigned attorney as counsel for Nancy C. Millan, Hillsborough County Tax Collector, in this proceeding, and further requests that the undersigned attorney be placed on the mailing matrix and thereafter receive copies of all notices, orders and all other pleadings or documents which are served on all creditors.

/s/ Brian T. FitzGerald
_____
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-9231
fitzgeraldb@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
connorsa@hillsboroughcounty.org
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

CANO HEALTH, INC.,                                                    Case No. 24-10164-KBO
                                                                              Chapter 11

      Debtor.
_____/

**CERTIFICATION OF GOVERNMENT ATTORNEY AS COUNSEL FOR
CREDITOR, NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR**

I, the undersigned counsel, Brian T. FitzGerald, pursuant to Del. Bankr. LR 9010-1(e)(i), state that I am a Senior Assistant County Attorney for Hillsborough County, Florida; that I am counsel for Creditor, Nancy C. Millan, Hillsborough County Tax Collector, who is an elected constitutional officer of a political subdivision of the State of Florida; and that I am a government attorney in accordance with the above-stated Local Rule. I further state that:

1. In addition to being a member of the State Bar of Florida, I am admitted to practice before the United States District Court for the Middle District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court;

2. I am in good standing in all jurisdictions in which I have been admitted;

3. I am familiar with and will be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated this <u>12th</u> day of March, 2024

                                              /s/ *Brian T. FitzGerald*
                                              Brian T. FitzGerald, Esq.
                                              Senior Assistant County Attorney
                                              Florida Bar No. 484067
                                              Attorney for Nancy C. Millan,
                                              Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Kevin Bostel, Esq., Rachel L. Foust, Esq., Gary Holtzer, Esq., Matthew Goren, Esq., Jessica Liou, Esq., Ian Roberts, Esq., Emma Wheeler, Esq.**, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; **Leah Saiontz, Esq.**, Weil Gotshal & Manges LLP, 395 Brickell Ave Ste 1200, Miami, FL 33131; **Mark D. Collins, Esq., James McCauley, Esq., Michael Joseph Merchant, Esq., Amanda R. Steele, Esq., Alexander R. Steiger, Esq.**, Richards, Layton and Finger, 920 N. King Street, Wilmington, DE; **Benjamin A. Hackman, Esq., and Jonathan Lipshie, Esq.**, Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; and to all other parties receiving Notice, on this 12th day of March, 2024.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney