## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
:
In re                                                         :          **Chapter 11**
:
**CANO HEALTH, INC.,** *et al.,*                             :          **Case No. 24–10164 (KBO)**
:
Debtors.[1]                                                  :          **(Jointly Administered)**
:
-------------------------------------------------------------- x

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before March 7, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail to the parties on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Telephonic Section 341 Meeting** [Docket No. 114]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 119]

Furthermore, on or before March 7, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **<u>Exhibit B</u>**:

- **Accessible Cover Letter** *(English and Spanish)* [substantially in the form attached as Exhibit B of Docket No. 91]

- **Notice of Telephonic Section 341 Meeting** [Docket No. 114]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 119]

Furthermore, on March 7, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **<u>Exhibit C</u>**:

*(Continued on Next Page)*

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Notice of Hearing with Respect to Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 365 and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property and (B) Abandon De Minimis Property in Connection Therewith and (II) Granting Related Relief** [Docket No. 83]

Dated: March 12, 2024

*/s/ Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Angela Cobos | | Address on File | | | |
| Bright Services LLC | | PO Box 2874 | Edinburg | TX | 78540-2874 |
| Erik Gantz | | Address on File | | | |
| Eury Thompson | | Address on File | | | |
| Family Pest Control | Kelly Burford | 8607 Bristlecone St | San Antonio | TX | 78240-3728 |
| Rocio Velasquez | | Address on File | | | |

In re Cano Health, Inc., et al.,
Case No. 24-10164 (KBO)

# Exhibit B

**Exhibit B**
**Creditor Matrix - Employee & Physician Affiliates**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Aaron Mayden | Address on File | | | |
| Alice Juarez | Address on File | | | |
| Alma Contreras | Address on File | | | |
| Amaris Bermea | Address on File | | | |
| Annabelle Pascual | Address on File | | | |
| Blanca Chavez | Address on File | | | |
| Darchele Wilks | Address on File | | | |
| Delilah Penuelaz | Address on File | | | |
| Elizabeth Martinez | Address on File | | | |
| Gloria Aguilar | Address on File | | | |
| Graciela Gonzalez | Address on File | | | |
| Jafy John | Address on File | | | |
| Jason Ly | Address on File | | | |
| Jennifer R Williams | Address on File | | | |
| Kimberly T Huynh | Address on File | | | |
| Leslie Pena | Address on File | | | |
| Luz Mayorga Sanchez | Address on File | | | |
| Melinda R Sanchez | Address on File | | | |
| Peter Flores | Address on File | | | |
| Rebekah Grawburg | Address on File | | | |
| Tawny Hall-Santiago | Address on File | | | |

In re Cano Health, Inc., et al.,
Case No. 24-10164 (KBO)

# Exhibit C

**Exhibit C**
**Affected Landlords Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Q Holding 13155, LLC | 6000 SW 74th St Ste 3 | South Miami | FL | 33143-5068 |