Case #24-10164  3/19/2024

RECEIVED
2024 MAR 26 AM 10: 22
CLERK

To the Honorable Judge Owens,

    I ask you to please consider relief to the shareholders. Normally shareholders understandably have the lowest priority, however in the case of Cano, the current and prior Board of Directors and CEO have not run this company with the shareholders in mind. The shareholders have done everything we can to impact the company in an effective manner. When mismanagement came to light, we overwhelmingly voted against renewing the terms of Dr. Alan Muney and Kim Rivera. The Board decided to retain them anyways despite greater than 80% of the shares withholding our collective vote. The end result was that Dr. Marlow Hernandez, the CEO, did resign… leaving his board in place.

    This left Mark Kent, the new CEO, to attempt to put the company back together. Q2 and Q3 earnings were utter disasters. Q1 showed an EPS of -$2.64, Q2 was -$14.05, and Q3 was even worse. However we were reassured during the earnings call that this was mostly non-cash good will write offs. We were also told that Cano was in the process of selling its Florida Medicaid business. In fact they were in the 2nd round of bids. It was reported, and not denied by Cano, that Oppenheimer and JP Morgan were assisting with this! Of course these negotiations need confidentiality, so Cano refused to answer any questions regarding the potential sale until 2024.

    Now we are in 2024. No news on the 2nd round bids. No earnings report. Only bankruptcy. However, now that we're in bankruptcy, the Board's, the past CEO's, and the current CEO's misdeeds are finally coming to light. According to Cano Health's lawsuit against Marlow Hernandez (Miami Dade County Court Local Case Number 2024-001079-CA-01, now removed to Federal Court), Marlow Hernandez stole patient data and broke his non-compete while leaving. What was his reward for this? He got $15,500 severance pay every 2 weeks.

    We find out that Cano Health has over 70 leases that they are not using. We find out that Cano Health bought the Doctors Medical Center practice, but decided to not buy the actual land that it sits on. For $300mm, Cano Health bought the honor of paying over $100k a month in rent. We find out that Mark Kent was rewarded with an almost $4mm bonus for leading the company into bankruptcy.

    A significant amount of this case is under seal. The lawsuit against Marlow Hernandez is under seal, however the gist of the lawsuit can be found in the motion for expedited discovery. While Cano Health is continuing to refuse to talk to their shareholders (again, we have yet to have Q4 earnings, as promised by Cano Health, "3. Will Cano Health continue to issue quarterly financial results? Yes. The Company will continue to have SEC reporting obligations, including filing quarterly financials"), they were talking to their creditors. The very same creditors that are now in front of this court with their hands out seeking control of the company.

Please consider the shareholders in this case. The Board knew what was happening. The past and current CEOs knew what was happening. The creditors knew what was happening. The only people kept in the dark to this level of mismanagement are the very people who will now lose the most.

Finally, I ask that you forgive the improper formatting of the sources below as I am not a lawyer.

Thank you for your time,

Sigmund Paczkowski

2022Q2 earnings transcript: https://finance.yahoo.com/news/q2-2023-cano-health-inc-164354582.html

2023, Q3 earnings release: https://canohealth.com/news/cano-health-announces-financial-results-for-the-third-quarter-2023/

Axios article on Oppenheim and JPMorgan https://www.axios.com/pro/health-tech-deals/2023/08/16/jpmorgan-oppenheimer-advising-cano-health

Marlow Hernandez (pg 66) and Mark Kent (pg 62) payouts: https://www.kccllc.net/canohealth/document/2410164240306000000000020

Cano Health Investor Relations FAQ discussing quarterly financial reporting : https://investors.canohealth.com/ir-home/default.aspx