# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CANO HEALTH, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10164 (KBO)<br><br>Jointly Administered<br><br>**Re: Docket No. 546** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 546

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Motion and Order for Admission Pro Hac Vice of Gregg Steinman* [Docket No. 546], filed on April 3, 2024.

Dated: April 3, 2024
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Gregg Steinman (*pro hac vice* pending)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Proposed Special Counsel to the Debtors*

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.