IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CANO HEALTH, INC., *et al.*, | Case No. 24-10164 (KBO) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gregg A. Steinman of McDermott Will & Emery LLP, to serve as special counsel to the above- captioned debtors and debtors in possession in connection with these chapter 11 proceedings.

Dated:  April 3, 2024

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email:  mkandestin@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and the U.S. District Courts for the Middle and Southern Districts of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated:  April 3, 2024

*/s/ Gregg A. Steinman*
Gregg A. Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Email:  gsteinman@mwe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.