## UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____ Delaware _____

_____

In Re. CHPR MSO LLC                      §          Case No.  24-10169
                                         §
_____          §          Lead Case No.  24-10164
                 Debtor(s)               §
                                         §          ☒ Jointly Administered

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 02/29/2024              Petition Date: 02/04/2024

Months Pending: 1                               Industry Classification: 6 2 1 1

Reporting Method:            Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Eladio Gil                                  Eladio Gil
_____            _____
Signature of Responsible Party                  Printed Name of Responsible Party

04/03/2024
_____
Date

                                                9725 NW 117th Ave, Miami, FL 33178
                                                _____
                                                Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CHPR MSO LLC

Case No. 24-10169

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory      (Book ● Market ○ Other ○ (attach explanation)) | $0 | |
| d Total current assets | $0 | |
| e. Total assets | $0 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $0 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name CHPR MSO LLC

Case No. 24-10169

## Part 5:  Professional Fees and Expenses

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name CHPR MSO LLC                                    Case No. 24-10169

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name CHPR MSO LLC                                      Case No.  24-10169

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  CHPR MSO LLC                                    Case No.  24-10169

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name CHPR MSO LLC                                           Case No. 24-10169

| lvii | | | | | | |
|------|--|--|--|--|--|--|
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  CHPR MSO LLC                                   Case No.  24-10169

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○  No ●

d.  Are you current on postpetition tax return filings?    Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i.  Do you have:        Worker's compensation insurance?    Yes ●  No ○

                   If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

               Casualty/property insurance?    Yes ●  No ○

                   If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

               General liability insurance?    Yes ●  No ○

                   If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ●  No ○

k.  Has a disclosure statement been filed with the court?    Yes ●  No ○

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

Debtor's Name  CHPR MSO LLC                                           Case No.  24-10169

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Eladio Gil                                              Eladio Gil
_____        _____
Signature of Responsible Party                          Printed Name of Responsible Party

Chief Financial Officer                              04/03/2024
_____        _____
Title                                                   Date

Debtor's Name CHPR MSO LLC

Case No. 24-10169



PageOnePartOne



PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name CHPR MSO LLC

Case No. 24-10169



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CHPR MSO LLC                                    Case No. 24-10169



PageThree



PageFour

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CANO HEALTH, INC.**, *et al.*, | : | **Case No. 24-10164 (KBO)** |
| | : | |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

**STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING
MONTHLY OPERATING REPORT FOR THE PERIOD
FROM FEBRUARY 4, 2024 THROUGH FEBRUARY 29, 2024**

### Introduction

Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") have prepared and filed the attached Monthly Operating Report (this "MOR") for the period including February 4, 2024 through February 29, 2024 (the "Reporting Period") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors have prepared this MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable in the Chapter 11 Cases.

Although the Debtors generally prepare their financial statements on a consolidated basis, this MOR has been prepared on an entity-by-entity basis (excluding most intercompany eliminations) for each of the Debtors. This MOR is unaudited, limited in scope, and does not purport to represent financial information prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"), nor is it in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. This MOR is not intended to fully reconcile to the consolidated financial information prepared by the Debtors. Information contained in this MOR is derived from the Debtors' books and records, but does not reflect in all circumstances the presentation for U.S. GAAP or U.S. Securities and Exchange Commission reporting purposes. In order to comply with their obligations to provide MORs during these Chapter 11 Cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices, prior to consolidating and eliminating entries. The results of operations, financial position, and schedule of receipts and disbursements contained herein are not necessarily indicative of results that may be expected for any period other the Reporting Period, and may not necessarily reflect the Debtors' future consolidated results of operations, financial position, and schedule of receipts and disbursements. The Debtors caution readers not to place undue reliance upon this MOR. There can be no assurance that such information is complete, and this MOR may be subject to revision.

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

**Interest in Subsidiaries and Affiliates**

Cano Health, Inc. ("**CHI**") owns the equity interests in Primary Care (ITC) Intermediate Holdings, LLC ("**PCIH**") through 67.72% economic interests and 100% voting interests. PCIH owns 100% of the membership interests in Cano Health, LLC ("**CH LLC**"). CH LLC directly or indirectly owns 100% of the membership interests in all remaining Debtors.

In order for the Debtors to deliver healthcare services to patients in certain markets, the Debtors contracted with entities (the "**Physicians Groups**") that enabled the Debtors to employ healthcare providers to contract with managed care payors. Each Physician Group contracted with the Company through a Management Services Agreement ("**MSA**"), which allowed such Physician Groups to provide certain services. Prior to the Petition Date, the Debtors terminated such MSAs and have sold all or substantially all of the assets of the Physicians Groups.

Notwithstanding such agreements having been terminated, the MOR for CH LLC provides financial figures for the Physician Groups, which include Cano Health Texas, PLLC, Cano Health Nevada, PLLC, Cano Health California, PC, CHC Provider Network, PC and Cano Health Illinois, PLLC.

**Reservation of Rights**

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' Chapter 11 Cases. The unaudited financial information has been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information in accordance with U.S. GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments but does not include all of the adjustments that typically would be made for interim financial information presented in accordance with U.S. GAAP.

Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of this MOR, inadvertent errors and omissions may occur. Accordingly, the Debtors hereby reserve all of their rights to dispute the nature, validity, status, enforceability, or executory natures of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR in all respects, as may be necessary and appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to the Chapter 11 Cases.

The Debtors' management prepared this MOR with the assistance of their advisors, and relied on financial data derived from their books, records, and historical financial statements that were available at the time of this MOR's preparation. Eladio Gil, the Debtors' Interim Chief Financial Officer, has signed each MOR. Mr. Gil is an authorized signatory for each of the Debtors. In reviewing and signing this MOR, Mr. Gil necessarily has relied upon the efforts, statements, advice, and representations of various personnel employed by the Debtors and their advisors. Mr. Gil has not (and could not have) personally verified the accuracy of each statement, representation, and answer contained in each MOR.

**MOR Form**

***Part 1: Cash Receipts and Disbursements***

Reported cash receipts may include intercompany Debtor-to-Debtor transactions given the nature of the Debtors' cash management system and the reporting requirements for this MOR. Reported cash disbursements exclude any intercompany Debtor-to-Debtor transactions and only represent payments made to external third

parties.  As a result, the estimated disbursements reported on Part 1 of the MOR may not agree with the Debtors' bank statements or the Debtors' books and records.  Reconciling differences will exist between bank statement balances and balance sheet cash balances due to routine timing differences between payment execution in the Debtors' financial system and disbursement of funds from Debtor bank accounts.

### *Part 2: Asset and Liability Status*

Please refer to the "Introduction," "Interest in Subsidiaries and Affiliates" and "Reservation of Rights" notes above for information about presentation and limitations that may exist in the MOR.

Postpetition payables primarily consists of trade payables balances.

### *Part 3: Assets Sold or Transferred*

No such transactions or activities occurred during the Reporting Period.  Please refer to the "Introduction," "Interest in Subsidiaries and Affiliates" and "Reservation of Rights" notes above for information about presentation and limitations that may exist in the MOR.

### *Part 4: Income Statement (Statement of Operations)*

Please refer to the "Introduction," "Interest in Subsidiaries and Affiliates" and "Reservation of Rights" notes above for information about presentation and limitations that may exist in the MOR.

### *Part 5: Professional Fees and Expenses*

The Debtors did not make any payments to any restructuring professionals or committee professionals (whether retained or anticipated to be retained) during the Reporting Period.

### *Part 6: Postpetition Taxes*

In the ordinary course of business, the Debtors are obligated to pay certain taxes and governmental fees.  On March 5, 2024 (outside the Reporting Period), the Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541(d) (I) Authorizing Debtors to Pay Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 242] authorizing, but not directing, the Debtors to, among other things, pay Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis consistent with prepetition practices.  The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.

### *Part 7(g): Postpetition Borrowing*

On March 6, 2024, the Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014 for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, and (E) Modify the Automatic Stay, and (II) Related Relief* [Docket No. 271] authorizing the Debtors to (i) obtain postpetition financing (the "DIP Financing") to fund the costs of implementing the Debtors' restructuring in the form of a superpriority senior secured multiple draw term loan credit facility in the aggregate principal amount of $150,000,000, and (ii) the Debtors' use of cash collateral.  During the Reporting Period, the Debtors drew $50,000,000 under the DIP Financing.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: Cano Health, Inc., et al.**
**Debtor Cash Receipts and Disbursements**

**Case No: 24-10164**
**Reporting Period: February 4 – February 29, 2024**
*$ in thousands*

| Case Number | 24-10164 Cano Health, Inc. | 24-10165 Primary Care (ITC) Intermediate Holdings, LLC | 24-10166 Complete Medical Billing and Coding Services, LLC | 24-10167 Cano Health, LLC | 24-10168 Cano Health of Puerto Rico LLC | 24-10169 CHPR MSO LLC | 24-10170 Cano Health of Florida, LLC | 24-10171 Cano Health CA1 MSO, LLC | 24-10172 Physicians Partners Group Merger, LLC | 24-10173 Cano Health Nevada Network, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 22 | - | - | 16,298 | - | - | - | - | 68 | - |
| DIP Funds Received | - | - | - | 50,000 | - | - | - | - | - | - |
| **Total Receipts** | **22** | **-** | **-** | **66,298** | **-** | **-** | **-** | **-** | **68** | **-** |
| **Disbursements** | | | | | | | | | | |
| Operating Disbursements | - | - | - | 3,403 | - | - | - | - | - | - |
| Operating Professional Costs | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | 13,466 | - | - | - | - | - | - |
| Pharmacy Rx Costs | - | - | - | - | - | - | - | - | - | - |
| PPG | - | - | - | - | - | - | - | - | - | - |
| Provider Payments | - | - | - | 4,299 | - | - | - | - | 1 | - |
| Operating Disbursements (Auto Debits) | - | - | - | 1,052 | - | - | - | - | - | - |
| Hartford L/C Increase | - | - | - | - | - | - | - | - | - | - |
| Transaction Fees and Other Disbursements | - | - | - | 3,557 | - | - | - | - | - | - |
| **Total Disbursements** | **-** | **-** | **-** | **25,776** | **-** | **-** | **-** | **-** | **1** | **-** |
| **Net Cash Flow** | $ 22 | $ - | $ - | $ 40,523 | $ - | $ - | $ - | $ - | $ 67 | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.

Debtor Cash Receipts and Disbursements
(continued)

Case No: 24-10164

Reporting Period: February 4 – February 29, 2024

*$ in thousands*

| | 24-10174 | 24-10175 | 24-10176 | 24-10177 | 24-10178 | 24-10179 | 24-10180 | 24-10181 | 24-10182 | 24-10183 |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | Comfort Pharmacy 2, LLC | Cano Medical Center of West Florida, LLC | Cano Occupational Health, LLC | CH Dental Administrative Services LLC | American Choice Healthcare, LLC | Physicians Partners Group Puerto Rico, LLC (FL) | DGM MSO, LLC | Cano PCP Wound Care, LLC | Cano Research LLC | Cano Personal Behavior LLC |
| Receipts | 767 | 5 | - | - | 5,037 | - | 438 | - | - | - |
| DIP Funds Received | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **767** | **5** | **-** | **-** | **5,037** | **-** | **438** | **-** | **-** | **-** |
| **Disbursements** | | | | | | | | | | |
| Operating Disbursements | - | - | - | - | - | - | - | - | - | - |
| Operating Professional Costs | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Rx Costs | 510 | - | - | - | - | - | - | - | - | - |
| PPG | - | - | - | - | - | - | - | - | - | - |
| Provider Payments | - | - | - | - | 1,381 | - | 233 | - | - | - |
| Operating Disbursements (Auto Debits) | - | - | - | - | - | - | - | - | - | - |
| Hartford L/C Increase | - | - | - | - | - | - | - | - | - | - |
| Transaction Fees and Other Disbursements | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | **510** | **-** | **-** | **-** | **1,381** | **-** | **233** | **-** | **-** | **-** |
| **Net Cash Flow** | $ 257 | $ 5 | $ - | $ - | $ 3,656 | $ - | $ 205 | $ - | $ - | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Cash Receipts and Disbursements
(continued)

Case No: 24-10164
Reporting Period: February 4 – February 29, 2024
*$ in thousands*

| Case Number | 24-10184 Cano PCP MSO, LLC | 24-10185 Physicians Partners Group Puerto Rico, LLC (PR) | 24-10186 Cano HP MSO, LLC | 24-10187 Cano PCP, LLC | 24-10188 Orange Healthcare Administration, LLC | 24-10189 ACH Management Services, LLC | 24-10190 Physicians Partners Group of FL, LLC | 24-10191 Cano Behavior Health LLC | 24-10192 PPG Puerto Rico Blocker, Inc. | 24-10193 Orange Care Group South Florida Management Services Organization, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | - | - | - | 1 | - | 186 | - | - | - | - |
| DIP Funds Received | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | 1 | - | 186 | - | - | - | - |
| **Disbursements** | | | | | | | | | | |
| Operating Disbursements | - | - | - | - | - | - | - | - | - | - |
| Operating Professional Costs | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Rx Costs | - | - | - | - | - | - | - | - | - | - |
| PPG | - | 0 | - | - | - | - | - | - | - | - |
| Provider Payments | - | - | - | - | - | - | - | - | - | - |
| Operating Disbursements (Auto Debits) | - | - | - | - | - | - | - | - | - | - |
| Hartford L/C Increase | - | - | - | - | - | - | - | - | - | - |
| Transaction Fees and Other Disbursements | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | - | 0 | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | $ - | $ (0) | $ - | $ 1 | $ - | $ 186 | $ - | $ - | $ - | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Cash Receipts and Disbursements
(continued)

Case No: 24-10164
Reporting Period: February 4 – February 29, 2024
*$ in thousands*

| Case Number | 24-10194 Cano Belen, LLC | 24-10195 Cano Health Illinois Network, LLC | 24-10196 Orange Accountable Care Organization of South Florida LLC | 24-10197 Cano Health New Mexico LLC | 24-10198 Cano Pharmacy, LLC | 24-10199 Orange Accountable Care Organization, LLC | 24-10200 IFB Pharmacy, LLC | 24-10201 American Choice Commercial ACO, LLC | 24-10202 Belen Pharmacy Group, LLC | 24-10203 Orange Care IPA of New York, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 639 | - | - | 3 | 2,158 | - | - | 145 | 0 | - |
| DIP Funds Received | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **639** | **-** | **-** | **3** | **2,158** | **-** | **-** | **145** | **0** | **-** |
| **Disbursements** | | | | | | | | | | |
| Operating Disbursements | - | - | - | - | - | - | - | - | - | - |
| Operating Professional Costs | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - | - | - | - | - | - |
| Pharmacy Rx Costs | - | - | - | - | 1,433 | - | - | - | - | - |
| PPG | - | - | - | - | - | - | - | - | - | - |
| Provider Payments | - | - | - | - | - | - | - | - | - | - |
| Operating Disbursements (Auto Debits) | - | - | - | - | - | - | - | - | - | - |
| Hartford L/C Increase | - | - | - | - | - | - | - | - | - | - |
| Transaction Fees and Other Disbursements | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | **-** | **-** | **-** | **-** | **1,433** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | $ 639 | $ - | $ - | $ 3 | $ 725 | $ - | $ - | $ 145 | $ 0 | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.                                                    Case No: 24-10164
Debtor Cash Receipts and Disbursements                    Reporting Period: February 4 – February 29, 2024
(continued)                                                                                    *$ in thousands*

| Case Number | 24-10204 | 24-10205 | 24-10206 | 24-10207 | 24-10208 | 24-10209 | 24-10210 | 24-10211 |
|---|---|---|---|---|---|---|---|---|
| | University Health Care Pharmacy, LLC | Orange Care IPA of New Jersey, LLC | Cano Health New York, IPA, LLC | Total Care ACO, LLC | Clinical Research of Hollywood, P.A. | Cano Health CA1, LLC | Cano Health Illinois 1 MSO, LLC | Solis Network Solutions, LLC |
| Receipts | 644 | - | - | - | - | - | - | - |
| DIP Funds Received | - | - | - | - | - | - | - | - |
| **Total Receipts** | **644** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Disbursements** | | | | | | | | |
| Operating Disbursements | - | - | - | - | - | - | - | - |
| Operating Professional Costs | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - | - | - | - |
| Pharmacy Rx Costs | 374 | - | - | - | - | - | - | - |
| PPG | - | - | - | - | - | - | - | - |
| Provider Payments | - | - | - | - | - | - | - | - |
| Operating Disbursements (Auto Debits) | - | - | - | - | - | - | - | - |
| Hartford L/C Increase | - | - | - | - | - | - | - | - |
| Transaction Fees and Other Disbursements | - | - | - | - | - | - | - | - |
| **Total Disbursements** | **374** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | $ 270 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: Cano Health, Inc., et al.**
**Debtor Balance Sheets**

**Case No: 24-10164**
**as of February 29, 2024**
*$ in thousands*

| | Cano Health, Inc. | Primary Care (ITC) Intermediate Holdings, LLC | Complete Medical Billing and Coding Services, LLC | Cano Health, LLC | Cano Health of Puerto Rico LLC | CHPR MSO LLC | Cano Health of Florida, LLC | Cano Health CA1 MSO, LLC | Physicians Partners Group Merger, LLC | Cano Health Nevada Network, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | 24-10164 | 24-10165 | 24-10166 | 24-10167 | 24-10168 | 24-10169 | 24-10170 | 24-10171 | 24-10172 | 24-10173 |
| **Entity** | | | | | | | | | | |
| **Assets** | | | | | | | | | | |
| Current assets: | | | | | | | | | | |
| Cash, cash equivalents and restricted cash | - | - | - | 44,384 | 103 | - | - | - | 87 | - |
| Accounts receivable, net of unpaid service provider costs | - | - | - | 58,618 | - | - | - | - | - | - |
| Prepaid expenses and other current assets | - | - | - | 27,172 | (0) | - | (2) | - | - | - |
| **Total current assets** | - | - | - | 130,174 | 103 | - | (2) | - | 87 | - |
| Property and equipment, net | - | - | - | 49,040 | - | - | - | 1 | - | - |
| Operating lease right of use assets | - | - | - | 61,848 | 5 | - | - | - | - | - |
| Goodwill | - | - | - | (0) | - | - | - | - | - | - |
| Payor relationships, net | - | - | - | 520,342 | - | - | - | - | - | - |
| Other intangibles, net | - | - | - | 163,090 | - | - | - | - | - | - |
| Other assets | (0) | - | - | 4,777 | - | - | - | - | - | - |
| **Total Assets** | (0) | - | - | 929,272 | 108 | - | (2) | 1 | 87 | - |
| **Liabilities and stockholder's equity** | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | |
| Accounts payable and accrued expenses | - | - | - | 114,589 | 37 | - | (0) | - | - | - |
| Current portion of notes payable | - | - | - | 1,218,798 | - | - | - | - | - | - |
| Current portion of finance lease liabilities | - | - | - | 3,018 | - | - | - | - | - | - |
| Current portion due to seller | - | - | - | 48,245 | - | - | - | - | - | - |
| Current portion of operating lease liabilities | - | - | - | 22,096 | 7 | - | - | - | - | - |
| Other current liabilities | 145 | - | - | 69,452 | - | - | - | - | - | - |
| Intercompany | (1,186,706) | - | - | 1,149,729 | 336 | - | 44 | 2,356 | 1,702 | - |
| **Total current liabilities** | (1,186,561) | - | - | 2,625,928 | 380 | - | 44 | 2,356 | 1,702 | - |
| Notes payable, net of current portion and debt issuance costs | - | - | - | (0) | - | - | - | - | - | - |
| Long term portion of operating lease liabilities | - | - | - | 108,589 | 5 | - | - | - | - | - |
| Due to seller, net of current portion | - | - | - | 0 | - | - | - | - | - | - |
| Long term portion of finance lease liabilities | - | - | - | 6,456 | - | - | - | - | - | - |
| Contingent considerations, net of current portion | - | - | - | (0) | - | - | - | - | - | - |
| Other liabilities | - | - | - | 1,921 | - | - | - | - | - | - |
| **Total liabilities** | (1,186,561) | - | - | 2,742,894 | 385 | - | 44 | 2,356 | 1,702 | - |
| **Stockholder's Equity/Members' Capital** | | | | | | | | | | |
| Shares of Class A common stock $0.0001 par value | 25 | - | - | - | - | - | - | - | - | - |
| Shares of Class B common stock $0.0001 par value | 31 | - | - | - | - | - | - | - | - | - |
| Members' capital | 1,657 | - | - | 154,669 | - | - | - | - | - | - |
| Additional paid-in capital | 1,059,040 | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | 125,808 | - | - | (1,968,291) | (277) | - | (46) | (2,355) | (1,615) | - |
| **Total Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | 1,186,561 | - | - | (1,813,622) | (277) | - | (46) | (2,355) | (1,615) | - |
| **Total Liabilities and Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | (0) | - | - | 929,272 | 108 | - | (2) | 1 | 87 | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Balance Sheets (continued)

Case No: 24-10164
as of February 29, 2024
*$ in thousands*

| Case Number | 24-10174 Comfort Pharmacy 2, LLC | 24-10175 Cano Medical Center of West Florida, LLC | 24-10176 Cano Occupational Health, LLC | 24-10177 CH Dental Administrative Services LLC | 24-10178 American Choice Healthcare, LLC | 24-10179 Physicians Partners Group Puerto Rico, LLC (FL) | 24-10180 DGM MSO, LLC | 24-10181 Cano PCP Wound Care, LLC | 24-10182 Cano Research LLC | 24-10183 Cano Personal Behavior LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Entity** | | | | | | | | | | |
| **Assets** | | | | | | | | | | |
| Current assets: | | | | | | | | | | |
| Cash, cash equivalents and restricted cash | 253 | - | - | - | 35,700 | - | 101 | - | - | - |
| Accounts receivable, net of unpaid service provider costs | 1,086 | - | - | - | 6,603 | - | (21,006) | - | - | - |
| Prepaid expenses and other current assets | (54) | - | - | - | 473 | - | 2 | - | - | - |
| **Total current assets** | **1,285** | **-** | **-** | **-** | **42,776** | **-** | **(20,903)** | **-** | **-** | **-** |
| Property and equipment, net | - | - | - | - | 21 | - | - | - | - | - |
| Operating lease right of use assets | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Payor relationships, net | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net | - | - | - | - | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - | - | - | - | - |
| **Total Assets** | **1,285** | **-** | **-** | **-** | **42,797** | **-** | **(20,903)** | **-** | **-** | **-** |
| **Liabilities and stockholder's equity** | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | |
| Accounts payable and accrued expenses | 439 | - | - | - | 11,304 | - | 1,157 | - | - | - |
| Current portion of notes payable | - | - | - | - | - | - | - | - | - | - |
| Current portion of finance lease liabilities | - | - | - | - | - | - | - | - | - | - |
| Current portion due to seller | - | - | - | - | - | - | - | - | - | - |
| Current portion of operating lease liabilities | (21) | - | - | - | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 1,742 | - | - | - | - | - |
| Intercompany | (2,159) | - | - | - | 35,772 | - | (28,261) | - | - | - |
| **Total current liabilities** | **(1,741)** | **-** | **-** | **-** | **48,818** | **-** | **(27,104)** | **-** | **-** | **-** |
| Notes payable, net of current portion and debt issuance costs | - | - | - | - | - | - | - | - | - | - |
| Long term portion of operating lease liabilities | - | - | - | - | - | - | - | - | - | - |
| Due to seller, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Long term portion of finance lease liabilities | - | - | - | - | - | - | - | - | - | - |
| Contingent considerations, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - | - | - | - | - |
| **Total liabilities** | **(1,741)** | **-** | **-** | **-** | **48,818** | **-** | **(27,104)** | **-** | **-** | **-** |
| **Stockholder's Equity/Members' Capital** | | | | | | | | | | |
| Shares of Class A common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Shares of Class B common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Members' capital | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in capital | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | 3,026 | - | - | - | (6,021) | - | 6,201 | - | - | - |
| **Total Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | **3,026** | **-** | **-** | **-** | **(6,021)** | **-** | **6,201** | **-** | **-** | **-** |
| **Total Liabilities and Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | **1,285** | **-** | **-** | **-** | **42,797** | **-** | **(20,903)** | **-** | **-** | **-** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Balance Sheets (continued)

Case No: 24-10164
as of February 29, 2024
*$ in thousands*

| Case Number | 24-10184 | 24-10185 | 24-10186 | 24-10187 | 24-10188 | 24-10189 | 24-10190 | 24-10191 | 24-10192 | 24-10193 |
|---|---|---|---|---|---|---|---|---|---|---|
| Entity | Cano PCP MSO, LLC | Physicians Partners Group Puerto Rico, LLC (PR) | Cano HP MSO, LLC | Cano PCP, LLC | Orange Healthcare Administration, LLC | ACH Management Services, LLC | Physicians Partners Group of FL, LLC | Cano Behavior Health LLC | PPG Puerto Rico Blocker, Inc. | Orange Care Group South Florida Management Services Organization, LLC |
| **Assets** | | | | | | | | | | |
| Current assets: | | | | | | | | | | |
| Cash, cash equivalents and restricted cash | - | 48 | - | - | - | - | - | - | - | - |
| Accounts receivable, net of unpaid service provider costs | - | (536) | 17,888 | - | - | - | (2,807) | - | - | - |
| Prepaid expenses and other current assets | 19 | 1,737 | 10 | - | - | - | - | - | - | - |
| **Total current assets** | 19 | 1,248 | 17,898 | - | - | - | (2,807) | - | - | - |
| Property and equipment, net | - | 67 | - | - | - | - | - | - | - | - |
| Operating lease right of use assets | - | (1) | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Payor relationships, net | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net | - | - | - | - | - | - | - | - | - | - |
| Other assets | - | 7 | - | - | - | - | - | - | - | - |
| **Total Assets** | 19 | 1,322 | 17,898 | - | - | - | (2,807) | - | - | - |
| **Liabilities and stockholder's equity** | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | |
| Accounts payable and accrued expenses | 0 | (46) | 4,992 | - | - | - | 1,709 | - | - | - |
| Current portion of notes payable | - | - | - | - | - | - | - | - | - | - |
| Current portion of finance lease liabilities | - | - | - | - | - | - | - | - | - | - |
| Current portion due to seller | - | - | - | - | - | - | - | - | - | - |
| Current portion of operating lease liabilities | - | (5) | - | - | - | - | - | - | - | - |
| Other current liabilities | - | 142 | - | - | - | - | - | - | - | - |
| Intercompany | 112 | 6,918 | (7,616) | - | - | - | (791) | - | 6 | - |
| **Total current liabilities** | 112 | 7,010 | (2,624) | - | - | - | 918 | - | 6 | - |
| Notes payable, net of current portion and debt issuance costs | - | - | - | - | - | - | - | - | - | - |
| Long term portion of operating lease liabilities | - | (1) | - | - | - | - | - | - | - | - |
| Due to seller, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Long term portion of finance lease liabilities | - | - | - | - | - | - | - | - | - | - |
| Contingent considerations, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | - | 9 | - | - | - | - | - | - | - | - |
| **Total liabilities** | 112 | 7,017 | (2,624) | - | - | - | 918 | - | 6 | - |
| **Stockholder's Equity/Members' Capital** | | | | | | | | | | |
| Shares of Class A common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Shares of Class B common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Members' capital | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in capital | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | (93) | (5,695) | 20,522 | - | - | - | (3,724) | - | (6) | - |
| **Total Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | (93) | (5,695) | 20,522 | - | - | - | (3,724) | - | (6) | - |
| **Total Liabilities and Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | 19 | 1,322 | 17,898 | - | - | - | (2,807) | - | - | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Balance Sheets (continued)

Case No: 24-10164
as of February 29, 2024
*$ in thousands*

| Case Number | 24-10194 | 24-10195 | 24-10196 | 24-10197 | 24-10198 | 24-10199 | 24-10200 | 24-10201 | 24-10202 | 24-10203 |
|---|---|---|---|---|---|---|---|---|---|---|
| Entity | Cano Belen, LLC | Cano Health Illinois Network, LLC | Orange Accountable Care Organization of South Florida LLC | Cano Health New Mexico LLC | Cano Pharmacy, LLC | Orange Accountable Care Organization, LLC | IFB Pharmacy, LLC | American Choice Commercial ACO, LLC | Belen Pharmacy Group, LLC | Orange Care IPA of New York, LLC |
| **Assets** | | | | | | | | | | |
| Current assets: | | | | | | | | | | |
| Cash, cash equivalents and restricted cash | - | - | - | 8 | 1,017 | - | 9 | - | 0 | - |
| Accounts receivable, net of unpaid service provider costs | - | - | - | (251) | 1,702 | - | 114 | - | 229 | - |
| Prepaid expenses and other current assets | - | - | - | 12 | 753 | - | 0 | - | (15) | - |
| **Total current assets** | - | - | - | (232) | 3,473 | - | 123 | - | 214 | - |
| Property and equipment, net | - | - | - | 9 | 111 | - | 9 | - | 3 | - |
| Operating lease right of use assets | - | - | - | 15 | (169) | - | - | - | (35) | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Payor relationships, net | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net | - | - | - | - | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - | - | - | - | - |
| **Total Assets** | - | - | - | (208) | 3,414 | - | 132 | - | 181 | - |
| **Liabilities and stockholder's equity** | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | |
| Accounts payable and accrued expenses | - | - | - | 23 | 1,259 | - | 0 | - | 0 | - |
| Current portion of notes payable | - | - | - | - | - | - | - | - | - | - |
| Current portion of finance lease liabilities | - | - | - | 31 | - | - | - | - | - | - |
| Current portion due to seller | - | - | - | - | - | - | - | - | - | - |
| Current portion of operating lease liabilities | - | - | - | 354 | 13 | - | - | - | (26) | - |
| Other current liabilities | - | - | - | - | - | - | - | - | - | - |
| Intercompany | - | - | - | 13,106 | 10,451 | - | 1,098 | - | 1,387 | - |
| **Total current liabilities** | - | - | - | 13,514 | 11,722 | - | 1,098 | - | 1,362 | - |
| Notes payable, net of current portion and debt issuance costs | - | - | - | - | - | - | - | - | - | - |
| Long term portion of operating lease liabilities | - | - | - | 2,263 | (194) | - | - | - | (12) | - |
| Due to seller, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Long term portion of finance lease liabilities | - | - | - | 49 | - | - | - | - | - | - |
| Contingent considerations, net of current portion | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | (39) | - | - | - | - | - |
| **Total liabilities** | - | - | - | 15,826 | 11,489 | - | 1,098 | - | 1,350 | - |
| **Stockholder's Equity/Members' Capital** | | | | | | | | | | |
| Shares of Class A common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Shares of Class B common stock $0.0001 par value | - | - | - | - | - | - | - | - | - | - |
| Members' capital | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in capital | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | - | - | - | (16,034) | (8,075) | - | (966) | - | (1,169) | - |
| **Total Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | - | - | - | (16,034) | (8,075) | - | (966) | - | (1,169) | - |
| **Total Liabilities and Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | - | - | - | (208) | 3,414 | - | 132 | - | 181 | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Balance Sheets (continued)

Case No: 24-10164
as of February 29, 2024
*$ in thousands*

| Case Number | 24-10204 | 24-10205 | 24-10206 | 24-10207 | 24-10208 | 24-10209 | 24-10210 | 24-10211 |
|---|---|---|---|---|---|---|---|---|
| Entity | University Health Care Pharmacy, LLC | Orange Care IPA of New Jersey, LLC | Cano Health New York, IPA, LLC | Total Care ACO, LLC | Clinical Research of Hollywood, P.A. | Cano Health CA1, LLC | Cano Health Illinois 1 MSO, LLC | Solis Network Solutions, LLC |
| **Assets** | | | | | | | | |
| Current assets: | | | | | | | | |
| Cash, cash equivalents and restricted cash | 6 | - | - | - | - | - | - | - |
| Accounts receivable, net of unpaid service provider costs | 1,368 | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 183 | - | - | - | - | - | - | - |
| **Total current assets** | **1,556** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Property and equipment, net | - | - | - | - | - | - | - | - |
| Operating lease right of use assets | (165) | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - |
| Payor relationships, net | - | - | - | - | - | - | - | - |
| Other intangibles, net | - | - | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - | - | - |
| **Total Assets** | **1,391** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Liabilities and stockholder's equity** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable and accrued expenses | 39 | - | - | - | - | - | - | - |
| Current portion of notes payable | - | - | - | - | - | - | - | - |
| Current portion of finance lease liabilities | - | - | - | - | - | - | - | - |
| Current portion due to seller | - | - | - | - | - | - | - | - |
| Current portion of operating lease liabilities | 15 | - | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - | - | - |
| Intercompany | 2,517 | - | - | - | - | - | - | - |
| **Total current liabilities** | **2,572** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Notes payable, net of current portion and debt issuance costs | - | - | - | - | - | - | - | - |
| Long term portion of operating lease liabilities | (70) | - | - | - | - | - | - | - |
| Due to seller, net of current portion | - | - | - | - | - | - | - | - |
| Long term portion of finance lease liabilities | - | - | - | - | - | - | - | - |
| Contingent considerations, net of current portion | - | - | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - | - | - |
| **Total liabilities** | **2,502** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Stockholder's Equity/Members' Capital** | | | | | | | | |
| Shares of Class A common stock $0.0001 par value | - | - | - | - | - | - | - | - |
| Shares of Class B common stock $0.0001 par value | - | - | - | - | - | - | - | - |
| Members' capital | - | - | - | - | - | - | - | - |
| Additional paid-in capital | - | - | - | - | - | - | - | - |
| Accumulated deficit | (1,111) | - | - | - | - | - | - | - |
| **Total Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | **(1,111)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Liabilities and Stockholders' Equity (Deficit) / Members' Capital (Deficit)** | **1,391** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.
Debtor Statement of Income (Loss)

Case No: 24-10164
Reporting Period: February 1 – February 29, 2024
*$ in thousands*

| Case Number | 24-10164 Cano Health, Inc. | 24-10165 Primary Care (ITC) Intermediate Holdings, LLC | 24-10166 Complete Medical Billing and Coding Services, LLC | 24-10167 Cano Health, LLC | 24-10168 Cano Health of Puerto Rico LLC | 24-10169 CHPR MSO LLC | 24-10170 Cano Health of Florida, LLC | 24-10171 Cano Health CA1 MSO, LLC | 24-10172 Physicians Partners Group Merger, LLC | 24-10173 Cano Health Nevada Network, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Capitated revenue | - | - | - | 86,227 | - | - | - | - | - | - |
| Fee-for-service and other revenue | - | - | - | 1,433 | - | - | - | - | - | - |
| **Total Revenues** | - | - | - | 87,660 | - | - | - | - | - | - |
| **Operating Expenses** | | | | | | | | | | |
| Third-party medical costs | - | - | - | 80,194 | - | - | - | - | - | - |
| Direct patient expense | - | - | - | 7,442 | - | - | - | - | - | - |
| Selling, general and administrative expense | 701 | - | - | 25,321 | 38 | - | - | 1,042 | - | - |
| Depreciation and amortization expense | - | - | - | 6,100 | - | - | - | - | - | - |
| Transaction costs and other | - | - | - | 438 | - | - | - | - | - | - |
| Fair value adjustment - contingent considerations | - | - | - | - | - | - | - | - | - | - |
| Credit loss on other assets | - | - | - | - | - | - | - | - | - | - |
| Goodwill impairment loss | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | 701 | - | - | 119,495 | 38 | - | - | 1,042 | - | - |
| **Income (loss) from Operations** | (701) | - | - | (31,835) | (38) | - | - | (1,042) | - | - |
| **Other (Expense) Income** | | | | | | | | | | |
| Interest expense | - | - | - | (1,499) | - | - | - | - | - | - |
| Interest income | 1 | - | - | 12 | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - | - | - |
| Other expenses | - | - | - | (1,209) | - | - | - | (52) | - | - |
| Reorganization expense | - | - | - | (20,892) | - | - | - | - | - | - |
| **Total Other Expenses, Net** | 1 | - | - | (23,588) | - | - | - | (52) | - | - |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | (699) | - | - | (55,423) | (38) | - | - | (1,094) | - | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.  
Debtor Statement of Income (Loss) (continued)

Case No: 24-10164  
Reporting Period: February 1 – February 29, 2024  
*$ in thousands*

| | 24-10174 Comfort Pharmacy 2, LLC | 24-10175 Cano Medical Center of West Florida, LLC | 24-10176 Cano Occupational Health, LLC | 24-10177 CH Dental Administrative Services LLC | 24-10178 American Choice Healthcare, LLC | 24-10179 Physicians Partners Group Puerto Rico, LLC (FL) | 24-10180 DGM MSO, LLC | 24-10181 Cano PCP Wound Care, LLC | 24-10182 Cano Research LLC | 24-10183 Cano Personal Behavior LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | | |
| Capitated revenue | - | - | - | - | 92,969 | - | 8,735 | - | - | - |
| Fee-for-service and other revenue | 827 | - | - | - | - | - | 1 | - | - | - |
| **Total Revenues** | **827** | **-** | **-** | **-** | **92,969** | **-** | **8,736** | **-** | **-** | **-** |
| Operating Expenses | | | | | | | | | | |
| Third-party medical costs | - | - | - | - | 86,408 | - | 8,747 | - | - | - |
| Direct patient expense | 887 | - | - | - | 1,595 | - | 167 | - | - | - |
| Selling, general and administrative expense | 1 | - | - | - | 115 | - | 0 | - | - | - |
| Depreciation and amortization expense | - | - | - | - | 1 | - | - | - | - | - |
| Transaction costs and other | - | - | - | - | - | - | - | - | - | - |
| Fair value adjustment - contingent considerations | - | - | - | - | - | - | - | - | - | - |
| Credit loss on other assets | - | - | - | - | - | - | - | - | - | - |
| Goodwill impairment loss | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **889** | **-** | **-** | **-** | **88,119** | **-** | **8,914** | **-** | **-** | **-** |
| **Income (loss) from Operations** | **(62)** | **-** | **-** | **-** | **4,850** | **-** | **(178)** | **-** | **-** | **-** |
| Other (Expense) Income | | | | | | | | | | |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - | - | - |
| Other expenses | - | - | - | - | 6 | - | - | - | - | - |
| Reorganization expense | - | - | - | - | - | - | - | - | - | - |
| **Total Other Expenses, Net** | **-** | **-** | **-** | **-** | **6** | **-** | **-** | **-** | **-** | **-** |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | **(62)** | **-** | **-** | **-** | **4,856** | **-** | **(178)** | **-** | **-** | **-** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.                                              Case No: 24-10164
Debtor Statement of Income (Loss) (continued)          Reporting Period: February 1 – February 29, 2024
*$ in thousands*

| | 24-10184 | 24-10185 | 24-10186 | 24-10187 | 24-10188 | 24-10189 | 24-10190 | 24-10191 | 24-10192 | 24-10193 |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | Cano PCP MSO, LLC | Physicians Partners Group Puerto Rico, LLC (PR) | Cano HP MSO, LLC | Cano PCP, LLC | Orange Healthcare Administration, LLC | ACH Management Services, LLC | Physicians Partners Group of FL, LLC | Cano Behavior Health LLC | PPG Puerto Rico Blocker, Inc. | Orange Care Group South Florida Management Services Organization, LLC |
| **Revenues** | | | | | | | | | | |
| Capitated revenue | - | - | 25,536 | - | - | - | 2,709 | - | - | - |
| Fee-for-service and other revenue | - | - | - | - | - | - | - | - | - | - |
| **Total Revenues** | - | - | 25,536 | - | - | - | 2,709 | - | - | - |
| **Operating Expenses** | | | | | | | | | | |
| Third-party medical costs | - | (548) | 21,396 | - | - | - | 2,986 | - | - | - |
| Direct patient expense | - | - | 597 | - | - | - | 9 | - | - | - |
| Selling, general and administrative expense | - | 0 | 81 | - | - | - | - | - | - | - |
| Depreciation and amortization expense | - | 1 | - | - | - | - | - | - | - | - |
| Transaction costs and other | - | - | - | - | - | - | - | - | - | - |
| Fair value adjustment - contingent considerations | - | - | - | - | - | - | - | - | - | - |
| Credit loss on other assets | - | - | - | - | - | - | - | - | - | - |
| Goodwill impairment loss | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | - | (546) | 22,074 | - | - | - | 2,995 | - | - | - |
| **Income (loss) from Operations** | - | 546 | 3,461 | - | - | - | (286) | - | - | - |
| **Other (Expense) Income** | | | | | | | | | | |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - | - | - |
| Other expenses | - | - | - | - | - | - | - | - | - | - |
| Reorganization expense | - | - | - | - | - | - | - | - | - | - |
| **Total Other Expenses, Net** | - | - | - | - | - | - | - | - | - | - |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | - | 546 | 3,461 | - | - | - | (286) | - | - | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.  Case No: 24-10164
Debtor Statement of Income (Loss) (continued)  Reporting Period: February 1 – February 29, 2024
*$ in thousands*

| Case Number | 24-10194 | 24-10195 | 24-10196 | 24-10197 | 24-10198 | 24-10199 | 24-10200 | 24-10201 | 24-10202 | 24-10203 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cano Belen, LLC | Cano Health Illinois Network, LLC | Orange Accountable Care Organization of South Florida LLC | Cano Health New Mexico LLC | Cano Pharmacy, LLC | Orange Accountable Care Organization, LLC | IFB Pharmacy, LLC | American Choice Commercial ACO, LLC | Belen Pharmacy Group, LLC | Orange Care IPA of New York, LLC |
| **Revenues** | | | | | | | | | | |
| Capitated revenue | - | - | - | - | - | - | - | - | - | - |
| Fee-for-service and other revenue | - | - | - | 3 | 2,095 | - | (24) | - | (15) | - |
| **Total Revenues** | - | - | - | 3 | 2,095 | - | (24) | - | (15) | - |
| **Operating Expenses** | | | | | | | | | | |
| Third-party medical costs | - | - | - | 63 | - | - | 51 | - | - | - |
| Direct patient expense | - | - | - | 0 | 2,182 | - | - | - | (0) | - |
| Selling, general and administrative expense | - | - | - | 36 | 153 | - | (1) | - | 23 | - |
| Depreciation and amortization expense | - | - | - | 0 | 8 | - | 0 | - | 0 | - |
| Transaction costs and other | - | - | - | - | - | - | - | - | - | - |
| Fair value adjustment - contingent considerations | - | - | - | - | - | - | - | - | - | - |
| Credit loss on other assets | - | - | - | - | - | - | - | - | - | - |
| Goodwill impairment loss | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | - | - | - | 100 | 2,343 | - | 50 | - | 23 | - |
| **Income (loss) from Operations** | - | - | - | (97) | (248) | - | (74) | - | (38) | - |
| **Other (Expense) Income** | | | | | | | | | | |
| Interest expense | - | - | - | - | (0) | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - | - | - |
| Other expenses | - | - | - | - | - | - | - | - | - | - |
| Reorganization expense | - | - | - | - | - | - | - | - | - | - |
| **Total Other Expenses, Net** | - | - | - | - | (0) | - | - | - | - | - |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - | - | - |
| **Net Income (loss)** | - | - | - | (97) | (248) | - | (74) | - | (38) | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.                                                                 Case No: 24-10164
Debtor Statement of Income (Loss) (continued)                    Reporting Period: February 1 – February 29, 2024
*$ in thousands*

| Case Number | 24-10204 University Health Care Pharmacy, LLC | 24-10205 Orange Care IPA of New Jersey, LLC | 24-10206 Cano Health New York, IPA, LLC | 24-10207 Total Care ACO, LLC | 24-10208 Clinical Research of Hollywood, P.A. | 24-10209 Cano Health CA1, LLC | 24-10210 Cano Health Illinois 1 MSO, LLC | 24-10211 Solis Network Solutions, LLC |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | |
| Capitated revenue | - | - | - | - | - | - | - | - |
| Fee-for-service and other revenue | 675 | - | - | - | - | - | - | - |
| **Total Revenues** | **675** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Third-party medical costs | - | - | - | - | - | - | - | - |
| Direct patient expense | 579 | - | - | - | - | - | - | - |
| Selling, general and administrative expense | 36 | - | - | - | - | - | - | - |
| Depreciation and amortization expense | - | - | - | - | - | - | - | - |
| Transaction costs and other | - | - | - | - | - | - | - | - |
| Fair value adjustment - contingent considerations | - | - | - | - | - | - | - | - |
| Credit loss on other assets | - | - | - | - | - | - | - | - |
| Goodwill impairment loss | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **615** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | |
| **Income (loss) from Operations** | **61** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | |
| **Other (Expense) Income** | | | | | | | | |
| Interest expense | - | - | - | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - |
| Other expenses | - | - | - | - | - | - | - | - |
| Reorganization expense | - | - | - | - | - | - | - | - |
| **Total Other Expenses, Net** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Net Income (loss)** | **61** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: Cano Health, Inc., et al.**                                      **Case No: 24-10164**
**Schedule of Post-Petition Borrowing Activity**          **Reporting Period: February 4 – February 29, 2024**

The Debtors hereby submit this attestation regarding postpetition borrowing during the period of February 4 through February 29, 2024.

In accordance with the Debtors' FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, AND 552 AND FED. R. BANKR. P. 2002, 4001, 6003, 6004, AND 9014 FOR (I) AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL (C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (D) GRANT ADEQUATE PROTECTION, AND (E) MODIFY THE AUTOMATIC STAY, AND (II) RELATED RELIEF [Docket No. 271], Debtor Cano Health, LLC, initiated the following borrowing during this reporting period, which was deposited to Cano Health, LLC account *7721:

$50,000,000 on February 7, 2024

| /s/ Eladio Gil | April 3, 2024 |
|---|---|
| Signature of Authorized Individual | Date |
| Eladio Gil | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: Cano Health, Inc., et al.**                                    **Case No: 24-10164**
**Schedule of Payments on Prepetition Debt**       **Reporting Period: February 4 – February 29, 2024**

All payments made by the Debtors during the Reporting Period (and included in the disbursements reported in this MOR) were authorized under various final orders granted by the Court, which authorized the Debtors' various motions that were filed following the commencement of the Chapter 11 Cases.

| | |
|---|---|
| /s/ Eladio Gil | April 3, 2024 |
| Signature of Authorized Individual | Date |
| | |
| Eladio Gil | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.                                    Case No: 24-10164
Schedule of Payments to Insiders            Reporting Period: February 4 – February 29, 2024

The Debtors hereby submit this attestation regarding payments to insiders during the period of February 4 through February 29, 2024.

With respect to insiders, all cash payments made were on account of ordinary course salaries and authorized travel and expense reimbursements.

No non-cash transfers were made during this reporting period.

| | |
|---|---|
| /s/ Eladio Gil | April 3, 2024 |
| Signature of Authorized Individual | Date |
| Eladio Gil | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cano Health, Inc., et al.                                          **Case No: 24-10164**
All bank statements and bank reconciliations for          **Reporting Period: February 4 – February 29, 2024**
the reporting period

<div style="background:#1a2456; height:20px;"></div>

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations, and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed as part of the month end close each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| /s/ Eladio Gil | April 3, 2024 |
|---|---|
| Signature of Authorized Individual | Date |
| Eladio Gil | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |