| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/2024 | 206 | 1567301154 Select | FPL Bankruptcy rrd/lfo | 4200 W Flagler St | | Coral Gables | FL | 33134 | $20.49 | Admin Priority | | | | University Health Care Pharmacy, LLC | 24-10204 |
| 03/15/2024 | 111 | 2629 W Horizon Ridge LLC | Rita Chuang | 1368 Via Savona Drive | | Henderson | NV | 89052 | $21,675.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/26/2024 | 262 | 4343 South Pulaski II LLC | Attn David Sachs | Kilpatrick Townsend & Stockton LLP | 500 West Madison Street Suite 3700 | Chicago | IL | 60661 | $509,675.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/29/2024 | 293 | 4840 MGC, LLC | | 1449 37th Street Suite 408 | | Brooklyn | NY | 11218 | $53,101.75 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 251 | 4Voice LLC | Harold Forman | 1095 Broken Sound Pkwy NW Suite 201 | | Boca Raton | FL | 33487 | $554.36 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 40 | ADP Inc | | 1851 N Resler | | El Paso | TX | 79912 | $105,212.76 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/07/2024 | 3 | Airgas USA LLC | | 6055 Rockside Woods Blvd | | Independence | OH | 44131 | $3,090.62 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/01/2024 | 300 | Airgas USA LLC | | 6055 Rockside Woods Blvd | | Independence | OH | 44131 | $3,090.62 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/12/2024 | 110 | Airgas USA, LLC | | 110 West 7th St Suite 1400 | | Tulsa | OK | 74119 | $5,752.46 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/23/2024 | 242 | Alanye Business and Residential Solutions, LLC. | | 509 S Deerwood Ave | | Orlando | FL | 32825 | $800.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/22/2024 | 233 | ALBI Lynwood Investments, LLC | Attn Steve Moaven | 9301 Wilshire Boulevard, Suite 206 | | Beverly Hills | CA | 90210 | $50,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 122 | ALL STATES M.E.D. | ALL STATE M.E.D | 6157 N.W. 167th St, Suite F15 | | Miami Lakes | FL | 33015 | $22,255.54 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 122 | ALL STATES M.E.D. | ALL STATE M.E.D | 6157 N.W. 167th St, Suite F15 | | Miami Lakes | FL | 33015 | $0.09 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 255 | AMITECH SOLUTIONS INC | | 1 CITYPLACE DR STE 282 | | SAINT LOUIS | MO | 63141 | $7,565.52 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/14/2024 | 105 | Anar LLC | | 2285 E Flamingo Rd 101 | | Las Vegas | NV | 89119 | $8,380.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 105 | Anar LLC | | 2285 E Flamingo Rd 101 | | Las Vegas | NV | 89119 | $138,630.79 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 176 | ANSWERING UNLIMITED CORP | MARIA MEJIAS | 680 EAST 49 ST | | Hialeah | FL | 33013 | $2,780.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/19/2024 | 32 | Application Consulting Group, Inc. | Margaret Langley | 1639 Route 10 Suite 107 | | Parsippany | NJ | 07054 | $3,750.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 254 | ARBER INC | ROBERT LOZANO | 1716 S. SAN MARCOS SUITE 120 | | SAN ANTONIO | TX | 78207-7050 | $2,346.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 02/07/2024 | 2 | Ascendo Resources LLC | | 500 W. Cypress Creek Road Suite 230 | | Fort Lauderdale | FL | 33309 | $81,519.17 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 191 | ASSURED DOCUMENT DESTRUCTION INC. | PAT THOMAS | 8050 ARVILLE ST. #105 | | LAS VEGAS | NV | 89139 | $1,315.88 | General Unsecured | | | | Cano Health Nevada Network, LLC | 24-10173 |
| 02/21/2024 | 37 | Automus Consulting, Inc. | | 1901 Avenue of the Stars | | Century City | CA | 90067 | $24,852.50 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 179 | Avon Square Associates LLC | | 11155 Red Run Blvd Ste 320 | | Owings Mills | MD | 21117 | $30,312.63 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/08/2024 | 79 | Aya DART, LLC dba DocCafe.com | | 5930 Cornerstone Court West, Suite 300 | | San Diego | CA | 92121 | $3,254.79 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 291 | B&B Cash Grocery Stores, Inc. | | 927 South U.S. Highway 301 | | Tampa | FL | 33619 | $300,911.90 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/28/2024 | 289 | B&B PROPERTIES OF HILLSBOROUGH, INC | | 927 SOUTH U.S. HIGHWAY 301 | | TAMPA | FL | 33619 | $201,781.68 | General Unsecured | | | | DGM MSO, LLC | 24-10180 |
| 02/19/2024 | 33 | Barlop, Inc. | Mallory Lopez | 6508 NW 82nd Ave | | Miami | FL | 33166 | $28,954.95 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/11/2024 | 88 | Baudino Law Group, PLC | Robert J. Baudino, Jr. | 2600 Grand Avenue, Suite 100 | | Des Moines | IA | 50312 | $5,925.20 | General Unsecured | | | | American Choice Healthcare, LLC | 24-10178 |
| 02/16/2024 | 31 | Best Office Coffee Service Inc. | | 13130 SW 130th Terrace | | Miami | FL | 33186 | $50,608.05 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 316 | Best Office Coffee Service, Inc. | | 13130 SW 130 Terrace | | Miami | FL | 33186 | $50,608.05 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 316 | Best Office Coffee Service, Inc. | | 13130 SW 130 Terrace | | Miami | FL | 33186 | $0.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/05/2024 | 1 | Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | $36,044.22 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 196 | Blue Diamond M-E | Attn David DelZotto | 5920 S. Rainbow Avenue Suite 11 | | Las Vegas | NV | 89118 | $83,640.68 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/13/2024 | 13 | Brevard County Tax Collector | | 400 South St 6th Floor | | Titusville | FL | 32780 | $538.41 | Secured | | | | Cano Health, LLC | 24-10167 |
| 03/07/2024 | 74 | Brevard County Tax Collector | | 400 South St 6th Floor | | Titusville | FL | 32780 | $538.41 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/12/2024 | 9 | Broadridge Financial Solutions | | 1155 Long Island Avenue | | Edgewood | NY | 11717 | $316.39 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/20/2024 | 34 | Brownsville Independent School District | Hiram A. Gutierrez | 2805 Fountain Plaza Blvd Suite B | | Edinburg | TX | 78539 | $2,627.88 | Secured | | | | Cano Health, LLC | 24-10167 |
| 03/30/2024 | 303 | C & Y MEDICAL PC | NELLY COHEN MD | 408 JAY STREET, SUITE 500 | | Brooklyn | NY | 11201 | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/26/2024 | 44 | Cameron County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | PO Box 17428 | Austin | TX | 78760-7428 | $4,082.52 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 253 | CCA FINANCIAL LLC | JONATHAN HALL | 7275 GLEN FOREST DRIVE, SUITE 100 | | RICHMOND | VA | 23226 | $53,948.63 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/12/2024 | 91 | CCD PR. NO. 11, LLC | c/o James Schwitalla, P.A. | 12954 SW 133rd Ct | | Miami | FL | 33186 | $178,347.60 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/14/2024 | 102 | CCD PR. NO. 11, LLC | c/o James Schwitalla, P.A. | 12954 SW 133rd Ct | | Miami | FL | 33186 | $625,308.08 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 04/02/2024 | 310 | CEM PRINT & MARKETING LLC | MURAT OLCAY | 15976 SW 136TH TERRACE | | Miami | FL | 33196 | $2,797.61 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 119 | Central Medical Group, P.A. | Attn Sandra Zeiger | 7707 N University Dr. Suite 107 | | Tamarac | FL | 33321 | $23,355.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/04/2024 | 61 | City of Houston | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | UNLIQUIDATED | Secured | | | | Cano Health, Inc. | 24-10164 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 1 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/2024 | 65 | City of North Las Vegas | Utilities Dept. | 2250 Las Vegas Blvd N Suite 250 | | North Las Vegas | NV | 89030 | $370.34 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/05/2024 | 66 | City of North Las Vegas | Utilities Dept. | 2250 Las Vegas Blvd N Suite 250 | | North Las Vegas | NV | 89030 | $931.54 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/05/2024 | 67 | City of North Las Vegas | Utilities Dept. | 2250 Las Vegas Blvd N Suite 250 | | North Las Vegas | NV | 89030 | $178.89 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/12/2024 | 109 | City of Ocala | | 201 SE 3rd Street | | Ocala | FL | 34470 | $2,947.82 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 121 | CMG Miami | c/o Szabo Associates, Inc | 3355 Lenox Road NE, Suite 945 | | Atlanta | GA | 30326 | $9,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 120 | Congress 1650 LLC | Attn Tom Swirbel | 1512 SE 12th Court | | Deerfield Beach | FL | 33441 | $9,291.03 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 180 | Consilio LLC | | 1828 L Street NW Suite 1070 | | Washington | DC | 20036 | $111,923.83 | General Unsecured | A | | 02/08/2024 | Cano Health, Inc. | 24-10164 |
| 02/07/2024 | 4 | Contract Logix LLC | | 55 Technology Drive Suite 103 | | Lowell | MA | 01851 | $62,922.00 | General Unsecured | | | | American Choice Healthcare, LLC | 24-10178 |
| 02/21/2024 | 36 | Copier on Demand | Carol Nofsinger | 6704 Benjamin Road Suite 600 | | Tampa | FL | 33634-4473 | $5,038.63 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 234 | Corbin South, LLC | Ronald K. Brown, Jr., Esq. | 901 Dove Street Suite 120 | | Newport Beach | CA | 92660 | $453,383.70 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/21/2024 | 236 | Corbin South, LLC | Ronald K. Brown, Jr., Esq. | 901 Dove Street Suite 120 | | Newport Beach | CA | 92660 | $453,383.70 | General Unsecured | | | | Cano Health CA1 MSO LLC | 24-10171 |
| 03/22/2024 | 292 | Corbin South, LLC | Ronald K. Brown, Jr., Esq. | 901 Dove Street Suite 120 | | Newport Beach | CA | 92660 | $453,383.70 | General Unsecured | | | | Cano Health CA1 MSO LLC | 24-10171 |
| 03/22/2024 | 237 | CORPORATE SERVICES CONSULTANTS LLC | AMY CAMPBELL | 1015 N GAY ST | | DANDRIDGE | TN | 37725 | $613.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/14/2024 | 16 | Creative Catering by Monas Cafe | | 4513 W. Fern St | | Tampa | FL | 33614 | $17,807.03 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/14/2024 | 16 | Creative Catering by Monas Cafe | | 4513 W. Fern St | | Tampa | FL | 33614 | $37,625.04 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/12/2024 | 14 | DataInsightsPro LLC | | 5090 SW 158th Ave | | Miramar | FL | 33027 | $162,044.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/08/2024 | 82 | Datasite LLC | Leif Simpson | The Baker Center | 733 S. Marquette Ave, Suite 600 | Minneapolis | MN | 55402 | $201,310.72 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 177 | DAVID W. JORDAN, LAKE COUNTY TAX COLLECTOR | | PO BOX 327 | | TAVARES | FL | 32778 | $3,632.09 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/14/2024 | 103 | DE PAZ HOLDINGS LLC | VENTURA DE PAZ | 13010 MAR STREET | | CORAL GABLES | FL | 33156 | $19,228.25 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 106 | DE PAZ HOLDINGS LLC | VENTURA DE PAZ | 13010 MAR STREET | | CORAL GABLES | FL | 33156 | $97,160.38 | General Unsecured | A | | | Cano Health, Inc. | 24-10164 |
| 02/28/2024 | 48 | Design Develop Now, Inc. | Jaime Davis | 8560 NW 51st Street | | Lauderhill | FL | 33351 | $6,300.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 138 | DETAILS CUSTOM BUILDERS, INC | STAN RODITIS | 1773 W. LINCOLN AVE, STE L | | ANAHEIM | CA | 92801 | $97,568.30 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 170 | Dex Imaging LLC | | 5109 W Lemon Street | | Tampa | FL | 33609 | $897.26 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/12/2024 | 10 | DoctorFare, Inc. | | 1172 South Dixie Highway #280 | | Coral Gables | FL | 33146 | $37,194.14 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/12/2024 | 11 | DoctorFare, Inc. | | 1172 South Dixie Highway #280 | | Coral Gables | FL | 33146 | $29,474.56 | General Unsecured | A | | 02/12/2023 | Cano Health, Inc. | 24-10164 |
| 03/13/2024 | 94 | Donnelley Financial Solutions | | 35 W. Wacker Dr | | Chicago | IL | 60601 | $31,607.62 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 113 | e4health dba e4 Services | | 96 Commerce Dr | PMB 200 | Wyomissing | PA | 19610 | $10,350.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/01/2024 | 51 | Enterprise Fleet Management | Daniel Garcia | 5105 Johnson Road | | Coconut Creek | FL | 33073 | $491,113.05 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/20/2024 | 192 | ESILO | CATHY MIRON | 5500 MILITARY TRAIL STE 22-306 | | JUPITER | FL | 33458 | $42.00 | Admin Priority | | | | Cano Health, LLC | 24-10167 |
| 03/20/2024 | 192 | ESILO | CATHY MIRON | 5500 MILITARY TRAIL STE 22-306 | | JUPITER | FL | 33458 | $1,100.48 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 04/02/2024 | 313 | Ethics Unlimited, LLC dba Verify Comply | | 9600 Escarpment Blvd., Suite 745-148 | | Austin | TX | 78749 | $1,240.42 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/27/2024 | 279 | ETRADE Financial Corporate Services, Inc. | | 3 Edison Drive | | Alpharetta | GA | 30005 | $12,990.53 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/06/2024 | 72 | First Priority Funding, LLC | Attn Shawn Bidsal | 15821 Ventura Blvd. Ste. 455 | | Encino | CA | 91436 | $3,035,489.29 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/22/2024 | 235 | Five9, Inc. | | 3001 Bishop Drive Suite 350 | | San Ramon | CA | 94583 | $104,570.03 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 204 | Florida Power and Light Co | FPL Bankruptcy rrd/lfo | 4200 W Flagler St | | Coral Gables | FL | 33134 | $1,103.39 | General Unsecured | | | | Cano Pharmacy, LLC | 24-10198 |
| 03/21/2024 | 207 | Florida Power and Light Co | FPL Bankruptcy rrd/lfo | 4200 W Flagler St | | Coral Gables | FL | 33134 | $20.49 | General Unsecured | A | | 03/21/2024 | University Health Care Pharmacy, LLC | 24-10204 |
| 02/09/2024 | 7 | Foxster Opco, LLC dba CTS Software | | 118 Circle Dr | | Hampstead | NC | 28443 | $65,568.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/14/2024 | 100 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | $332.44 | General Unsecured | | | | Cano Health CA1 MSO LLC | 24-10171 |
| 03/14/2024 | 100 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | $3,371.34 | Priority | | | | Cano Health CA1 MSO LLC | 24-10171 |
| 03/14/2024 | 101 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | $332.44 | General Unsecured | | | | Cano Health CA1, LLC | 24-10209 |
| 03/14/2024 | 101 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | $3,369.17 | Priority | | | | Cano Health CA1, LLC | 24-10209 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 2 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/13/2024 | 12 | FUENTES MOVING CORP | PEDRO FUENTES | 9730 NW 10TH STREET | | MIAMI | FL | 33172 | $5,830.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/28/2024 | 49 | Gowan/Garrett, Inc. | T. Josh Judd, Andrews Myers, P.C. | 1885 Saint James Place, 15th Floor | | Houston | TX | 77056 | $2,166.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 99 | Greater Houston Healthconnect, Inc. | | 1200 Binz St., Suite 1495 | | Houston | TX | 77004 | $641.94 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/29/2024 | 294 | GROVES MEDICAL PLAZA, LLC | MICHAEL PORTER | PO BOX 2406 | | JUPITER | FL | 33468 | $18,303.84 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 04/02/2024 | 311 | Hartford Fire Insurance Company | Bankruptcy Unit | HO2-R, Home Office | | Hartford | CT | 06155 | UNLIQUIDATED | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 311 | Hartford Fire Insurance Company | Bankruptcy Unit | HO2-R, Home Office | | Hartford | CT | 06155 | UNLIQUIDATED | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 189 | Healthy Car Wash Corp. | Serlet Reyes | 14629 SW 104 St Suite 351 | | Miami | FL | 33186 | $93,310.00 | Admin Priority | | | | Cano Health, LLC | 24-10167 |
| 03/27/2024 | 277 | Hewlett-Packard Financial Services Company | Diane Morgan | 200 Connell Drive Suite 5000 | | Berkeley Heights | NJ | 07922-2816 | $442,733.33 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/26/2024 | 43 | Hidalgo County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | PO Box 17428 | Austin | TX | 78760-7428 | $20,485.16 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 218 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $367.25 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 219 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,510.65 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 220 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,815.19 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 221 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $971.59 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 222 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,899.36 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 223 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $307.31 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 224 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $658.09 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 225 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,358.22 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 226 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,116.63 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 227 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $6,199.76 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 228 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $527.62 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 229 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $99.05 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 230 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $1,551.74 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 231 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | PO Box 30012 | | Tampa | FL | 33630-3012 | $435.97 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/04/2024 | 63 | Houston Comm Coll System | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | UNLIQUIDATED | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/04/2024 | 60 | Houston ISD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | UNLIQUIDATED | Secured | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 317 | INSPIRE RACING & DEVELOPMENT TEAM INC | | 1338 S KILLIAN DR SUITE 12 | | LAKE PARK | FL | 33403 | UNLIQUIDATED | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/11/2024 | 84 | IntegralRx department of JM Smith Corporation | Tony Acevedo | 9098 Fairforest Road | | Spartanburg | SC | 29301 | $10,601.37 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/11/2024 | 85 | Integrated Document Solutions, Inc. | | 20803 Biscayne Boulevard Suite 320 | | Aventura | FL | 33180 | $721.49 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 276 | IPRO Dental Laboratory, Inc. | EPGD Business Law | 777 SW 37th Ave., Ste. 510 | | Miami | FL | 33135 | $74,820.14 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/14/2024 | 98 | J AND K 38 CORPORATION | FREDDY A ROMERO | 3950 NW 182 LANE | | MIAMI GARDENS | FL | 33138 | $2,106.45 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 281 | J M Smith Corporation d/b/a QS/1 Data Systems | RedSail Technologies, LLC | 201 West Saint John Street | | Spartanburg | SC | 29306 | $58,253.96 | General Unsecured | | | | Comfort Pharmacy 2, LLC | 24-10174 |
| 03/19/2024 | 171 | JOE G. TEDDER, TAX COLLECTOR | | PO BOX 2016 | | BARTOW | FL | 33831 | $4,169.53 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 02/09/2024 | 8 | KLDiscovery Ontrack, LLC | Ejaye Haley | 9023 Columbine Road | | Eden Prairie | MN | 55347 | $476.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/01/2024 | 52 | KnowBe4, Inc. | | 33 North Garden Avenue Suite 1200 | | Clearwater | FL | 33755 | $48,599.96 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/07/2024 | 77 | Konica Minolta Healthcare Americas, Inc | | 411 Newark Pompton Turnpike | | Wayne | NJ | 07470 | $17,805.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/07/2024 | 108 | Konica Minolta Healthcare Americas, Inc | | 411 Newark Pompton Turnpike | | Wayne | NJ | 07470 | $17,805.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 272 | Laboratory Corporation of America Holdings | Johnson Legal Network, PLLC | 535 Wellington Way Suite 380 | | Lexington | KY | 40503 | $12,326.78 | General Unsecured | | | | Cano Health Nevada Network, LLC | 24-10173 |
| 03/27/2024 | 273 | Laboratory Corporation of America Holdings | Johnson Legal Network, PLLC | 535 Wellington Way Suite 380 | | Lexington | KY | 40503 | $24,007.16 | General Unsecured | | | | Cano Health Illinois Network, LLC | 24-10195 |
| 03/27/2024 | 274 | Laboratory Corporation of America Holdings | Johnson Legal Network, PLLC | 535 Wellington Way Suite 380 | | Lexington | KY | 40503 | $47,076.65 | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/27/2024 | 275 | Laboratory Corporation of America Holdings | Johnson Legal Network, PLLC | 535 Wellington Way Suite 380 | | Lexington | KY | 40503 | $102,843.14 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/27/2024 | 280 | Laboratory Corporation of America Holdings | Johnson Legal Network, PLLC | 535 Wellington Way Suite 380 | | Lexington | KY | 40503 | $102,843.14 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 286 | Lakeland Electric | Alexander M. Landback, Esq. | 228 S. Massachusetts Avenue | | Lakeland | FL | 33801 | $277.58 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 287 | Lakeland Electric | Alexander M. Landback, Esq. | 228 S. Massachusetts Avenue | | Lakeland | FL | 33801 | $522.21 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/12/2024 | 89 | Lee County Tax Collector | Michele Nunes | PO Box 850 | | Fort Myers | FL | 33902 | UNLIQUIDATED | Secured | | | | Cano Health, LLC | 24-10167 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 3 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2024 | 5 | Level 3 Communications, LLC a Centurylink Company | Attn Legal-BKY | Centurylink Communications, LLC | 1025 El Dorado Blvd | Broomfield | CO | 80021 | $98.45 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/30/2024 | 298 | Levisa Advertising Inc | Carolina Acosta | 16215 SW 117th Ave Unit 9A | | Miami | FL | 33177 | $28,305.80 | Admin Priority | | | | Cano Health, LLC | 24-10167 |
| 03/11/2024 | 87 | Lightbeam Health Solutions Inc. | | 2999 Olympus Blvd. Suite 800 | | Dallas | TX | 75019 | $54,710.06 | Admin Priority | | | | Orange Care Group South Florida Management Services Organization, LLC | 24-10193 |
| 03/11/2024 | 87 | Lightbeam Health Solutions Inc. | | 2999 Olympus Blvd. Suite 800 | | Dallas | TX | 75019 | $115,500.35 | General Unsecured | | | | Orange Care Group South Florida Management Services Organization, LLC | 24-10193 |
| 03/19/2024 | 173 | MagicWaste Management Corp. | Wilma Nazario | 8600 NW 17th Street, Suite #130 | | Doral | FL | 33126 | $7,447.69 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/14/2024 | 15 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 | $72.96 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/14/2024 | 15 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 | $943.10 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 203 | MedCloud Depot, LLC | Elihu E. Allinson, III | Sullivan Hazeltine Allinson LLC | 919 North Market Street, Suite 420 | Wilmington | DE | 19801 | $852,936.94 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/12/2024 | 92 | Milliman, Inc. | Noah Champagne | 463 7th Avenue 19th Floor | | New York | NY | 10018 | $66,125.25 | General Unsecured | | | | American Choice Healthcare, LLC | 24-10178 |
| 03/08/2024 | 80 | Moodys Investors Service Inc | John Brigantino | 250 Greenwich Street | | New York | NY | 10007 | $132,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 243 | MR OFFICE FURNITURE | | 1551 N Powerline Road, Suite F | | Pompano Beach | FL | 33069 | $9,388.52 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/21/2024 | 211 | Name on File - ID 15380627 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 257 | Name on File - ID 15381137 | | Address on File | | | | | $1,472.30 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 256 | Name on File - ID 15382006 | | Address on File | | | | | $48,753.00 | General Unsecured | A | | 03/22/2024 | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 256 | Name on File - ID 15382006 | | Address on File | | | | | $15,150.00 | Priority | A | | 03/22/2024 | Cano Health, LLC | 24-10167 |
| 04/01/2024 | 308 | Name on File - ID 15382851 | | Address on File | | | | | $5,001.60 | Priority | | | | Cano Health, LLC | 24-10167 |
| 04/01/2024 | 305 | Name on File - ID 15383165 | | Address on File | | | | | $3,000.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 158 | Name on File - ID 15384970 | | Address on File | | | | | $5,000.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/29/2024 | 296 | Name on File - ID 15385996 | | Address on File | | | | | $124,676.75 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 156 | Name on File - ID 15386122 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 212 | Name on File - ID 15387232 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/11/2024 | 83 | Name on File - ID 15387516 | | Address on File | | | | | $525.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/29/2024 | 54 | Name on File - ID 15387614 | | Address on File | | | | | $4,137.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 263 | Name on File - ID 15387961 | | Address on File | | | | | UNLIQUIDATED | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/29/2024 | 295 | Name on File - ID 15388675 | | Address on File | | | | | $7,062.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 143 | Name on File - ID 15389869 | | Address on File | | | | | $5,000.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/23/2024 | 245 | Name on File - ID 15390137 | | Address on File | | | | | BLANK | General Unsecured | A | | 03/08/2024 | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 312 | Name on File - ID 15390425 | | Address on File | | | | | $325.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/22/2024 | 240 | Name on File - ID 15390781 | | Address on File | | | | | $2,250.00 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/26/2024 | 266 | Name on File - ID 15391469 | | Address on File | | | | | $2,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 283 | Name on File - ID 15392468 | | Address on File | | | | | $2,916.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 174 | Name on File - ID 15392890 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 285 | Name on File - ID 15393039 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 115 | Name on File - ID 15393151 | | Address on File | | | | | $10,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 4 of 9

Case 24-10164-KBO    Doc 608    Filed 04/03/24    Page 5 of 9
Claims Register by Name

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2024 | 304 | Name on File - ID 15394233 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/24/2024 | 249 | Name on File - ID 15395394 | | Address on File | | | | | $20,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 205 | Name on File - ID 15395984 | | Address on File | | | | | $8,000.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 167 | Name on File - ID 15396225 | | Address on File | | | | | $500,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/28/2024 | 50 | Name on File - ID 15396610 | | Address on File | | | | | $1,880.00 | Priority | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/01/2024 | 55 | Name on File - ID 15403844 | | Address on File | | | | | $780.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/01/2024 | 53 | Name on File - ID 15405302 | | Address on File | | | | | $2,280.00 | General Unsecured | A | | | Cano Health, Inc. | 24-10164 |
| 03/03/2024 | 57 | Name on File - ID 15405312 | | Address on File | | | | | $200.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/03/2024 | 58 | Name on File - ID 15405313 | | Address on File | | | | | $1,125.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/06/2024 | 71 | Name on File - ID 15405394 | | Address on File | | | | | $4,920.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 258 | Name on File - ID 15405836 | | Address on File | | | | | $8,400.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/13/2024 | 93 | Name on File - ID 15406159 | | Address on File | | | | | $2,500.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/27/2024 | 282 | Name on File - ID 15406159 | | Address on File | | | | | $2,800.00 | Admin Priority | A | | 03/13/2024 | Cano Health, LLC | 24-10167 |
| 03/13/2024 | 95 | Name on File - ID 15406179 | | Address on File | | | | | $168.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 117 | Name on File - ID 15406243 | | Address on File | | | | | $500.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 118 | Name on File - ID 15406246 | | Address on File | | | | | $3,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 126 | Name on File - ID 15406259 | | Address on File | | | | | BLANK | General Unsecured | | | | Primary Care (ITC) Intermediate Holdings, LLC | 24-10165 |
| 03/16/2024 | 133 | Name on File - ID 15406263 | | Address on File | | | | | $59,450.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 133 | Name on File - ID 15406263 | | Address on File | | | | | $20,550.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 128 | Name on File - ID 15406264 | | Address on File | | | | | $500.00 | Admin Priority | A | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 131 | Name on File - ID 15406272 | | Address on File | | | | | $200.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 135 | Name on File - ID 15406274 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 139 | Name on File - ID 15406275 | | Address on File | | | | | $12,000,000.00 | General Unsecured | A | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 144 | Name on File - ID 15406281 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 152 | Name on File - ID 15406286 | | Address on File | | | | | $120,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 153 | Name on File - ID 15406291 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/18/2024 | 155 | Name on File - ID 15406300 | | Address on File | | | | | $10,000.00 | General Unsecured | A | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 162 | Name on File - ID 15406311 | | Address on File | | | | | $700.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 163 | Name on File - ID 15406312 | | Address on File | | | | | BLANK | General Unsecured | A | | 03/18/2024 | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 168 | Name on File - ID 15406323 | | Address on File | | | | | $1,700.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 169 | Name on File - ID 15406329 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 183 | Name on File - ID 15406348 | | Address on File | | | | | $500.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 186 | Name on File - ID 15406359 | | Address on File | | | | | $100.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 185 | Name on File - ID 15406360 | | Address on File | | | | | $100,000.00 | General Unsecured | | | | Cano Health Nevada Network, LLC | 24-10173 |
| 03/19/2024 | 193 | Name on File - ID 15406375 | | Address on File | | | | | $51,131.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/20/2024 | 197 | Name on File - ID 15406381 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 194 | Name on File - ID 15406382 | | Address on File | | | | | $1,500.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 198 | Name on File - ID 15420133 | | Address on File | | | | | $20,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 201 | Name on File - ID 15420140 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 270 | Name on File - ID 15425469 | | Address on File | | | | | $100,000.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/27/2024 | 278 | Name on File - ID 15425477 | | Address on File | | | | | $3,000.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/23/2024 | 41 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | Albany | NY | 12205-0300 | $517.90 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/23/2024 | 41 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | Albany | NY | 12205-0300 | $1,063.80 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 284 | NEXTRUST BILLFLASH | JOE FISHER | 1755 PROSPECTOR AVE, SUITE 201 | | PARK CITY | UT | 84060 | $8,171.02 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/26/2024 | 45 | Nueces County | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | PO Box 17428 | Austin | TX | 78760-7428 | $41,249.71 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 02/21/2024 | 38 | Osceola County Tax Collector | | PO Box 422105 | | Kissimmee | FL | 34742-2105 | $2,005.69 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/21/2024 | 39 | Osceola County Tax Collector | | PO Box 422105 | | Kissimmee | FL | 34742-2105 | $11,108.42 | Secured | | | | Cano Health, LLC | 24-10167 |
| 03/20/2024 | 182 | Outcomes Operating Inc | Simon Morgan | 5900 Lake Ellenor Dr #600 | | Orlando | FL | 32809 | $5,225.00 | Admin Priority | | | | Cano Pharmacy, LLC | 24-10198 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 5 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2024 | 182 | Outcomes Operating Inc | Simon Morgan | 5900 Lake Ellenor Dr #600 | | Orlando | FL | 32809 | $348.00 | General Unsecured | | | | Cano Pharmacy, LLC | 24-10198 |
| 03/15/2024 | 112 | Page Plaza Acquisition, LP | | 145 Spring Street, 4th Floor | | New York | NY | 10012 | $4,039,902.82 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 19 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $1,058.96 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 20 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $3,644.53 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 21 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $190.01 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 22 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $459.90 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 23 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $2,910.10 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 24 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $5,689.83 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 25 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $864.90 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 26 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $265.92 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 27 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $631.17 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 28 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $1,203.45 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 29 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $3,510.69 | Secured | | | | Cano Health, LLC | 24-10167 |
| 02/16/2024 | 30 | Palm Beach County Tax Collector | Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402 | $1,021.96 | Secured | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 151 | Partners Capital Group, Inc | | 201 E Sandpointe #500 | | Santa Ana | CA | 92707 | $21,126.01 | Secured | | | | Cano Health, LLC | 24-10167 |
| 03/22/2024 | 214 | Patient 107350 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 96 | Patient 112722 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 142 | Patient 133354 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/15/2024 | 125 | Patient 14564 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 132 | Patient 15406266 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 160 | Patient 15406309 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/22/2024 | 239 | Patient 15420183 | | Address on File | | | | | $48,753.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/22/2024 | 239 | Patient 15420183 | | Address on File | | | | | $15,150.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/30/2024 | 302 | Patient 15426820 | | Address on File | | | | | $1,886.93 | Admin Priority | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/22/2024 | 217 | Patient 154998 | | Address on File | | | | | $1,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 202 | Patient 167714 | | Address on File | | | | | BLANK | General Unsecured | A | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 264 | Patient 16815 | | Address on File | | | | | UNLIQUIDATED | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/30/2024 | 301 | Patient 1740 | | Address on File | | | | | BLANK | General Unsecured | A | | 02/04/2024 | CHPR MSO LLC | 24-10169 |
| 03/17/2024 | 137 | Patient 207600 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/24/2024 | 46 | Patient 223256 | | Address on File | | | | | $100.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 209 | Patient 229368 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 149 | Patient 232164 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/25/2024 | 265 | Patient 233887 | | Address on File | | | | | UNLIQUIDATED | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 208 | Patient 284369 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/22/2024 | 216 | Patient 332047 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health Nevada Network, LLC | 24-10173 |
| 02/24/2024 | 47 | Patient 413354 | | Address on File | | | | | $1,940.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 260 | Patient 414008 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/24/2024 | 248 | Patient 43651 | | Address on File | | | | | UNLIQUIDATED | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 116 | Patient 46185 | | Address on File | | | | | BLANK | General Unsecured | A | | 02/08/2024 | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 213 | Patient 464378 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 6 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/22/2024 | 241 | Patient 468663 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health Nevada Network, LLC | 24-10173 |
| 03/22/2024 | 215 | Patient 500462 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 129 | Patient 507586 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 124 | Patient 509069 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 181 | Patient 543182 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/26/2024 | 268 | Patient 555182 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 269 | Patient 572342 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/27/2024 | 271 | Patient 574268 | | Address on File | | | | | $1,357.00 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 147 | Patient 586435 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/21/2024 | 200 | Patient 594220 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 166 | Patient 595558 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/24/2024 | 247 | Patient 59782 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/16/2024 | 141 | Patient 606552 | | Address on File | | | | | $150,000,000.00 | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/16/2024 | 134 | Patient 623208 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 164 | Patient 635636 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 161 | Patient 649244 | | Address on File | | | | | $0.00 | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 146 | Patient 657159 | | Address on File | | | | | $10,000.00 | Priority | | | | Cano Health, LLC | 24-10167 |
| 03/16/2024 | 130 | Patient 659624 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 210 | Patient 675562 | | Address on File | | | | | $422.00 | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/15/2024 | 114 | Patient 69202 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 154 | Patient 697339 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/01/2024 | 307 | Patient 705611 | | Address on File | | | | | $10.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 145 | Patient 7109 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 123 | Patient 715152 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/17/2024 | 140 | Patient 717163 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 165 | Patient 725233 | | Address on File | | | | | $600.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 195 | Patient 740060 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 184 | Patient 747755 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/23/2024 | 246 | Patient 773602 | | Address on File | | | | | $150,000,000.00 | General Unsecured | | | | Cano Health of Florida, LLC | 24-10170 |
| 03/14/2024 | 97 | Patient 778573 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/22/2024 | 238 | Patient 787634 | | Address on File | | | | | $4,795.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 150 | Patient 789384 | | Address on File | | | | | $4,550.00 | General Unsecured | A | | 02/04/2024 | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 157 | Patient 800251 | | Address on File | | | | | $5,000.00 | Secured | | | | Cano Health, Inc. | 24-10164 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 7 of 9

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | 69 | Patient 824609 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/07/2024 | 76 | Patient 826081 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 259 | Patient 855225 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/17/2024 | 136 | Patient 869380 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/21/2024 | 199 | Patient 875771 | | Address on File | | | | | $493.16 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/26/2024 | 267 | Patient 92221 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/15/2024 | 127 | Patient 93955 | | Address on File | | | | | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 318 | Pay Acs Association | Helena Gomes | 6800 NW 19th Ave Lot 370 | | Coconut Creek | FL | 33073 | UNLIQUIDATED | Secured | | | | Cano Health, Inc. | 24-10164 |
| 03/07/2024 | 75 | Payscale, Inc. | | 113 Cherry St, Ste 96140 | | Seattle | WA | 98104 | $40,000.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/19/2024 | 188 | PGAL, INC | QUEEN CHEVIS | 3131 BRIARPARK, SUITE 200 | | HOUSTON | TX | 77042 | $8,651.30 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/11/2024 | 86 | Pinellas County Utilities | | 14 S. Ft. Harrison Avenue | | Clearwater | FL | 33756 | $1,407.24 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 172 | PNM | | 414 Silver Ave. SW | | Albuquerque | NM | 87102 | $7,464.58 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/25/2024 | 244 | Pompano Beach Plaza DK LLC | Daniel Marzano, Esq. | 401 East Las Olas Blvd Suite 430-689 | | Fort Lauderdale | FL | 33301 | UNLIQUIDATED | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/18/2024 | 159 | POSEIDON FIRE LLC | LORENA MADRIGAL | 1004 WEST FRONTAGE ROAD | | ALAMO | TX | 78516-2300 | $4,500.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/29/2024 | 297 | Promociones 96 Inc | | 2642 NE 5th St | | Pompano Beach | FL | 33062 | $35,544.11 | Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/23/2024 | 42 | Propio LS, LLC | | 10801 Mastin Blvd Suite 580 | | Overland Park | KS | 66210 | $12,824.24 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/20/2024 | 190 | PROVIDERS CHOICE SCRIBE SERVICES | | 11122 WURZBACH RD. SUITE 200 | | SAN ANTONIO | TX | 78230 | $23,640.66 | Admin Priority | | | | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 250 | PURE WATER PARTNERS, LLC | CUSTOMER SERVICE | 123 S. 3RD AVENUE #28 | | STANDPOINT | ID | 83864 | $1,809.95 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/26/2024 | 261 | Pure Water Partners, LLC | | 123 S Third Ave #28 | | Sandpoint | ID | 83864 | $5,559.98 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/05/2024 | 64 | Reebie Storage and Moving | Michelle Abbs | 10423 Franklin Ave | | Franklin Park | IL | 60131 | $4,083.10 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 288 | Reliant Energy Retail Services, LLC | Attention Bankruptcy Department | PO Box 3606 | | Houston | TX | 77251 | $4,282.43 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/28/2024 | 288 | Reliant Energy Retail Services, LLC | Attention Bankruptcy Department | PO Box 3606 | | Houston | TX | 77251 | $1,667.20 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/18/2024 | 148 | RELX Inc. dba LexisNexis | Vernita Jones | 9443 Springboro Pike | | Miamisburg | OH | 45342 | $17,640.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/05/2024 | 68 | Retarus North America Inc. | | 300 Lighting Way, Suite 315 | | Secaucus | NJ | 07094 | $4,045.15 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/03/2024 | 314 | Rio Bravo Square, a New Mexico LLC | Bruce Nolen | 100 Sun Avenue NE Suite 210 | | Albuquerque | NM | 87109 | $3,389,163.36 | General Unsecured | | | | Cano Health New Mexico LLC | 24-10197 |
| 04/03/2024 | 315 | Rio Bravo Square, a New Mexico LLC | Bruce Nolen | 100 Sun Avenue NE Suite 210 | | Albuquerque | NM | 87109 | $3,389,163.36 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/08/2024 | 81 | Rogers Machinery Company, Inc. | Kellie Bridges | 14650 SW 72nd Avenue | | Portland | OR | 97224 | $110,293.98 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 104 | Saltzman, Tanis, Pittell, Levin, and Jacobson LLC, d/b/a Pediatric Associates | Attn Legal Department | 900 S. Pine Island Rd. Ste, 800 | | Plantation | FL | 33324 | $20,246.60 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 178 | Second Wave Delivery Systems, LLC | | 9060 W. Cheyenne Ave | | Las Vegas | NV | 89129 | $2,294,687.50 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 04/01/2024 | 306 | Signius Communications, Inc | John Campbell | 555 Belair Avenue, 6th Floor | | Chesapeake | VA | 23320 | $36,041.34 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/21/2024 | 232 | SLAS Consulting, LLC | | 304 Indian Trace PMB 171 | | Weston | FL | 33326 | $6,640.41 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 175 | SMITHSON VALLEY BUSINESS VENTURES INC | LAWRENCE BODOCZY | 710 STONEY RIDGE RD | | BULVERDE | TX | 78162 | $10,000.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/07/2024 | 73 | Southwest Gas Corporation | Attn Bankruptcy Desk | PO Box 1498 | | Victorville | CA | 92393 | $330.13 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/15/2024 | 18 | Spencer Strawberry, Ltd. | Brian B. Kilpatrick | 1233 West Loop South, Suite 800 | | Houston | TX | 77027 | $734,658.49 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/04/2024 | 59 | Stirling Global Solutions LLC | | 1052 SW Jacqueline Ave | | Port St Lucie | FL | 34953 | $17,700.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/04/2024 | 62 | Syncronys | | 5338 Montgomery Blvd NE Ste 400 | | Albuquerque | NM | 87109 | $1,524.80 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/13/2024 | 17 | Team Tech Solution Services Inc | Yendri Carreras | 7480 Bird Rd Suite 810 | | Miami | FL | 33155 | $167,673.88 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 02/20/2024 | 35 | Ten15 Winterwood LLC | Scott Silver | 10573 W. Pico Blvd., Ste. 218 | | Los Angeles | CA | 90064 | $152,921.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/25/2024 | 252 | TEXAS HEALTH SERVICES AUTHORITY | GEORGE GOOCH | 901 S. MOPAC EXPRESSWAY, BUILDING 1, SUITE 300 | | AUSTIN | TX | 78746 | $1,364.42 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 04/02/2024 | 309 | TOTAL SHREDDING LLC | MONICA LEWIS | PO BOX 212786 | | Royal Palm Beach | FL | 33421 | $90.00 | Admin Priority | | | | Cano Health, LLC | 24-10167 |
| 03/28/2024 | 290 | TRIAS FLOWERS & GIFTS | JOANNE PACHECO | 6520 SW 40 STREET | | MIAMI | FL | 33155 | BLANK | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/04/2024 | 56 | Tropical Bakery and Restaurant | | 4068-1 Forest Hill Blvd | | Palm Springs | FL | 33406 | $5,544.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/14/2024 | 107 | V and L INVESTMENT GROUP INC. | | VENTURA DE PAZ | 13010 MAR STREET | CORAL GABLES | FL | 33156 | $31,022.09 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 8 of 9

Claims Register by Name

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | 70 | Veterans Health Pathways LLC | | 368 Lakeview Street | | Orlando | FL | 32804 | $320.00 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 03/31/2024 | 299 | VIRTUWORK INC | ALEX SANTORO | 8175 BELLAGIO LN | | BOYTON BEACH | FL | 33472 | $28,630.34 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 02/08/2024 | 6 | WB Mason CO INC | Lisa M Fiore | 59 Centre St | | Brockton | MA | 02301 | $48,701.41 | Admin Priority | | | | Cano Health, Inc. | 24-10164 |
| 02/08/2024 | 6 | WB Mason CO INC | Lisa M Fiore | 59 Centre St | | Brockton | MA | 02301 | $110,073.56 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |
| 03/12/2024 | 90 | Wiginton Fire Systems | | 699 Aero Lane | | Sanford | FL | 32771 | $2,359.64 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/08/2024 | 78 | Yvonne Murillo and Clean Concepts Inc. | c/o Charles Eiss, Esq. | Law Offices of Charles Eiss, P.L. | 7951 SW 6th Street, Suite 112 | Plantation | FL | 33324 | $43,950.00 | General Unsecured | | | | Cano Health, LLC | 24-10167 |
| 03/19/2024 | 187 | Zurich American Insurance Company | Attn Jessica Melesio | PO Box 68549 | | Schaumburg | IL | 60196 | $1.00 | General Unsecured | | | | Cano Health, Inc. | 24-10164 |

In re Cano Health, Inc., et al.
Case No. 24-10164 (KBO)

Page 9 of 9