## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                              :
In re                                         :        Chapter 11
                                              :
CANO HEALTH, INC., et al.,                    :        Case No. 24–10164 (KBO)
                                              :
              Debtors.¹                        :        (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------- x
```

## SUPPLEMENTAL DECLARATION OF OLAYINKA KUKOYI
## IN SUPPORT OF THE DEBTORS' APPLICATION
## FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
## EMPLOYMENT OF KPMG LLP TO PROVIDE TAX COMPLIANCE, TAX
## PROVISION, TAX CONSULTING,
## VALUATION, AND ACCOUNTING ADVISORY SERVICES
## TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, Olayinka Kukoyi, under penalty of perjury, declares as follows, to the best of my knowledge, information, and belief:

1.     I am a Certified Public Accountant and a partner of KPMG LLP, a professional services firm ("KPMG").  KPMG is the United States member firm of KPMG International, a Swiss cooperative.  I submit this declaration on behalf of KPMG in support of the application I have personal knowledge of the matters set forth herein.[2]

2.     I submit this declaration (this "Supplemental Declaration") on behalf of KPMG in connection with the above-captioned debtors' and debtors in possession's (the "Debtors") application to retain and employ KPMG to provide compliance, tax provision, tax consulting,

---

[1]     The last four digits of Cano Health, Inc.'s tax identification number are 4224.  A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth.  The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

[2]     Certain of the disclosures herein relate to matters within the knowledge of other professionals at KPMG.

valuation and accounting advisory services [Docket No. 144] (the "Application") and further supplement my initial declaration filed as Exhibit B to the Application (the "Initial Declaration").

3.      Since filing the Initial Declaration, the Debtors provided KPMG with a list of additional parties in interest and KPMG is filing this Supplemental Declaration pursuant to paragraph 42 of the Initial Declaration. The additional parties searched are reflected on Schedule 1 annexed hereto. A summary of those current potential relationships that KPMG was able to identify using its reasonable efforts is reflected on Schedule 2 annexed hereto.

4.      Based on the searches discussed above, KPMG has determined that certain additional connections should be disclosed as follows:

    a.      Law firms identified on Schedule 2, including DLA Piper LLC, Flaster/Greenberg P.C., and Greenberg Traurig LLP have provided, currently provide and may in the future provide legal services to KPMG or KPMG professionals in matters unrelated to the Debtors or their estates, and/or KPMG has provided, currently provide and may in the future provide services to such firms or their clients in matters unrelated to the Debtors or their estates.

5.      To the best of my knowledge and based upon the results of the search described above and subject to the supplemental disclosures herein and in prior declarations, KPMG neither holds nor represents an interest adverse to the Debtors' estates in accordance with section 327 of the Bankruptcy Code.


Dated:  April 3, 2024                  _/s/ Olayinka Kukoyi_____
Houston, TX                            Olayinka Kukoyi
                                       KPMG LLP
                                       811 Main Street
                                       Suite 450
                                       Houston, TX 77002

**SCHEDULE 1**

**Cano Health, Inc.,** *et al.*
**PARTIES IN INTEREST**

**Debtors**

Cano Health, Inc.
Primary Care (ITC) Intermediate Holdings, LLC
Cano Health, LLC
Cano Health Nevada Network, LLC
Cano Occupational Health, LLC
American Choice Healthcare, LLC f/k/a Cano Health DCE, LLC
Cano PCP Wound Care, LLC
Cano Personal Behavior LLC
Cano PCP, LLC
Cano Behavior Health LLC
Cano Belen, LLC
Cano Health New Mexico, LLC
Complete Medical Billing and Coding Services, LLC
Cano Health of Puerto Rico LLC
Cano Health of Florida, LLC
Cano Health CA1 MSO LLC
Comfort Pharmacy 2, LLC
Cano Medical Center of West Florida, LLC
CH Dental Administrative Services LLC
DGM MSO, LLC
Cano Research LLC
Cano PCP MSO, LLC
Cano HP MSO, LLC
ACH Management Services, LLC
CHPR MSO, LLC
Orange Healthcare Administration LLC
Orange Care Group South Florida Management Services Organization, LLC
Orange Accountable Care Organization of South Florida LLC
Orange Accountable Care Organization, LLC
American Choice Commercial ACO, LLC
Orange Care IPA of New York LLC
Orange Care IPA of New Jersey LLC
Total Care ACO LLC
Cano Health CA1, LLC f/k/a Network, LLC
Cano Health Illinois 1 MSO, LLC
Solis Network Solutions, LLC
Cano Pharmacy, LLC (FL)

IFB Pharmacy, LLC (FL)
Belen Pharmacy Group, LLC
University Health Care Pharmacy, LLC
Cano Health New York, IPA, LLC
Clinical Research of Hollywood, P.A.
Cano Health Illinois Network LLC
Physicians Partners Group Merger, LLC
Physicians Partners Group Puerto Rico, LLC
Physicians Partners Group of FL, LLC
PPG Puerto Rico Blocker, Inc.
Physicians Partners Group Puerto Rico, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**

Cano Health DCE, LLC
Orange Care IPA, LLC
Network, LLC
Jaws Acquisition Corp.
Belen Medical Centers,
Healthy Partners,
Healthy Partners Primary care,
Doctors Medical Pediatrics,
Doctors Medical Center,
University Health Care
Serenity Community Mental Health Center
Cano Health of West Florida, LLC
Cano Health California Network, LLC
Cano Pharmacy 13
Cano Pharmacy 5

**Ad Hoc First Lien Group Professionals and Members**

Gibson, Dunn & Crutcher LLP
Pachulski, Stang, Ziehl & Jones LLP
Anchorage Capital Advisors, L.P.
Carlyle Investment Management LLC
D. E. Shaw Galvanic Portfolios, L.L.C.
Diameter Capital Partners LP, on behalf of one or more investment funds
Eaton Vance Management &
Boston Management and Research
Fidelity Management & Research Company LLC, on behalf of certain funds and accounts managed
or advised by it and/or its affiliate
Funds managed and/or advised by Squarepoint Ops LLC
Nut Tree Capital Management, LP
Rubicon Credit Holdings LLC

Sound Point Capital Management, L.P.

**Affiliation of Current Officers and Directors (include senior management)**

Cigna Corp.
Total Health and Network
SelectQuote, Inc.
Curewell Capital
Bain & Company
New Enterprise Associates
Pritzker Private Capital
Alcresta Therapeutics
Arsenal Capital Partners
Curewell Capital
Equity Healthcare
The Blackstone Group
Team Health Holdings Inc
OneTrust LLC
Hewlett-Packard Company/ HP Inc.
Thomson Reuters
Leadership Council on Legal Diversity
Board of the American Leadership Forum of Silicon Valley
Cisco Systems, Inc.
Morales Capital Partners
UniVista Insurance
Avance Investment Management
Transcend Education
Trujillo Group Investments, LLC
Western Union
New Cadence Productions
Bain & Company, Inc.,
Stanford Center on Longevity
Agua Media
L'Attitude / L'Attitude Ventures
Encantos
TruCo Technology, LLC
Healthy Partners, Inc.
Promise Healthcare, Inc.
Kaiser Permanente, Inc.
GreenStone Farm Credit Services
BlueCross BlueShield of Michigan, an independent licensee of Blue Cross Blue Shield Association
Law Offices of Julie Allison, P.A.
Michigan Economic Development Corp.
Unitversity of Miami
Jackson Health System

Gulfcoast Medical Research Center, LLC
Total Health Medical Centers
Women's Health Care Hospital in Evansville
Conviva Care Centers
Your Partners In Health
Kent Capital Investments
Care Management Resources
Broward Health Foundation Board Member
Foster Children's United Society
Care Management Resources, LLC
Total Care
Alteon Health
Weil, Gotshal & Manges LLP
The American Red Cross
Dean's Advisory Board of Fordham Law School
Fordham University Law School
MBIA Inc.
Genesis Care Finance Pty, Ltd.
Hornblower Holdings LLC
Resolute Investment Managers, Inc.
Matterhorn Parent, LLC (d/b/a Hearthside Food Solutions).
Hamlin Partners LLC
National CineMedia, LLC
Bed Bath & Beyond
Talen Energy Corporation
Speedcast International Ltd
EP Energy Corp.
Jupiter Resources, Inc.
Xerox Corporation
HP, Inc.

## Bank Accounts

Banco Popular
Morgan Stanley
Fifth Third Bank
Wells Fargo Bank
Raymond James

## Bankruptcy Judges and Staff for the District of Delaware

Chief Judge Laurie Selber Silverstein
Cacia Batts
Lora Johnson
Judge John T. Dorsey

Laura Haney
Robert Cavello
Judge Craig T. Goldblatt
Demitra Yeager
Nickita Barksdale
Judge Karen B. Owens
Claire Brady
Marquietta Lopez
Judge Brendan L. Shannon
Jill Walker
Rachel Bello
Judge J. Kate Stickles
Paula Subda
Al Lugano
Judge Mary F. Walrath
Catherine Farrell
Laurie Capp
Judge Ashely M. Chan
Joan Ranieri
Judge Thomas M. Horan
Amanda Hrycak
Danielle Gadson

## Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)

ADP INC
AETNA INC
AETNA VOLUNTARY
ALLSTATE IDENTITY PROTECTION
HEALTH EQUITY INC
INFOARMOR. INC
METROPOLITAN LIFE INSURANCE COMPANY
NATIONWIDE
ROBERT HALF MANAGEMENT RESOURCES
WORKDAY INC.
THE HARTFORD
Alight Payment Services

## Clerk of the Court for the District of Delaware

Una O'Boyle, Clerk of Court
Stephen Grant - Chief Deputy Clerk

**Contract Counterparties (includes patents and intellectual property)**

11700 Okeechobee Blvd., LLC
1400 Plaza Associates, LLC
1990 North Federal, LLC
211 Homestead, LLC
2526 W Sligh Ave LLC
2621 Cleveland, LLC
35 Oak US 5 Inc.
35 Oak US 5, Inc.
4201 Palm Avenue II, LLC
4201 Palm Avenue ll, LLC
433 NW 10th Street, LLC
4343 S. Pulaski II LLC
45 SBH, LLC
4840 MGC, LLC
5 Aces Capital at Hialeah Land LLC
5 Aces Capital at Hialeah LLC
528 Altos de Miami Commercial, LLC
704 SW Ultra LLC
7900 N.W. Avenue, LLC
807 S. Parsons Ave., LLC
823 S. Parsons Ave., LLC
ABACOA Physical Medicine
ABC Realty Advisors
AD Khan Properties, LLC
ADP
ADP, LLC
Advance Enterprise Group
Advanced Gastroenterology Associates LLC
AE Media Group, LLC
Aetna
Aetna Health Inc.
Aetna Health, Inc.
Aetna Network Services, LLC
AJDTFM, LLC
ALBI Lynwood Investments, LLC
Alhambra Medical Group, Inc.
Alignment Healthcare
Alignment Healthcare USA, LLC
Alyani, LLC
America West Properties, Inc.
American Fuel Services
AmerisourceBergen
Amitech Solutions, Inc.

Anderson
Andrew S. Ferrera
Archer Family Medical Group, L.L.C.
Archer Family Medical Group, LLC
AT&T
AT&T Corp.
AutoMed Technologies, Inc. d/b/a AmerisourceBergen Technology Corporation
Avison Young-Florida LLC
Avon Square Associates
Avon Square Associates, LLC
AW Memorial South, LLC
AZT Corporation
B Group Capital Management
B&B Cash Grocery Stores, Inc.
B&B Corporate Holdings
B&B Properties of Hillsborough LLC
Bamboo Health, Inc.
Baran Investments, LLC
Barclay Square Associates, Ltd.
Barlop Inc.
Barry Tuvel
BDO USA, LLP
Beach Holding, Inc.
Bene Facere VI, LLC
Bent Property Trust Dated October 10, 2016
Bimini Bound, LLC
Blue Diamond M-E
Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System
Brabant Realty & Management, Inc.
Brave Church
Bridge Commercial Real Estate
Bridge Investment Group
Brightstar Corp
Brightstar Legal Counsel
Broward Medial Physician Associates, Inc.
BVT Management Services, Inc.
C & O Acquisitions LLC
Caldwell Brokerage Company
Cardiovascular Institute of America
Care Med Management Group, Inc.
CarePlus Health Plans, Inc.
Carla Castillejo, PA
Carlisle NM Hold 2014, LP
Cayon Development Group LLC
CCD PR No. 11. LLC

CCF PCG Northridge LLC
Celimar, Inc.
Center for Medicare & Medicaid Services
Center Plaza Building, Ltd.
Centers for Medicare & Medicaid Services
Centro Medico Latino Americano De West Palm Beach, Corp.
Century Health Care, Inc.
Century Physician's Group, LLC
CFLP Headquarters
CFLP Headquarters, LLC
Change Healthcare Solutions, LLC
Christopher Shortt
Coconut Square Realty Co., Ltd.
Cohen Commercial Management LLC
Comcast Business
Comfort Health Group, LLC
Comfort Pharmacy, Corp.
Commons Abacoa Phase II Condominium Association
Comprehensive Health Initiative, LLC
Comprehensive Patient Care, Inc.
Cooper Levenson, P.A.
Coral Square Pediatrics, P.A.
Corbin South, LLC
Coventry Health and Life Insurance Company
Coventry Health Care of Florida, Inc.
Cox Communications Las Vegas, Inc.; Nevada Telcom, LLC
CPRE Organization, Inc.
CSC
CTP Plaza, LLC
Cushman & Wakefield
Cushman & Wakefield U.S., Inc.
CV Medical, LLC
Dacar Management, LLC
Dana M. Scheer, Esq.
Danimen, LLC
David H. Sachs
David Milbauer, M.D., P.A.
DE Paz Holdings, LLC
DLA Piper LLP (US)
DLA Piper, LLC (US)
Doctor's Choice Medical Center, Inc.
Doctor's Medical Center, Inc.
Doctor's Medical Centers, Inc.
Doctor's Medical Centers, LLC
Doctor's Choice Medical Center, Inc.

Doctors Group Management
Doctors Group Management, Inc.
Doctor's Medical Center
Doctor's Medical Center Inc.
Doctor's Medical Center, Inc.
Doris A. Valor as Successor Trustee of the Andrew S. Ferrera Living Trust under Indenture of Trust dated May 22, 1991
Dr. Ania Fernandez-Maitin
Dr. Bernard Garcia PA
Dr. Camejo Primary Care & Walkin Clinic LLC
Dr. Desaly Montilla Gonzalez
Dr. Jorge Cavero
Dr. Kevin Inwood
Dr. Rooptaz Sibia MD
Dr. Sang D. Tran d/b/a ProCare Medical Center, LLC
Dreams of Freedom LLC d/b/a Summit Commons
E*Trade Financial Corporate Services, Inc.
EAN Properties
EAN Property, Inc.
East Hialeah Marketplace
eClinicalWorks
eClinicalWorks, LLC
Eileen Rodriguez
Eliopoulos Family LLC
Elpara, Inc.
EMCHRIS, LLC
Erik Gantz
Erika Etchison
Ernst & Young LLP
Esplanade Medical Center, Ltd.
Experian Health
Experian Health, Inc.
Fanelli Law Firm, P.A.
Farm Basket 2 LLC
Farm Bureau Life Insurance Company of Michigan
Federal Realty
Federal Realty Investment Trust
Federal Realty OP LP
Fiomarka LLC
First American Title Insurance Company National Commercial Services
Fishback Dominick, LLP
Flamingo Kids, LTD
Flaster/Greenberg P.C.
Florida Department of Children and Families
Florida Department of State

Florida Institute for Cardiovascular Care P.A. D/B/A HealthwoRx
Florida Institute for Cardiovascular Care, P.A.
Florida Professional & Commercial Center, LLC
Freedom Health and Optimum Healthcare, Inc.
Freedom Health, Inc.
Fried, Frank, Harris, Shriver & Jacobson LLP
Gald Building, Inc.
GASKA Inc.
George H. Bordenave
Goblin Law, PLLC
Greater Houston Healthconnect
Greenberg Traurig LLP
Greenspoint Investors, Ltd.
GRI-EQY (CONCORD) LLC
GRI-EQY (Conrad) LLC
Grove Bank & Trust
Guadalupe Plaza
Gutierrez Bergman Bouiris, PLLC
Hallandale Investments, Inc.
Hanessa Realty, LLC
Harlequin Title Corp.
HCA Healthcare, Inc.
HealthEquity
HealtHIE Nevada
Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthSun Physician Network I, LLC
HealthwoRx
Healthworx LLC
Healthy Partners
Healthy Partners Enterprises, LLC
Healthy Partners Primary Care
Healthy Partners Primary Care Alan Katz, MD
Healthy Partners Primary Care, LLC
Hemisphere Holding I, LLC
Hinshaw & Culbertson LLP
Holladay Properties
Horizon Properties, as Agent or, Lakeside Center Shoppes, LLC
Horwood Marcus & Berk
HP MSO, LLC
HP Primary Care, LLC
HP Primary Care, LLC Healthy Partners Primary Care
HTA - AW Florida Medical Center East, LLC
HTA - AW Palmetto, LLC
Humana
Humana Government Business, Inc., d\b\a, Humana Military

Humana Health Insurance Company of Florida, Inc.
Humana Health Plans of Puerto Rico, Inc.
Humana Inc.
Humana Insurance Company
Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., Humana Medical Plan, Inc. and Their Affiliates That Underwrite or Administer Health Plans
Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., Humana Medical Plan, Inc., and Their Affiliates that Underwrite or Administer Health Plans
Humana Insurance of Puerto Rico Corporation
Humana Insurance of Puerto Rico, Inc.
Humana Medical Plan, Inc.
Humana, Inc.
Icon Real Estate Holdings LLC
Icon Real Estate Holdings, LLC
IMC Equity Group
InfoArmor, Inc.
INNEX II L.L.C.
Innovation Associates, Inc.
Innovation Associates, Inc. d/b/a iA
Intowne Property Management
Isram Delray JV, LLC
J & C Properties dba La Roma Plaza
J & J Properties of Florida, LLC
J&J Properties of Florida, LLC
Jaffa-Godiva, LLC
Jerry A Borbon, Esq.
Jerry A. Borbon, Esq.
Jessica Alfonso
Joche 16, LLC
Joche Holdings, LLC
Jones Lang LaSalle Brokerage Inc.
Jose Gonzalez
Juvenal E. Martinez, MD, PA
K&L Gates, LLP
KAS Hollywood, LLC
Kathy Eliopoulos or Andreas E
Kendall Executive Center
Kevin Gilbert, M.D., P.A.
Kevin Gilbert, MD
Kevin J. Gilbert, M.D., P.A.
Kimco Realty Op, LLC
Kimzay of FL Inc
Kimzay of Florida, Inc.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
Kirkpatrick & Lockhart, LLP

Kissimmee Korners, LLP
Konover South
Lago 2022, LLC
Lake Worth Downtown Shops LLC
Lakes Radiology Inc.
Lakewood Marketplace Shopping Center
Land 1(One) Ltd.
Latitude Health, Inc., dba Pearl Health
Lauderhill Corporate Center 18, LLC
Law Department, Humana Inc.
Levine Garfinkel & Katz
Life Radiology
Life Radiology, LLC
Lighthouse RCR I, LLC
Lincoln Harris CSG
LinkedIn
Lockton Companies
Lockton Investment Advisors, LLC
Longpoint Property Group, LLC
Loyola Medicine
Lucescu Realty
Lucescu Realty Asset Services, Inc.
Lyft Healthcare, Inc.
M Three Corp
M. Michael Hanna, D.O., P.A.
M9 Land Investments LLC
MacNeill Group
Manuel Perez-Espinoza, MDPA
Margaret J. Starr, D.O. P.A.
Mark J. Boulris, Esq.
Martin Marenus, D.O., P.A.
MB Land Investments LLC
McKesson
MedCloud Depot, LLC
Medica Healthcare Plans, Inc.
Memorial Hospital West
Memorial Medical Office Building
Mercantil Bank N.A., a National Banking Association f/k/a Mercantil Commercebank N.A. and
f/k/a Commercebank N.A.
Mercator Properties, Inc.
MF Grove Park Owner, LLC
MHS Legal Department
Miami Beach Healthcare Group, Ltd.
Michael D. Morelly, Esq.
Micron USA Management

Mid-Atlantic Investments, Inc.
Millake Healthcare of Lauderhill, LLC
Mohan L. Gupta, MD, PA
Moises Issa and Roberto Fernandez-Blay
Muthusamy Velusamy
NAI Property Management
Navina Technologies, Ltd.
Network Property Management, LLC
New Jersey Innovation Institute, Inc.
New Market-Polo Grounds, LLC
Newcen Communities, Inc.
Northpark Professional Group, LLC
Oaks Center of the Palm Beaches, Ltd.
Optimum HealthCare, Inc.
Oracle America, Inc.
Orlando Rangel, M.D., P.A.
Oscar A. Soto, M.D. P.A.
Page Plaza
Page Plaza Acquisition, LP
Palm Shopping Corp
Pamela Stearns, M.D.
Park Centre Partners, LLC
Patricia A. Kates, Esq.
Pediatric Associates Coral Square
Peter J. Schweitzer & Assoc. Inc.
Physicians Partners Group Puerto Rico, LLC
Physicians Partners Group, LLC
Plaza at Coral Springs, LLC
Polyclinic Health Center Inc
Portairs Partners, LP
PPM Capital, LLC
PR Transal Park, LLC
Preferred Care Network
Preferred Care Network, Inc.
Preferred Care Partners
Preferred Care Partners / Network
Preferred Care Partners, Inc.
Preferred Primary Care, LLC
Premier Family Health, P.A.
Prettelt Center for Family Health, P.A.
Primary Care Holdings II, LLC
Primary Care Partners
Primary Care Physicians of Hollywood, P.L.
PRIME/FRIT Bell Gardens, LLC
Prime/Frit Bell Gardens, LLC - Bell Gardens Marketplace

13

Primestor/FRIT Joint Venture
Primetime Express Services, Inc.
Procare Beltway, LLC
Procare Beltway, LLC dba Procare Primary & Urgent Care
ProCare Mountain Edge, LLC
Promociones 96, Inc.
Pulaski Partners, LLC
Q Holding 13155, LLC
Q Holding East Hialeah, LLC
Q Holding West Kendall, LLC
Q Holdings East Hialeah, LLC
Qualified Title Services, L.L.C.
Rainbow 215 Plaza, LLC
Raul Ayala
Realtec Realty Inc.
Regency Centers
Ric Arcadi
Ricardo S. Delgado. M.D., P.A.
Richard Aguilar, PC
Rio Bravo LLC
Rio Bravo Square
Risk Watchers, Inc.
Risk Watchers, Inc., d/b/a Primary Care Partners
Rita B. Chuang Inc.
Rita B. Chuang MD LLC
Riverchase MSO, LLC
RL Fein, Inc., a Prof. Corp.
Rob Schweitzer
Roetzel & Andress
Saltzman, Tanis, Pittell, Levin & Jacobson, LLC, d/b/a Pediatric Associates
Saltzman, Tanis, Pittell, Levin & Jacobson, LLC, dba Pediatric Associates
SANDY LANE DEVELOPMENT, L.L.C.
Sang D. Tran dba ProCare Medical Center
SBH Management Services, LLC
ScanlanKemperBard Companies, LLC
Schwabe, Williamson & Wyatt, P.C. Pacwest Center
Scott A. Frank, Esq.
Seymour N. Singer, P.A.
Seymour N. Singer, PA
Shoppes at Broward, LLC dba Shoppes at Broward
SHORES LANDING, LLC
Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.
Silver Builders Real Estate Corp.
Silver Law Offices, Inc.
Simply Healthcare Plans, Inc.

14

SJD Holdings LLC
SKS Office Partners, LLC
Skylight Holdings LLC, Lapciuc Group Inc., Precision Center Inc., Mlip LLC, Gables Shops LLC,
West Brickell Properties LLC, West Brickell Properties II LLC, Hemisphere Holdings I LLC
SMGQ Law
Sormi, Inc.
South Broward Hospital District
South Broward Hospital District d/b/a Memorial Healthcare System
South Florida Water Management District
Southeast Retail Group, LLC
Spencer Strawberry, Ltd.
Stadium Corners Shopping Center, LLC
Stanley, Esrey & Buckley, LLP
Sterling Management Group, LLC
Steven J. Cohn MD PA
Strawberry Plaza, LLC
Sunset Square Associates Ltd.
Sunshine Corporate Filing of Florida Inc.
Sunshine Corporate Filing of Florida, Inc.
Superial Account Inc.
SVF Transal Park, LLC
SVN/Walt Arnold Commercial Brokerage, Inc.
Sylvia Gonzalez Perez, Esq.
Syncronys
T Guadalupe Plaza NM, LLC
Taft Medical Realty, LLC
Taitrer Properties LLC
Team Tech Solution Services, Inc.
Tellez & Associates, Ltd.
Tenant Services Group
Test, Aldo
Texas Health Services Authority
THA West River Retail, LLC
The Center Plaza Bldg., Ltd.
The Doctors Office LLC
The Harold S and Monica J Black Revocable Trust
The Lowndes Law Firm
The Medical Center of the Palm Beaches
The Medical Group of South Florida, Inc.
The Praedium Group LLC
The Rotella Group Inc.
The Saguaro Land and Cattle Company
Thomas R. Harbert, Esq. Mateer & Harbert, P.A.
Toibb Enterprises
Total Health Medical Centers, LLC

15

Trail Plaza Shopping Center
Trinity Health-Michigan
TSCG
Ultra Care Medical Centers, LLC
United Healthcare Insurance Company, United Healthcare of Florida Inc., and Other Entities that
are United's Affiliates
United Healthcare of Florida, Inc.
UnitedHealthcare Insurance Company on Behalf of Itself, UnitedHealthcare of Florida, Inc., and the
other entities that are United's Affiliates
UnitedHealthcare Insurance Company, Contracting on Behalf of itself, UnitedHealthcare of Florida,
Inc., and Other Entities that are United's Affiliates
UnitedHealthcare Insurance Company, on Behalf of Itself, UnitedHealthcare of Florida, Inc. and its
Other Affiliates
UnitedHealthcare Network Contract Support
UnitedHealthcare of Florida, Inc.
UnitedHealthcare of Florida, Inc., and Other Entities that are United's Affiliates
UnitedHealthcare Physician Contract Support and Network Depiction
Universal Properties Management USA
University Health Care Bird Road, Inc.
University Health Care Coral Gables
University Health Care Coral Gables, Inc.
University Health Care North Shore, Inc.
University Health Care North Shore, lnc
University Health Care Pharmacy, Inc.
University Health Care West Kendall, Inc.
Urban Retail Properties, LLC
V 3 Capital Group
V 3 Conway Medical, LLC
V&L Investment Group, Inc.
Verdot FL Ventures at Hialeah, LLC
Viva Investment Group LLC
Viva investments LLC
Vordermeier Management Co.
VPRE Real Holdings
VPRE Real, LLC
Walloway Medical Offices
Walloway Medical Offices, LLC
Water's Edge Dermatology / Riverchase Dermatology
Wayne and Novelette Fraser
Wayne J. Fraser
Weingarten Maya Tropicana, LLC
Weingarten Realty
Wellmed Medical Management of Florida, Inc.
Woolbright Development, Inc.
Workday, Inc.

16

WRI J
WRI/Pembroke, Ltd.
WRS Inc Property Management, LLC
Y.S. Saddleback Investor, L.P.
Y.S. Saddleback Investors, L.P.
YABADABADOO 4908 LLC
YAO Partners Group, LLC
Wellcare of Florida, Inc.
BCBS/Florida Blue
Ambetter and Sunshine

## Current Officers and Directors

Mark Kent (CEO)
Eladio Gil (Interim Chief Financial Officer)
Bob Camerlinck (Chief Operating Officer)
Jennifer Hevia (Chief People Officer)
David Armstrong (General Counsel)
Fred Green (Advisor to the CEO)
Dr. Alan Muney (Director)
Kim Rivera (Director)
Alan Muney (Director)
Angel Morales (Director)
Solomon Trujillo (Director)
Dr. Billy Stechschulte (Territory Medical Director)
Dr. Orlando Rangel (Territory Medical Director)

## Current Officers and Directors (include senior management)

Carol Flaton
Patricia Ferrari
Michael Sheehan (Corporate Secretary)

## Debtors Professionals

AlixPartners LLP
Houlihan Lokey
Weil, Gotshal & Manges LLP
ERNST & YOUNG U.S. LLP
KPMG LLP
KCC
Richards, Layton & Finger
KEKST CNC

**Former Officers and Directors (including senior management)**

Amy Charley (Chief Administrative Officer)
Jacqueline Guichelaar (Director)
Dr. Marlow Hernandez (Former CEO)
Brian Koppy (Former CFO)
Dr. Lewis Gold (Former Director)
Elliot Cooperstone (Former Director)
Barry Sternlicht (Former Director)
Dr. Richard Aguilar (Former Chief Medical Officer)
Mark Novell (Former Chief Accounting Officer)
Jason Conger (Former Chief Development Officer)

**Insurance/Insurance Provider/Surety Providers**

Intact Insurance
Twin City Fire Insurance Company
Property & Casualty Insurance Company of Hartford
Hartford Underwriters Insurance Company
Twin City Fire Insurance Company
Hartford Insurance Company of the Midwest
Hartford Underwriters Insurance Company
Beazley (Lloyd's Syndicate 2623/623)
Hartford Fire Insurance Company
Ironshore Specialty Insurance Company
Endurance American Specialty Insurance Company (Sompo)
Chubb
RLI
Berkley
Beazley at Lloyd's of London
Everest National Insurance Company
AXA XL
AIG
QBE
BerkleyPro
RSUI GROUP INC.
Lloyd's of London (Ambridge)
AMERIS BANCORP DBA US PREMIUM FINANCE
NORTHEAST SERIES OF LOCKTON LLC.
American Choice Healthcare, LLC
Convex Insurance UK Ltd.
Westfield Specialty Insurance Company

**Landlords and Parties to Leases**

107 COMMERCIAL PROPERTY LLC
1090 JUPITER PARK LLC
1879 N. STATE ROAD, LLC
1990 N FEDERAL LLC
2003 McCOY ROAD, LLC
211 HOMESTEAD LLC
2380-90 NW 7 STREET LLC
2526 W SLIGH AVE, LLC
2629 W HORIZON RIDGE LLC
2701 EAST ATLANTIC AVE LLC
276 FIFTH AVENUE REALTY CORP.
3 AMIS LLC
3061 COMMERCIAL BLVD LLC
3601 RE HOLDINGS, LLC
4201 PALM AVE II, LLC
4840 MGC, LLC.
5 ACES CAPITAL HIALEAH LAND LLC
528 ALTOS DE MIAMI COMMERCIAL LLC
704 SW ULTRA, LLC
8022 DOWNEY & 605 SANTANA LLC
807 S. PARSONS AVE LLC
AD KHAN PROPERTIES LLC
ADVANCE ENTERPRISE GROUP LLC
AEL INVESTMENTS LTD.
ALBI LYNWOOD INVESTMENTS LLC
ALIGNMENT HEALTH PLAN, INC
ALLSTATE REALTY ASSOCIATES, LLC.
ALYANI,LLC
ANDREAS ELIOPOULOS
APKA INVESTMENTS LLC
AQUA DERMATOLOGY MANAGEMENT, LLC
AVON SQUARE ASSOCIATES,LLC
AW MEMORIAL SOUTH LLC
B & B CASH GROCERY STORES, INC
B&B PROPERTIES OF HILLSBOROUGH, INC
BANDERA ST. CLOUD, LLC
BARCLAY SQUARE ASSOCIATES, LTD
BEACH HOLDING, INC
BELVEN INVESTMENT LLC
BENT PROPERTY TRUST
BIMINI BOUND HOLDINGS, LLC
BLUESCAPE ALTERA FMC , LLC
BOCA ADMIN INC.

BOCACHICA CENTRAL, LLC
BOF FL FLAGLER STATION LLC
BRABANT REALTY AND MANAGEMENT , INC
BRAVE CHURCH OF MIAMI INC
C & O ACQUISITIONS, LLC.
CARLA CASTILLEJO P.A.
CARLISLE NM 2014, L.P.
CCD PR NO 11 LLC
CELIMAR INC
CFLP HEADQUARTERS,LLC
CH3, LLC DBA BOCACHICA CENTRAL LLC
CHANNEL 10 BUSINESS CENTER, LLC
CHMC, LLC
COCONUT SQUARE REALTY CO. LTD.
COMMERCIAL SUNRISE, LLC
COMPREHENSIVE HEALTH INITIATIVE LLC
CONGRESS 1650 LLC
CORAL POINT PLAZA
CORBIN SOUTH LLC
CTP PLAZA LLC
DANIMEN LLC
DE PAZ HOLDINGS INC.
DELAND RETAIL INVESTMENT, LLC
DORIS A. VALOR AS SUCCESSOR TRUSTEE OF
DOVE AVENUE RENTAL PROPERTIES, LTD.
DR.CAMEJO PRIMARY CARE AND WALKIN CLINIC
DREAMS OF FREEDOM LLC
E2 PROPERTIES LLC
EAN PROPERTIES INC
ELCANAR, INC.
ELDORADO MEDICAL CENTER, LLC
ELPARA, INC
EMCHRIS LLC
ESPLANADE MEDICAL CENTER LTD
EWE OFFICE INVESTMENTS XXXVII LTD.
FIOMAR INC
FIOMARKA, LLC
FIRST PRIORITY FUNDING, LLC
FLAGLER S.C., LLC
FLAMINGO KIDS LTD
FRUMENCE LOUISSAINT ITF
GALD BUILDING INC
GEORGE BORDENAVE
GGF PICO RIVERA, LLC
GREENSPOINT INVESTORS, LTD

GROVES MEDICAL PLAZA, LLC
GRUPO MEDICO CRESPO OROZCO PSC
GUADALUPE PLAZA ALBUQUERQUE NM LLC
HALLANDALE INVESTMENTS INC
HANESSA REALTY LLC
HARMON PROPERTIES LLC
HCA DEPOSITOR
HCP CTE LP
HEALTHCARE TRUST OF AMERICA HOLDINGS, LP
HEALTHPEAK PROPERTIES
HEMISPHERE HOLDINGS I LLC
HIGHLAND LAKES MEDICAL CENTER, LLC
HOMESTEAD PLAZA GROUP, LLC
HR OF SARASOTA LLC
HRC HOLDING QOZB, LLC
HTA - AW FLORIDA MEDICAL CENTER EAST LLC
HTA - AW PALMETTO LLC
HUMANA REAL ESTATE COMPANY
INNEX II LLC
ISRAM DELRAY JV LLC
ISRAM DELRAY JV,LLC
J & C PROPERTY MANAGEMENT INC
JAFFA-GODIVA LLC
JBL FLAMINGO PINES LLC
JD REAL ESTATE INC
JMKO, LLC
JOCHE HOLDINGS LLC
JOCHE PPG, LLC
KAHLON CORPORATION LLC
KEVIN INWOOD
KIMCO REALTY CORPORATION
LADYFISH KENDALL LLC
LAGO 2022 LLC
LAKE WORTH DOWNTOWN SHOPS
LAKESIDE CENTER SHOPPES, LLC
LAKEWOOD MARKETPLACE LLC
LAND 1 ONE LTD
LAUDERHILL CORPORATE CENTER 18 LLC
LHC ST CLOUD LLLP
LIGHTHOUSE RCR I LLC
LOYOLA UNIVERSITY HEALTH SYSTEM
LOYOLA UNIVERSITY MEDICAL CENTER
LRF2 ORL GROVE PARK CENTER, LLC
LSG1 EL PARAISO LLC
M-E RETAIL, LLC

M-THREE CORP
M10 LAND INVESTMENTS LLC
MARK KAYLIN
MAX AND CAROLINA PENA
MAX R. PENA
MEDLEY COMMERCIAL CENTER
MEMORIAL HEALTHCARE SYSTEM
MERCATOR PROPERTIES, INC
METROPOLITAN LIFE INSURANCE CO/ TRAIL PLAZA
MIAMI LAKES CORPORATE CENTER, LLC
MID-ATLANTIC INVESTMENTS INC
NADG NNN CH (TX) LP
NEST EGG TRUST LTD
NETWORK PROPERTY MANAGEMENT
NEW GREENLAND HOLDINGS LLC
NEW MARKET POLO GROUNDS LLC
NEW MARKET POLO GROUNDS, LLC
NORTH GABLES BUILDING LLC
NORTHPARK PROFESSIONAL GROUP,LLC
NORTHSIDE CENTRE LLC
OAKS CENTER OF THE PALM BEACHES LLC
ODR FAMILY LLLP
ORANGETHORPE DFWU, LLC
PAGE PLAZA ACQUISITION LP
PALM SHOPPING CORP.
PAMELA STEARNS, M.D P.A
PARK CENTRE PARTNERS LLC
PEDIATRIC ASSOCIATES
PISCIS PROPERTY MANAGEMENT
PMW US HOLDINGS
POMPANO BEACH PLAZA DK LLC
PORTAIRS PARTNERS LP
PPM CAPITAL LLC
PRIMESTOR/FRIT JV, LLC
PROMOCIONES 96 INC.
PULASKI PARTNERS LLC
Q HOLDINGS 13155, LLC
Q HOLDINGS EAST HIALEAH LLC
Q HOLDINGS WEST KENDALL LLC
RAFEL, LLC
RAINBOW 215 PLAZA
RANGEL ENTERPRISE LLC.
RAP MEDICAL CENTER, LLC
RED ROCK SQUARE LLC
REGENCY CENTERS, L.P.

RIO BRAVO SQUARE LLC
RIVER RIDGE CENTER LLC
ROSEWOOD LAND COMPANY
SBH MANAGEMENT SERVICES LLC
SENECA SECURITY HOLDINGS, LLC
SF III PR, LLC
SHOPPES AT BROWARD, LLC
SHORES LANDING LLC
SKMV REALTY, LLC
SMART STAR PROPERTIES, LTD
SORMI,INC.
SOUTH DADE SHOPPING, LLC
SP4 INVESTMENTS LLC
SPENCER STRAWBERRY,LTD
SRA/TAMARAC MEDICAL PLAZA,LLC
STADIUM CORNERS SHOPPING CENTER LLC
STRAWBERRY PLAZA,LLC
SUNBEAM PROPERTIES, INC
SVF HOLDING REAL ESTATE INVESTMENT TRUST
T GUADALUPE PLAZA NM
TAFT MEDICAL REALTY LLC
TAITER PROPERTIES LLC
TEN15 WINTERWOOD, LLC
THA WEST RIVER RETAIL LLC
THE CENTER PLAZA BLDG LTD
THE LAZARO BOUZA FAMILY LIMITED PARTNERS
THEATRE REALTY DBA KENDALL EXECUTIVE CENTER
TRIMANI EDINBURG LLC
TRIPLE S ASSOCIATES
TROPICANA CENTRE LV LLC
TROPICANA PALM PLAZA, LLC
UNIVERSITY SHOPPES SUMMIT LLC
V & L INVESTMENT GROUP, INC
V 3 CAPITAL FUND IV, LLC
VIVA INVESTMENTS GROUP LLC
VPRE REAL HOLDINGS LLC
WALLOWAY MEDICAL OFFICES LLC
WAYNE FRASER
WEINGARTEN REALTY INVESTORS
WELLTOWER OM GROUP LLC
WPB MANAGEMENT LLC
WRI JT PEMBROKE COMMONS, LP
WRI JT TAMIAMI TRAIL, LP
WWX2 LIMITED, LLC
YAO PARTNERS GROUP LLC

YS SADDLEBACK INVESTORS LP
ZURBANO-CHRISTOPH, LLC

**Lenders**

Anchorage Capital, L.L.C-FM
Allianz Investment Management LLC
AlphaSimplex Group LLC
AlphaSimplex Group LLC
Anchorage Capital, L.L.C-FM
Arini Capital
Arini Credit Master Fund Limited
Assurant CLO Management, LLC
Ballyrock Investment Advisors LLC
Barclays Bank Plc-Fd Mgr
Barclays Bank PLC-FD MGR
Birch Grove Capital LP -FM
BlackRock Financial Management, Inc.
BlackRock Fund Advisors
BlackRock Investment Management (UK) Ltd.
Bluemountain Cap Mgmt (a/k/a Assured Investment Mgmt. LLC)
Bluemountain Fuji Management LLC
Capital Four US INC
Carlyle Investment Management, LLC. US Lev. Finan
CBAM Partners LLC
Churchill Financial LLC - FM
CQS (UK) LLP
Credit Suisse
Diameter Capital Partners LP
Eaton Vance
Fidelity Institutional Asset Management
Fidelity Investments- FM
Fidelity Management & Research Co. LLC
Fir Tree
Five Arrows Managers LLP
Generate Advisors LLC
Goldman Sachs Bank USA
Insight Investment Management (Global) Ltd.
Insight North America LLC
Invesco Capital Management LLC
JP Morgan Chase
JPMorgan Investment Management, Inc.
Lord, Abbett & Co. LLC
Manulife Investment Management (US) LLC
Marathon Asset Management

Metropolitan West Asset Management LLC
MJX Asset Management, LLC - Fund Manager
Monroe Capital Advisors LLC- FM
Monroe Capital Management LLC
Morgan Stanley (unsecured noteholder/administrative agent)
Morgan Stanley Broker/Dealer
Morgan Stanley Eaton Vance CLO Manager LLC
Morgan Stanley Investment Management Inc.
Morgan Stanley Investment Management, Inc.
Neuberger Berman Investment Advisers LLC - FM
Northern Trust Investments, Inc.(Investment Management)
Nut Tree Capital Management LP
Polen Capital
Principal Global Investors LLC
Rubicon (Term Loan Lender)
Sound Point Capital Management, LP- FM
Squarepoint Ops LLC
SSgA Funds Management, Inc.
TCW Asset Management Co. LLC
TCW Asset Management Company
TCW Group  FM
TCW Investment Management Co LLC
THL Credit, Inc.
Trimaran Advisors LLC
UBS Investment Bank
Wellington Management Company, LLP
Western Asset Management Co. LLC
York Capital Management, L.P.-Fund Manager
D.E. Shaw

**List of the Creditors Holding the Top 100 Largest Unsecured Claims**

CD SUPPORT LLC
NORTHEAST SERIES OF LOCKTON LLC.
SECOND WAVE DELIVERY SYSTEMS, LLC
PREFERRED CARE PARTNERS INC.
MEDCLOUD DEPOT LLC.
THE SIEGFRIED GROUP, LLP
CUSHMAN & WAKEFIELD, INC.
TRUESHORE BPO, LLC
NAVINA TECHNOLOGIES LTD
ENTERPRISE FM TRUST
ECLINICAL WORKS, LLC
RAPID7 LLC
BOF FL FLAGLER STATION LLC

LABATON SUCHAROW LLP
Fifth Third Bank
SALESFORCE.COM, INC
ANGELES FOOD CORP
LYFT, INC.
2380-90 NW 7 STREET LLC
107 COMMERCIAL PROPERTY LLC
THE WELLNESS CIRCLE
CORAL REEF MEDICAL GROUP LLC
MILLIMAN INC
VPRE REAL HOLDINGS LLC
ANDREAS ELIOPOULOS
ATT
BDO USA,LLP
REGENCY CENTERS, L.P.
TEAM TECH SOLUTION SERVICES INC
WB MASON CO. INC.
CCD PR NO 11 LLC
M10 LAND INVESTMENTS LLC
PAGE PLAZA ACQUISITION LP
MOODY'S INVESTORS SERVICE
2526 W SLIGH AVE, LLC
PRIMETIME EXPRESS SERVICES INC
DE PAZ HOLDINGS INC.
LIGHTBEAM HEALTH SOLUTIONS INC
PMW US HOLDINGS
FPL
1879 N. STATE ROAD, LLC
SPENCER STRAWBERRY,LTD
DATASITE LLC
JD REAL ESTATE INC
SENECA SECURITY HOLDINGS, LLC
COMCAST
ADP INC
HUMANA REAL ESTATE COMPANY
SKMV REALTY, LLC
BEACH HOLDING, INC
LAKESIDE CENTER SHOPPES, LLC
WAKELY CONSULTING GROUP, LLC
COMPUDILE INC
HEALTHY CAR WASH CORP
Q HOLDINGS EAST HIALEAH LLC
ORACLE AMERICA INC
CARLISLE NM 2014, L.P.
SAFETY CULTURE PTY LTD

AMERICAN FUEL SERVICES CORP
DATALINK SERVICE FUND SOLUTIONS, LLC
HEWLETT-PACKARD
FIRST PRIORITY FUNDING, LLC
PULASKI PARTNERS LLC
FLAMINGO KIDS LTD
MEDLINE INDUSTRIES LP
GREENSPOINT INVESTORS, LTD
HOMESTEAD PLAZA GROUP, LLC
TROPICANA PALM PLAZA, LLC
FIVE9 INC.
WRI JT PEMBROKE COMMONS, LP
DATAINSIGHTSPRO
KROLL, LLC
ALIGHT SOLUTIONS LLC
CONTRACT LOGIX LLC
RAINBOW 215 PLAZA
ODR FAMILY LLLP
M-E RETAIL, LLC
HALO SERVICE SOLUTIONS LTD
RIO BRAVO SQUARE LLC
VAXCARE, LLC
STRAWBERRY PLAZA,LLC
D&G TOTAL VISION GROUP
NETWORK PROPERTY MANAGEMENT
LHC ST CLOUD LLLP
CREATIVE CATERING BY MONA'S CAFE
GOODWIN PROCTER LLP
PRIMESTOR/FRIT JV, LLC
RED ROCK SQUARE LLC
NADG NNN CH (TX) LP
UNIVERSITY SHOPPES SUMMIT LLC
TEN15 WINTERWOOD, LLC
DONNELLEY FINANCIAL, LLC
GALD BUILDING INC
THE HARTFORD
BEST OFFICE COFFEE SERVICE, INC.
GUADALUPE PLAZA ALBUQUERQUE NM LLC
BARLOP BUSINESS SYSTEMS CH11
COCONUT SQUARE REALTY CO. LTD.

**List of the Creditors Holding the Top 50 Largest Unsecured Claims**

CD SUPPORT LLC
SECOND WAVE DELIVERY SYSTEMS, LLC

THE WELLNESS CIRCLE
AMERISOURCEBERGEN DRUG CORP 100084281
FIFTH THIRD EQUIPMENT FINANCE
CUSHMAN & WAKEFIELD, INC.
MEDCLOUD DEPOT LLC.
AMERISOURCEBERGEN DRUG CORP 100127579
LABATON SUCHAROW LLP
NAVINA TECHNOLOGIES LTD
INNOVATION ASSOCIATES, INC DBA IA
TRUESHORE BPO, LLC
FIFTH THIRD BANK
EPSTEIN BECKER & GREEN, P.C.
LYFT, INC.
ECLINICAL WORKS, LLC
THE HARTFORD
RAPID7 LLC
ANGELES FOOD CORP
MORGAN, LEWIS & BOCKIUS LLP
ENTERPRISE FM TRUST
ATT
DATAINSIGHTSPRO
FPL
DATASITE LLC
REGENCY CENTERS, L.P.
COMCAST
AMERICAN FUEL SERVICES CORP
PRIMETIME EXPRESS SERVICES INC
WORKDAY INC.
TEAM TECH SOLUTION SERVICES INC
107 COMMERCIAL PROPERTY LLC
2380-90 NW 7 STREET LLC
COMPUDILE INC
S&P GLOBAL RATINGS
ADP INC
WB MASON CO. INC.
DEVOTED HEALTH PLAN OF FLORIDA, INC
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
VPRE REAL HOLDINGS LLC
ANDREAS ELIOPOULOS
GOODWIN PROCTER LLP
LUMA HEALTH TECHNOLOGIES
DONNELLEY FINANCIAL, LLC
ORACLE AMERICA INC
FIVE9 INC.

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

Yunet Rodriguez
Maria Hernandez
Maria C. Ruiz
The TWC Center, LLC
Gina Portilla
Virginia Schmidt
All Care to you, LLC
Maria C. Ruiz
Maria Castellon
Maria Sierra
Nancy Silva
Richard Clark
Tomas Arrillaga
David Rodriguez
Pedro Fee
Jorge Del Rio
Theresa Ramsay
Maria E Arguelles
Jennifer Shaw
Ana Hernandez
Dr. Kuye v. Cano Health of Texas
Maria Hernandez
Jesus Cruz
Andrea C. Montero Gadea
Jose Gamarra
Pamela Rousenville
Diane Fletcher
Rafaela Perez
Juan R. Cespedes
Stephen Brown
Dr. Hitesh Goel
Dr. Alex Rosen
Ricardo Martinez
Jeffery Walter Dorsett
Belinda Gonzalez
Arcadia Villegas de Alvarado
Wetzel v. Cano Health;Hizkil
In re Jurskis v. Cano Health; Kenney
Glenda Urguelles
Maria Elena Ojeda Musibay, personal rep. of the Estate of Leon Cabrera Ortiz; Miley Cabrera &
    Giselle Cabrera
Giuseppe Decandia
Daisy Falcon

Delia M. Colon
Martha Garcia Fonseca
Fallon Dragich
Emilio simon Garcia
Jennifer Shaw
Alfredo T. Ulloa
Orange Accountable Care Organization v. Genuine Health ACO, LLC ET AL
Carlos Gonzalez
Abraham Leonorovitz, Aaron Knobel, and K&L Marketing, Inc.
Beautiful PPC, LLC dba Personal Physician Care
Lakeside Shopping Center
107 Commercial property
CCD PR No. 11
First Priority Funding
SKMV Realty
HTA-AW Palmetto, LLC
1879 N. State Road, LLC
NADG NNN CH (TX), LP.
Alberto Gonzales
Neisa Calzada

**Non-Debtor Professionals**

Akin, Gump, Strauss, Hauer & Feld LLP (Polen Capital and Arini Capital)
Davis Polk & Wardwell LLP
Gibson, Dunn & Crutcher LLP
Proskauer Rose LLP
White & Case LLP
Evercore
Berkeley Research Group, LLC
Freshfields
Potter Anderson & Corroon LLP

**Non-Debtors**

Cano Health Texas Network, LLC
Orange Care Management Services Organization LLC
CHC Provider Network
Cano Health California PC
Cano Health Illinois PLLC
Cano Health Texas, PLLC
Cano Health Nevada, PLLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**

PACHULSKI STANG ZIEHL & JONES LLP

**Notice of Appearance Parties**

Gibson, Dunn & Crutcher LLP (counsel to the ad hoc first lien group)
Pachulski, Stang, Ziehl & Jones LLP (counsel to the ad hoc first lien group)
Bexar County (TX)
Wilmington Savings Fund Society, FSB, as Administrative Agent
Fifth Third Bank
Kimco Realty Corporation
U.S. Bank Trust Company National Association, as Indenture Trustee
Nueces County (TX)
Hidalgo County (TX)
Cameron County (TX)
ShopCore Properties
Brownsville Independent School District
Credit Suisse AG, Cayman Island Branch
Houston ISD / Houston Independent School Board
Atlantic Specialty Insurance Company

**Ordinary Course Professionals**

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
STEIN MITCHELL BEATO & MISSNER LLP
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
BAUDINO LAW GROUP, PLC
EPSTEIN BECKER & GREEN, P.C.
FTI CONSULTING GROUP,INC
MCDERMOTT WILL & EMERY
MORGAN, LEWIS & BOCKIUS LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP
STEIN MITCHELL BEATO & MISSNER LLP
MCDERMOTT WILL & EMERY
Bai Security Inc.
Broadridge Ics
Cole, Scott & Kissane P.A.
Continental Stock Transfer & Trust
Corporate Election Services Inc.
CT Corporation Legal Serv
Diligent Corporation
Donnelley Financial, LLC
First Coast Results Inc
Fisher & Phillips Llp

31

Hinshaw & Culbertson Llp
Mackenzie Partners,Inc.
Mediant Communications Inc.
Navex Global
Stearns Weaver Miller Weissler Alhadeff & Sitterson Pa
Thomson Reuters West
Verify Comply

**Regulatory and Government (Federal, State, and Local)**

AGENCY FOR HEALTH CARE ADMINISTRATION
BOARD OF MASSAGE THERAPY
CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
CAYAN LLC
CDPH-RADIOLOGIC HEALTH BRANCH
CITY OF PLANTATION-PARKS AND RECREATION
CLARK COUNTY BUSINESS LICENSE
CLIA LABORATORY PROGRAM
DELRAY BEACH FIRE RESCUE
DEPARTMENT OF HEALTH IN HILLSBOROUGH COUNTY
DEPARTMENT OF HEALTH IN PALM BEACH COUNTY
DEPT OF HEALTH BUREAU OF RADIATION CONTROL
DEPT. OF HEALTH IN PINELLAS COUNTY ENVIRONMENTAL HEALTH SECTION
DOH XRAY REGISTRATION
FLORIDA DEPARTMENT OF HEALTH IN MARION COUNTY
FLORIDA DEPARTMENT OF HEALTH IN ORANGE COUNTY
FLORIDA DEPARTMENT OF HEALTH IN PALM BEACH COUNTY
MIAMI-DADE FIRE RESCUE DEPARTMENT
MIAMI-DADE POLICE DEPT
PEMBROKE PINES, FALSE ALARM REDUCTION PROGRAM
SECURITY AND EXCHANGE COMMISSION
VERIFY COMPLY

**Significant Shareholders**

Dr. Richard Aguilar
Dr. Marlow Hernandez
ITC Rumba, LLC
Elliot Cooperstone
D. E. Shaw Galvanic Portfolios, L.L.C.
D. E. Shaw Manager II, L.L.C.
D. E. Shaw Adviser II, L.L.C.
D. E. Shaw & Co., L.L.C.
D. E. Shaw & Co., L.P.
David E. Shaw

Barry S. Sternlicht
Robert Camerlinck
BlackRock, Inc.
JPMORGAN CHASE & CO.
Millennium Management LLC
Millennium Group Management LLC
Israel A. Englander
Capital World Investors
The Vanguard Group
Zazove Associates, LLC
Barclays Capital, Inc.
Ionic Capital Management, LLC
TD Cowen and Co., LLC
BlackRock Advisors, LLC
Alpha Wave Global, L.P.
Davidson Kempner Capital Management, L.P.
Walleye Capital, LLC
Josh Arnold Investment Consultant, LLC
BlackRock Investment Management (U.K.), LTD
D.E. Shaw & Company, L.P.
Context Capital Management, LLC
The Harbor Group, Inc.
Aljian Capital Management
PenderFund Capital Management, LTD
Diameter Capital Partners LP
Mark Kent
Solomon Trujillo
Angel Morales

### **Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**

BEXAR COUNTY TAX ASSESSOR-COLLECTOR
BREVARD COUNTY TAX COLLECTOR
BROWARD COUNTY TAX COLLECTOR
CAMERON COUNTY TAX OFFICE
CITY OF LAKELAND BUSINESS TAX OFFICE
CLARK COUNTY ASSESSOR
DAVID W. JORDAN, LAKE COUNTY TAX COLLECTOR
DELAWARE SECRETARY OF STATE FRANCHISE TAX FILING
HIDALGO COUNTY TAX OFFICE
MIAMI DADE COUNTY TAX COLLECTOR
NANCY C. MILLAN, TAX COLLECTOR
NEW YORK STATE
NUECES COUNTY TAX ASSESOR-COLLECTOR
OSCEOLA COUNTY TAX COLLECTOR

PALM BEACH COUNTY
STATE COMPTROLLER
STATE OF CALIFORNIA FRANCHISE TAX BOARD
STATE OF NEW JERSEY
TAX COLLECTOR, PBC
CITY OF AVENTURA
CITY OF BELLFLOWER
CITY OF CLERMONT
CITY OF CORAL GABLES- FINANCE DEPT. COLLECTION DIVISION
CITY OF DANIA BEACH
CITY OF FORT LAUDERDALE
CITY OF GREENACRES
CITY OF HENDERSON
CITY OF HOLLYWOOD
CITY OF LAS VEGAS
CITY OF LAUDERDALE LAKES
CITY OF LAUDERHILL
CITY OF MARGATE
CITY OF MIAMI
CITY OF MIAMI GARDENS
CITY OF NORTH MIAMI BEACH
CITY OF PALM BEACH GARDENS
CITY OF PEMBROKE PINES
CITY OF SAN ANTONIO
CITY OF TAMARAC
CITY OF TAMPA
DEPT OF BUSINESS AND PROFESSIONAL REGULATION
FL DEPT OF HEALTH BIOMEDICAL WASTE
FL DEPT OF HEALTH-BROWARD COUNTY
MIAMI-DADE COUNTY FINANCE DEPARTMENT
ORANGE COUNTY TAX COLLECTOR
THE CITY OF DELRAY BEACH
THE CITY OF PLANTATION
TOWN OF MEDLEY
VILLAGE OF ROYAL PALM BEACH
VOLUSIA COUNTY HEALTH DEPARTMENT
BERNALILLO COUNTY ASSESSOR
BEXAR COUNTY APPRAISER
BREVARD COUNTY APPRAISER
BROWARD COUNTY APPRAISER
CALIFORNIA FRANCHISE TAX BOARD
CAMERON COUNTY APPRAISER
CLARK COUNTY (NV)
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE
DIRECTOR OF FINANCE, MUNICIPAL LICENSE TAX DIVISION

FLORIDA DEPARTMENT OF REVENUE
HIDALGO COUNTY APPRAISER
HILLSBOROUGH COUNTY APPRAISER
ILLINOIS DEPARTMENT OF REVENUE
LAKE COUNTY APPRAISER
MARION COUNTY APPRAISER
MIAMI-DADE COUNTY APPRAISER
NEVADA DEPARTMENT OF TAXATION, COMMERCE TAX TEAM
NEW MEXICO TAXATION AND REVENUE DEPARTMENT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NUECES COUNTY APPRAISER
ORANGE COUNTY APPRAISER
OSCEOLA COUNTY APPRAISER
PALM BEACH COUNTY APPRAISER
PINELLAS COUNTY APPRAISER
POLK COUNTY APPRAISER
STATE OF NEW JERSEY, DIVISION OF TAXATION
VOLUSIA COUNTY APPRAISER

**U.S. Attorneys Office for the District of Delaware**

David Weiss

**UCC Lien Search Results**

Fifth Third Bank
CIT Bank, N.A.
Hewlett-Packard Financial Services Company
Credit Suisse AG, Cayman Islands Branch, as Administrative Agent
South Dade Shopping, LLC
Verdant Commercial Capital, LLC
C T Corporation System, as Representative
JPMorgan Chase Bank, N.A., as Administrative Agent
Concur Technologies, Inc.
Candelaria Diaz
Nicholas Financial, Inc.
Midland Funding LLC
Midland Credit Management, Inc.
Asset Acceptance, LLC
National Revenue Service, Inc.
Portfolio Recovery Associates, LLC
Cavalry SPV II LLC
Cavalry SPV I LLC
Nicholas Financial, Inc.
Hector Morales

Katherine Wrenfro
Abraham Leonorovitz
Giuseppe DeCandia
Daisy Falcon
Martha Fonseca Garcia
Maria Hernandez
Maria C. Ruiz Sori
Yunet Rodriguez
CD Support LLC
MSP Recovery, LLC
Alberto Gonzalez
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
HITACHI CAPITAL AMERICA CORP.
SAXON BUSINESS SYSTEMS
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
PARTNERS CAPITAL FINANCIAL SERVICES
PARTNERS CAPITAL FINANCIAL SERVICES
PARTNERS CAPITAL FINANCIAL SERVICES
BRYN MAWR EQUIPMENT FINANCE, INC.
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
LEONOROVITZ, ABRAHAM; ET AL.
GARCIA FONSECA, MARTHA
HERNANDEZ, MARIA
HERNANDEZ, MARIA
DIAZ, CANDELARIA
CAVALRY (SPV) I (LLC)
PORTFOLIO RECOVERY ASSOC (LLC)
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
PEMBROKE AGENT LLC, AS ADMINISTRATIVE AGENT
BLUE RIDGE FINANCIAL, LLC
BLUE RIDGE FINANCIAL, LLC; HITACHI CAPITAL AMERICA CORP.
AMERICORP FINANCIAL, LLC
AMERISOURCEBERGEN DRUG CORPORATION
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
CORAL REEF MEDICAL GROUP LLC
MCKESSON CORPORATION
MCKESSON CORPORATION
MCKESSON CORPORATION
JPMORGAN CHASE BANK, NA

JPMORGAN CHASE BANK, NA
MCKESSON CORPORATION
MCKESSON CORPORATION
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
PEMBROKE AGENT LLC, AS ADMINISTRATIVE AGENT
PEMBROKE AGENT LLC, AS ADMINISTRATIVE AGENT
ASD SPECIALTY HEALTHCARE, LLC
LEONOROVITZ, ABRAHAM; ET AL.
GCI 2017-A LLC
GCI 2017-A LLC
GCI 2017-B, LLC
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
SATURN FUNDING, LLC
GCI 2017-A LLC
GCI 2017-B LLC
LEONOROVITZ, ABRAHAM; ET AL.
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
PENNANTPARK INVESTMENT ADMINISTRATION, LLC, AS ADMINISTRATIVE AGENT
PENNANTPARK INVESTMENT ADMINISTRATION, LLC, AS ADMINISTRATIVE AGENT
GCI 2015-A LLC
ASD SPECIALTY HEALTHCARE, LLC

**United States Trustee and Staff of the District of Delaware**

Andrew R. Vara, U.S. Trustee
Joseph McMahon, Assistant U.S. Trustee
Lauren Attix, Paralegal Specialist
Linda Casey, Trial Attorney
Joseph Cudia, Trial Attorney
Holly Dice, Auditor (Bankruptcy)
Shakima L. Dortch, Paralegal Specialist
Timothy J. Fox, Jr. , Trial Attorney
Diane Giordano, Bankruptcy Analyst
Christine Green, Paralegal Specialist
Benjamin Hackman, Trial Attorney
Nyanquoi Jones, Auditor (Bankruptcy)
Jane Leamy, Trial Attorney
Jonathan Lipshie, Trial Attorney
Hannah M. McCollum, Trial Attorney
Jonathan Nyaku, Auditor (Bankruptcy)
James R. O'Malley, Auditor (Bankruptcy)
Linda Richenderfer, Trial Attorney
Juliet Sarkessian, Trial Attorney
Richard Schepacarter, Trial Attorney

Edith A. Serrano, Paralegal Specialist
Rosa Sierra-Fox, Trial Attorney
Dion Wynn, Paralegal Specialist
Joanne E. Clausen, Regional - Staff Secretary
Dianne P. Dugan, Regional Staff - Administrative Officer

**Utility Providers/Utility Brokers**

4VOICE LLC
ADVANTAGE MEDICAL WASTE SOLUTIONS, LLC
ANSWERING SPECIALISTS, INC
ANSWERING UNLIMITED CORP
ASTOUND BUSINESS SOLUTIONS
ATT
BROADVOICE
BROWARD COUNTY WATER & WASTEWATER SERVICES
BROWNSVILLE PUB
CENTURYLINK
CITY OF AVON PARK
CITY OF CHICAGO
CITY OF CORPUS CHRISTI
CITY OF DEERFIELD BEACH
CITY OF DELAND
CITY OF EDINBURG
CITY OF FORT MYERS
CITY OF FULLERTON
CITY OF HARLINGEN
CITY OF HIALEAH WATER
CITY OF HOMESTEAD HPS
CITY OF LAKE WORTH
CITY OF LAKELAND - UTILITIES
CITY OF NORTH LAS VEGAS
CITY OF OCALA
CITY OF PALM BAY
CITY OF POMPANO BEACH
CITY OF SANTA ANA
CITY OF ST CLOUD
CITY OF SUNRISE
CITY OF TAMPA UTILITIES
COASTAL WASTE & RECYCLING INC.
COMCAST
COMED AND EXELON COMPANY
COOPPA INC
CORPORATE SERVICES CONSULTANTS LLC
COX BUSINESS

CPS ENERGY
CR&R, INC.
CROWN CASTLE FIBER LLC
DEPARTMENT OF SOLID WASTE MANAGEMENT
DING A LING ANSWERING SERVICE
DISH NETWORK
DUKE ENERGY
FIVE9 INC.
FLOOD BROTHERS DISPOSAL RECYCLING SERVICES
FLORIDA CITY GAS
FPL
FRONTIER
GOLDEN STATE WATER COMPANY
GOSHARPS, LLC
HARRIS CO MUD #70
HILLSBOROUGH COUNTY FLORIDA BOCC
HILLSBOROUGH COUNTY TAX COLLECTOR
IPFONE
JJ'S WASTE & RECYCLING
KISSIMMEE UTILITY AUTHORITY
LAKELAND ELECTRIC
MAGICWASTE MANAGEMENT CORP
MANATEE COUNTY UTILITIES DEPARTMENT
MCALLEN PUBLIC UTILITY
MEDICAL WASTE MANAGEMENT
MIAMI DADE COUNTY STORMWATER UTILITY
MIAMI-DADE WATER & SEWER DEP
NET2PHONE, INC
NEW MEXICO GAS COMPANY
NOTIFYMD
NV ENERGY
ORANGE COUNTY UTILITIES
ORLANDO UTILITIES COMMISSION
ORSINI IT LLC
PALM BEACH COUNTY WATER UTILITIES DEPT.
PEOPLES GAS
PINELLAS COUNTY
PNM
RELIANT, DEPT 0954
REPUBLIC SERVICES INC #620
RETARUS INC
RINGCENTRAL, INC.
SAN ANTONIO WATER SYSTEM
SECO ENERGY
SIGNIUS COMMUNICATIONS

SIGNIUS COMMUNICATIONS
SOCALGAS
SOUTHERN CALIFORNIA EDISON
SOUTHWEST GAS
SPECTRUM BUSINESS
STERICYCLE INC 8302067
TECO
TEXAS DISPOSAL SYSTEMS
TEXAS GAS SERVICE
TEXTLINE, INC.
TIGER SANITATION
T-MOBILE USA INC.
TOHO WATER AUTHORITY
TRILOGY MEDWASTE
VERIZON WIRELESS
VILLAGE OF PALM SPRINGS
WASTE MANAGEMENT OF FLORIDA
WASTE PRO OF FLORIDA, INC

**Vendors/Suppliers**

ASCENDO RESOURCES
CHANGE HEALTHCARE
CTS SOFTWARE
PORTAIRS PARTNERS LP
BENT PROPERTY TRUST
2003 McCOY ROAD, LLC
4201 PALM AVE II, LLC
TAFT MEDICAL REALTY LLC
WALLOWAY MEDICAL OFFICES LLC
COMPREHENSIVE HEALTH INITIATIVE LLC
TRILOGY MEDWASTE
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA
WRI JT TAMIAMI TRAIL, LP
CLINSEARCH INC.
211 HOMESTEAD LLC
GROVES MEDICAL PLAZA, LLC
HTA - AW PALMETTO LLC
8022 DOWNEY & 605 SANTANA LLC
SVF HOLDING REAL ESTATE INVESTMENT TRUST
DOCUSIGN, INC
ORANGETHORPE DFWU, LLC
NEW GREENLAND HOLDINGS LLC
BAI SECURITY INC
WEINGARTEN REALTY INVESTORS

ETRADE FINANCIAL CORPORATE SERVICES INC.
J & C PROPERTY MANAGEMENT INC
TRIPLE S ASSOCIATES
1990 N FEDERAL LLC
LAND 1 ONE LTD
ELDORADO MEDICAL CENTER, LLC
276 FIFTH AVENUE REALTY CORP.
B & B CASH GROCERY STORES, INC
WWX2 LIMITED, LLC
HEMISPHERE HOLDINGS I LLC
CHECK POINT SOFTWARE TECHNOLOGIES INC
KIMCO REALTY CORPORATION
LSG1 EL PARAISO LLC
VERIZON WIRELESS
ALIGNMENT HEALTH PLAN, INC
RAP MEDICAL CENTER, LLC
528 ALTOS DE MIAMI COMMERCIAL LLC
PARK CENTRE PARTNERS LLC
ATMOSPHERE COMMERCIAL INTERIORS, LLC.
Q HOLDINGS WEST KENDALL LLC
Q HOLDINGS 13155, LLC
LRF2 ORL GROVE PARK CENTER, LLC
ALYANI,LLC
AUDACIOUS INQUIRY, LLC
VIRTUWORK INC
ALL CARE TO YOU ,LLC
LUCTO FIRE SPRINKLER CORPORATION
GRANT THORNTON LLP
M-THREE CORP
MP PARKING
2701 EAST ATLANTIC AVE LLC
KNOWBE4 INC.
COX BUSINESS
HCP CTE LP
SOUTH DADE SHOPPING, LLC
1090 JUPITER PARK LLC
PROVIDER'S CHOICE SCRIBE SERVICES
AVON SQUARE ASSOCIATES,LLC
SIGNIUS COMMUNICATIONS
EMPLOYMENT BACKGROUND INVESTIGATIONS, LLC
T-MOBILE USA INC.
MIAMI-DADE WATER & SEWER DEP
ADVANCE ENTERPRISE GROUP LLC
AIRGAS USA, LLC.
FREDERIC W. COOK & CO., INC

EAN PROPERTIES INC
MARCUM LLP
GURU BILLERS INC
CENTURYLINK
YS SADDLEBACK INVESTORS LP
LAKEWOOD MARKETPLACE LLC
ICIMS, INC.
MICHELE MORRISON INTERNAL MEDICINE INC
LADYFISH KENDALL LLC
BIMINI BOUND HOLDINGS, LLC
CIT
SHOPPES AT BROWARD, LLC
CROWN CASTLE FIBER LLC
BIOVENTUS LLC
CONGRESS 1650 LLC
3 AMIS LLC
CONSILIO LLC
RINGCENTRAL, INC.
MIAMI LAKES CORPORATE CENTER, LLC
AW MEMORIAL SOUTH LLC
VERDANT COMMERCIAL CAPITAL
MID-ATLANTIC INVESTMENTS INC
THE CENTER PLAZA BLDG LTD
2629 W HORIZON RIDGE LLC
KAHLON CORPORATION LLC
LEVISA ADVERTISING INC
ESPLANADE MEDICAL CENTER LTD
B&B PROPERTIES OF HILLSBOROUGH, INC
WPB MANAGEMENT LLC
SOL DE BORINQUEN BAKERY
PPM CAPITAL LLC
LINKEDIN CORPORATION
PISCIS PROPERTY MANAGEMENT
MINTZ GROUP LLC
CARLA CASTILLEJO P.A.
GEORGE BORDENAVE
CHANNEL 10 BUSINESS CENTER, LLC
RELIANT, DEPT 0954
SPECTRUM BUSINESS
DOCTORFARE, INC
PERSIVIA , INC
WORKDAY INC.
4840 MGC, LLC.
PALM SHOPPING CORP.
PROMOCIONES 96 INC.

RED SAIL TECHNOLOGIES LLC
ROSEWOOD LAND COMPANY
NUANCE COMMUNICATIONS, INC.
COLE, SCOTT & KISSANE P.A.
HCA DEPOSITOR
KONICA MINOLTA
RANGEL ENTERPRISE LLC.
JORGE L. ACOSTA, M.D.
LAUDERHILL CORPORATE CENTER 18 LLC
ANTHONY J RANDAZZO JR
V & L INVESTMENT GROUP, INC
ESCREEN INC
NORTHSIDE CENTRE LLC
MEMORIAL HEALTHCARE SYSTEM
OAKS CENTER OF THE PALM BEACHES LLC
DOCCAFE
ITE DATACOM LLC
HALLANDALE INVESTMENTS INC
CCA FINANCIAL LLC
FIOMARKA, LLC
TAITER PROPERTIES LLC
VALET PARKING 4 YOU
CONTINENTAL STOCK TRANSFER & TRUST
3061 COMMERCIAL BLVD LLC
PLAYFLY HOLDINGS, LLC
V 3 CAPITAL FUND IV, LLC
GREENWAY HEALTH LLC
BARCLAY SQUARE ASSOCIATES, LTD
NEST EGG TRUST LTD
BOCA ADMIN INC.
SHORES LANDING LLC
TECO
ALL STATES M.E.D.
HANESSA REALTY LLC
NORTHPARK PROFESSIONAL GROUP,LLC
BRABANT REALTY AND MANAGEMENT , INC
LEAF CAPITAL FUNDING LLC
LAKE WORTH DOWNTOWN SHOPS
VISUAL EDGE IT INC.
HTA - AW FLORIDA MEDICAL CENTER EAST LLC
MITCHELL E LIPTON MD PC
HEALTH RECOVERY SOLUTIONS, INC
HR OF SARASOTA LLC
ANDREA M SOSA MELO
DR.CAMEJO PRIMARY CARE AND WALKIN CLINIC

INTEGRAL RX
WASTE MANAGEMENT OF FLORIDA
NEW MARKET POLO GROUNDS LLC
PAMELA STEARNS, M.D P.A
PROPIO LS LLC
ALLSTATE REALTY ASSOCIATES, LLC.
MANIFEST MEDEX
ALBI LYNWOOD INVESTMENTS LLC
BRAND-IT-MEDIA INC

**SCHEDULE 2**

**Cano Health, Inc.,** *et al.*
**KPMG CONNECTIONS**

**Debtors**

Cano Health, Inc.
Primary Care (ITC) Intermediate Holdings, LLC
Cano Health, LLC
Cano Health of Puerto Rico LLC
Orange Healthcare Administration LLC
Orange Care Group South Florida Management Services Organization, LLC
Orange Care IPA of New York LLC
Orange Care IPA of New Jersey LLC
Total Care ACO LLC
Physicians Partners Group Puerto Rico, LLC
Physicians Partners Group of FL, LLC
PPG Puerto Rico Blocker, Inc.
Physicians Partners Group Puerto Rico, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**

Orange Care IPA, LLC
Belen Medical Centers,
Healthy Partners,
University Health Care
Serenity Community Mental Health Center
Cano Health California Network, LLC

**Ad Hoc First Lien Group Professionals and Members**

Gibson, Dunn & Crutcher LLP
Pachulski, Stang, Ziehl & Jones LLP
Anchorage Capital Advisors, L.P.
Carlyle Investment Management LLC
D. E. Shaw Galvanic Portfolios, L.L.C.
Diameter Capital Partners LP, on behalf of one or more investment funds
Eaton Vance Management &
Boston Management and Research
Fidelity Management & Research Company LLC, on behalf of certain funds and accounts
managed or advised by it and/or its affiliate
Funds managed and/or advised by Squarepoint Ops LLC
Nut Tree Capital Management, LP
Rubicon Credit Holdings LLC
Sound Point Capital Management, L.P.

**Affiliation of Current Officers and Directors (include senior management)**

Cigna Corp.
Total Health and Network
SelectQuote, Inc.
Bain & Company
New Enterprise Associates
Pritzker Private Capital
Arsenal Capital Partners
Equity Healthcare
The Blackstone Group
Team Health Holdings Inc
OneTrust LLC
Hewlett-Packard Company/ HP Inc.
Thomson Reuters
Cisco Systems, Inc.
Avance Investment Management
Trujillo Group Investments, LLC
Western Union
Bain & Company, Inc.,
Healthy Partners, Inc.
Promise Healthcare, Inc.
Kaiser Permanente, Inc.
GreenStone Farm Credit Services
BlueCross BlueShield of Michigan, an independent licensee of Blue Cross Blue Shield
Association
Michigan Economic Development Corp.
Unitversity of Miami
Jackson Health System
Total Health Medical Centers
Women's Health Care Hospital in Evansville
Your Partners In Health
Care Management Resources
Broward Health Foundation Board Member
Care Management Resources, LLC
Total Care
Alteon Health
Weil, Gotshal & Manges LLP
The American Red Cross
Fordham University Law School
MBIA Inc.
Genesis Care Finance Pty, Ltd.
Resolute Investment Managers, Inc.
Matterhorn Parent, LLC (d/b/a Hearthside Food Solutions).
Hamlin Partners LLC
National CineMedia, LLC
Bed Bath & Beyond
Talen Energy Corporation

Speedcast International Ltd
EP Energy Corp.
Xerox Corporation
HP, Inc.

**Bank Accounts**

Banco Popular
Morgan Stanley
Fifth Third Bank
Wells Fargo Bank
Raymond James

**Bankruptcy Judges and Staff for the District of Delaware**

No KPMG Connections

**Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)**

ADP INC
AETNA INC
AETNA VOLUNTARY
ALLSTATE IDENTITY PROTECTION
HEALTH EQUITY INC
INFOARMOR. INC
METROPOLITAN LIFE INSURANCE COMPANY
NATIONWIDE
ROBERT HALF MANAGEMENT RESOURCES
WORKDAY INC.
THE HARTFORD
Alight Payment Services

**Clerk of the Court for the District of Delaware**

No KPMG Connections

**Contract Counterparties (includes patents and intellectual property)**

ABC Realty Advisors
AD Khan Properties, LLC
ADP
ADP, LLC
Aetna
Aetna Health Inc.
Aetna Health, Inc.
Aetna Network Services, LLC
Alignment Healthcare
Alignment Healthcare USA, LLC

America West Properties, Inc.
AmerisourceBergen
Anderson
AT&T
AT&T Corp.
AutoMed Technologies, Inc. d/b/a AmerisourceBergen Technology Corporation
Avison Young-Florida LLC
AZT Corporation
B&B Cash Grocery Stores, Inc.
B&B Corporate Holdings
Bamboo Health, Inc.
BDO USA, LLP
Beach Holding, Inc.
Blue Diamond M-E
Bridge Commercial Real Estate
Bridge Investment Group
Brightstar Corp
Caldwell Brokerage Company
CarePlus Health Plans, Inc.
Center for Medicare & Medicaid Services
Centers for Medicare & Medicaid Services
Century Physician's Group, LLC
Change Healthcare Solutions, LLC
Comcast Business
Coventry Health and Life Insurance Company
Coventry Health Care of Florida, Inc.
Cox Communications Las Vegas, Inc.; Nevada Telcom, LLC
CSC
Cushman & Wakefield
Cushman & Wakefield U.S., Inc.
David H. Sachs
DLA Piper LLP (US)
DLA Piper, LLC (US)
Doctor's Choice Medical Center, Inc.
Doctor's Medical Center, Inc.
Doctor's Medical Centers, Inc.
Doctor's Medical Centers, LLC
Doctor's Choice Medical Center, Inc.
Doctors Group Management
Doctors Group Management, Inc.
Doctor's Medical Center
Doctor's Medical Center Inc.
Doctor's Medical Center, Inc.
Dr. Jorge Cavero
E*Trade Financial Corporate Services, Inc.
eClinicalWorks
eClinicalWorks, LLC
Ernst & Young LLP

Experian Health
Experian Health, Inc.
Farm Bureau Life Insurance Company of Michigan
Federal Realty
Federal Realty Investment Trust
Federal Realty OP LP
First American Title Insurance Company National Commercial Services
Flaster/Greenberg P.C.
Florida Department of Children and Families
Florida Department of State
Florida Institute for Cardiovascular Care P.A. D/B/A HealthwoRx
Florida Institute for Cardiovascular Care, P.A.
Freedom Health, Inc.
Fried, Frank, Harris, Shriver & Jacobson LLP
GASKA Inc.
Greenberg Traurig LLP
GRI-EQY (CONCORD) LLC
Hallandale Investments, Inc.
HCA Healthcare, Inc.
HealthEquity
HealthSun Physician Network I, LLC
HealthwoRx
Healthworx LLC
Healthy Partners
Healthy Partners Enterprises, LLC
Hemisphere Holding I, LLC
Hinshaw & Culbertson LLP
Holladay Properties
Horizon Properties, as Agent or, Lakeside Center Shoppes, LLC
Horwood Marcus & Berk
Humana
Humana Government Business, Inc., d\b\a, Humana Military
Humana Health Insurance Company of Florida, Inc.
Humana Health Plans of Puerto Rico, Inc.
Humana Inc.
Humana Insurance Company
Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., Humana Medical Plan, Inc. and Their Affiliates That Underwrite or Administer Health Plans
Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., Humana Medical Plan, Inc., and Their Affiliates that Underwrite or Administer Health Plans
Humana Insurance of Puerto Rico Corporation
Humana Insurance of Puerto Rico, Inc.
Humana Medical Plan, Inc.
Humana, Inc.
Icon Real Estate Holdings LLC
Icon Real Estate Holdings, LLC
IMC Equity Group
InfoArmor, Inc.

INNEX II L.L.C.
Innovation Associates, Inc.
Innovation Associates, Inc. d/b/a iA
Intowne Property Management
J & C Properties dba La Roma Plaza
J & J Properties of Florida, LLC
J&J Properties of Florida, LLC
Jones Lang LaSalle Brokerage Inc.
Jose Gonzalez
K&L Gates, LLP
Kimco Realty Op, LLC
Kimzay of FL Inc
Kimzay of Florida, Inc.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
Kirkpatrick & Lockhart, LLP
Lakes Radiology Inc.
Lakewood Marketplace Shopping Center
Land 1(One) Ltd.
Latitude Health, Inc., dba Pearl Health
Law Department, Humana Inc.
Lincoln Harris CSG
LinkedIn
Lockton Companies
Lockton Investment Advisors, LLC
Longpoint Property Group, LLC
Loyola Medicine
Lyft Healthcare, Inc.
M Three Corp
MacNeill Group
MB Land Investments LLC
McKesson
Medica Healthcare Plans, Inc.
Memorial Hospital West
Memorial Medical Office Building
Mercantil Bank N.A., a National Banking Association f/k/a Mercantil Commercebank N.A. and
f/k/a Commercebank N.A.
Miami Beach Healthcare Group, Ltd.
Micron USA Management
Mid-Atlantic Investments, Inc.
NAI Property Management
Navina Technologies, Ltd.
Network Property Management, LLC
New Market-Polo Grounds, LLC
Optimum HealthCare, Inc.
Oracle America, Inc.
Page Plaza
Page Plaza Acquisition, LP
Park Centre Partners, LLC

Physicians Partners Group Puerto Rico, LLC
Physicians Partners Group, LLC
Polyclinic Health Center Inc
PPM Capital, LLC
Preferred Care Network
Preferred Care Network, Inc.
Preferred Care Partners
Preferred Care Partners / Network
Preferred Care Partners, Inc.
Premier Family Health, P.A.
Primary Care Holdings II, LLC
Primary Care Partners
Primary Care Physicians of Hollywood, P.L.
PRIME/FRIT Bell Gardens, LLC
Prime/Frit Bell Gardens, LLC - Bell Gardens Marketplace
Promociones 96, Inc.
Pulaski Partners, LLC
Q Holding 13155, LLC
Q Holding East Hialeah, LLC
Q Holding West Kendall, LLC
Q Holdings East Hialeah, LLC
Rainbow 215 Plaza, LLC
Regency Centers
Richard Aguilar, PC
Rio Bravo LLC
Risk Watchers, Inc.
Risk Watchers, Inc., d/b/a Primary Care Partners
Riverchase MSO, LLC
Roetzel & Andress
Saltzman, Tanis, Pittell, Levin & Jacobson, LLC, d/b/a Pediatric Associates
Saltzman, Tanis, Pittell, Levin & Jacobson, LLC, dba Pediatric Associates
SANDY LANE DEVELOPMENT, L.L.C.
Sang D. Tran dba ProCare Medical Center
SBH Management Services, LLC
ScanlanKemperBard Companies, LLC
Schwabe, Williamson & Wyatt, P.C. Pacwest Center
Simply Healthcare Plans, Inc.
SJD Holdings LLC
SKS Office Partners, LLC
Skylight Holdings LLC, Lapciuc Group Inc., Precision Center Inc., Mlip LLC, Gables Shops
LLC, West Brickell Properties LLC, West Brickell Properties II LLC, Hemisphere Holdings I
LLC
South Broward Hospital District
South Broward Hospital District d/b/a Memorial Healthcare System
South Florida Water Management District
Sterling Management Group, LLC
Sunset Square Associates Ltd.
Syncronys

Tenant Services Group
Texas Health Services Authority
The Center Plaza Bldg., Ltd.
The Doctors Office LLC
The Lowndes Law Firm
The Medical Center of the Palm Beaches
The Praedium Group LLC
The Rotella Group Inc.
Toibb Enterprises
Total Health Medical Centers, LLC
Trinity Health-Michigan
Ultra Care Medical Centers, LLC
United Healthcare Insurance Company, United Healthcare of Florida Inc., and Other Entities that
are United's Affiliates
United Healthcare of Florida, Inc.
UnitedHealthcare Insurance Company on Behalf of Itself, UnitedHealthcare of Florida, Inc., and
the other entities that are United's Affiliates
UnitedHealthcare Insurance Company, Contracting on Behalf of itself, UnitedHealthcare of
Florida, Inc., and Other Entities that are United's Affiliates
UnitedHealthcare Insurance Company, on Behalf of Itself, UnitedHealthcare of Florida, Inc. and
its Other Affiliates
UnitedHealthcare Network Contract Support
UnitedHealthcare of Florida, Inc.
UnitedHealthcare of Florida, Inc., and Other Entities that are United's Affiliates
UnitedHealthcare Physician Contract Support and Network Depiction
Universal Properties Management USA
University Health Care Bird Road, Inc.
University Health Care Coral Gables
University Health Care Coral Gables, Inc.
Urban Retail Properties, LLC
V 3 Capital Group
V&L Investment Group, Inc.
Viva Investment Group LLC
Viva investments LLC
Water's Edge Dermatology / Riverchase Dermatology
Weingarten Maya Tropicana, LLC
Weingarten Realty
Wellmed Medical Management of Florida, Inc.
Workday, Inc.
WRI J
WRI/Pembroke, Ltd.
Wellcare of Florida, Inc.
BCBS/Florida Blue

## **Current Officers and Directors**

David Armstrong (General Counsel)
Fred Green (Advisor to CEO)

**Current Officers and Directors (include senior management)**

Michael Sheehan (Corporate Secretary)

**Debtors Professionals**

AlixPartners LLP
Houlihan Lokey
Weil, Gotshal & Manges LLP
ERNST & YOUNG U.S. LLP
KCC
Richards, Layton & Finger
KEKST CNC

**Former Officers and Directors (including senior management)**

No KPMG Connections

**Insurance/Insurance Provider/Surety Providers**

Intact Insurance
Twin City Fire Insurance Company
Property & Casualty Insurance Company of Hartford
Hartford Underwriters Insurance Company
Twin City Fire Insurance Company
Hartford Insurance Company of the Midwest
Hartford Underwriters Insurance Company
"Beazley
(Lloyd's Syndicate 2623/623)"
Hartford Fire Insurance Company
Ironshore Specialty Insurance Company
Endurance American Specialty Insurance Company (Sompo)
Chubb
RLI
Berkley
Beazley at Lloyd's of London
Everest National Insurance Company
AXA XL
AIG
QBE
BerkleyPro
RSUI GROUP INC.
Lloyd's of London (Ambridge)
AMERIS BANCORP DBA US PREMIUM FINANCE
NORTHEAST SERIES OF LOCKTON LLC.
American Choice Healthcare, LLC
Convex Insurance UK Ltd.

Westfield Specialty Insurance Company

**Landlords and Parties to Leases**

107 COMMERCIAL PROPERTY LLC
ALLSTATE REALTY ASSOCIATES, LLC.
AQUA DERMATOLOGY MANAGEMENT, LLC
B & B CASH GROCERY STORES, INC
BEACH HOLDING, INC
CELIMAR INC
CHMC, LLC
GREENSPOINT INVESTORS, LTD
HALLANDALE INVESTMENTS INC
HCP CTE LP
HIGHLAND LAKES MEDICAL CENTER, LLC
HR OF SARASOTA LLC
HUMANA REAL ESTATE COMPANY
J & C PROPERTY MANAGEMENT INC
JMKO, LLC
KIMCO REALTY CORPORATION
LAKEWOOD MARKETPLACE LLC
LAND 1 ONE LTD
LAUDERHILL CORPORATE CENTER 18 LLC
LOYOLA UNIVERSITY HEALTH SYSTEM
LOYOLA UNIVERSITY MEDICAL CENTER
LRF2 ORL GROVE PARK CENTER, LLC
LSG1 EL PARAISO LLC
MEMORIAL HEALTHCARE SYSTEM
METROPOLITAN LIFE INSURANCE CO/ TRAIL PLAZA
MID-ATLANTIC INVESTMENTS INC
NADG NNN CH (TX) LP
NEW MARKET POLO GROUNDS LLC
NEW MARKET POLO GROUNDS, LLC
PARK CENTRE PARTNERS LLC
PROMOCIONES 96 INC.
RED ROCK SQUARE LLC
REGENCY CENTERS, L.P.
SMART STAR PROPERTIES, LTD
SOUTH DADE SHOPPING, LLC
STRAWBERRY PLAZA,LLC
SUNBEAM PROPERTIES, INC
SVF HOLDING REAL ESTATE INVESTMENT TRUST
THA WEST RIVER RETAIL LLC
THE CENTER PLAZA BLDG LTD
TRIPLE S ASSOCIATES
TROPICANA CENTRE LV LLC
TROPICANA PALM PLAZA, LLC
UNIVERSITY SHOPPES SUMMIT LLC

VIVA INVESTMENTS GROUP LLC
WEINGARTEN REALTY INVESTORS
WELLTOWER OM GROUP LLC
WRI JT PEMBROKE COMMONS, LP
WRI JT TAMIAMI TRAIL, LP

**<u>Lenders</u>**

Anchorage Capital, L.L.C-FM
Allianz Investment Management LLC
AlphaSimplex Group LLC
AlphaSimplex Group LLC
Anchorage Capital, L.L.C-FM
Arini Capital
Assurant CLO Management, LLC
Barclays Bank Plc-Fd Mgr
Barclays Bank PLC-FD MGR
BlackRock Financial Management, Inc.
BlackRock Fund Advisors
BlackRock Investment Management (UK) Ltd.
Bluemountain Cap Mgmt (a/k/a Assured Investment Mgmt. LLC)
Bluemountain Fuji Management LLC
Capital Four US INC
Carlyle Investment Management, LLC. US Lev. Finan
CBAM Partners LLC
Churchill Financial LLC - FM
CQS (UK) LLP
Credit Suisse
Diameter Capital Partners LP
Eaton Vance
Fidelity Institutional Asset Management
Fidelity Investments- FM
Fidelity Management & Research Co. LLC
Fir Tree
Five Arrows Managers LLP
Goldman Sachs Bank USA
Insight Investment Management (Global) Ltd.
Insight North America LLC
Invesco Capital Management LLC
JP Morgan Chase
JPMorgan Investment Management, Inc.
Lord, Abbett & Co. LLC
Manulife Investment Management (US) LLC
Marathon Asset Management
Metropolitan West Asset Management LLC
MJX Asset Management, LLC - Fund Manager
Monroe Capital Advisors LLC- FM
Monroe Capital Management LLC

Morgan Stanley (unsecured noteholder/administrative agent)
Morgan Stanley Broker/Dealer
Morgan Stanley Eaton Vance CLO Manager LLC
Morgan Stanley Investment Management Inc.
Morgan Stanley Investment Management, Inc.
Neuberger Berman Investment Advisers LLC - FM
Northern Trust Investments, Inc.(Investment Management)
Nut Tree Capital Management LP
Polen Capital
Principal Global Investors LLC
Rubicon (Term Loan Lender)
Sound Point Capital Management, LP- FM
Squarepoint Ops LLC
SSgA Funds Management, Inc.
TCW Asset Management Co. LLC
TCW Asset Management Company
TCW Group  FM
TCW Investment Management Co LLC
THL Credit, Inc.
Trimaran Advisors LLC
UBS Investment Bank
Wellington Management Company, LLP
Western Asset Management Co. LLC
York Capital Management, L.P.-Fund Manager
D.E. Shaw

**List of the Creditors Holding the Top 100 Largest Unsecured Claims**

NORTHEAST SERIES OF LOCKTON LLC.
PREFERRED CARE PARTNERS INC.
THE SIEGFRIED GROUP, LLP
CUSHMAN & WAKEFIELD, INC.
TRUESHORE BPO, LLC
NAVINA TECHNOLOGIES LTD
ENTERPRISE FM TRUST
ECLINICAL WORKS, LLC
RAPID7 LLC
BOF FL FLAGLER STATION LLC
LABATON SUCHAROW LLP
Fifth Third Bank
SALESFORCE.COM, INC
LYFT, INC.
MILLIMAN INC
ATT
BDO USA,LLP
REGENCY CENTERS, L.P.
WB MASON CO. INC.
MOODY'S INVESTORS SERVICE

LIGHTBEAM HEALTH SOLUTIONS INC
PMW US HOLDINGS
FPL
DATASITE LLC
COMCAST
ADP INC
HUMANA REAL ESTATE COMPANY
BEACH HOLDING, INC
WAKELY CONSULTING GROUP, LLC
ORACLE AMERICA INC
SAFETY CULTURE PTY LTD
DATALINK SERVICE FUND SOLUTIONS, LLC
HEWLETT-PACKARD
MEDLINE INDUSTRIES LP
FIVE9 INC.
WRI JT PEMBROKE COMMONS, LP
KROLL, LLC
ALIGHT SOLUTIONS LLC
CONTRACT LOGIX LLC
VAXCARE, LLC
GOODWIN PROCTER LLP
PRIMESTOR/FRIT JV, LLC
RED ROCK SQUARE LLC
NADG NNN CH (TX) LP
DONNELLEY FINANCIAL, LLC
THE HARTFORD

**List of the Creditors Holding the Top 50 Largest Unsecured Claims**

AMERISOURCEBERGEN DRUG CORP 100084281
FIFTH THIRD EQUIPMENT FINANCE
CUSHMAN & WAKEFIELD, INC.
AMERISOURCEBERGEN DRUG CORP 100127579
LABATON SUCHAROW LLP
NAVINA TECHNOLOGIES LTD
INNOVATION ASSOCIATES, INC DBA IA
TRUESHORE BPO, LLC
FIFTH THIRD BANK
EPSTEIN BECKER & GREEN, P.C.
LYFT, INC.
THE HARTFORD
RAPID7 LLC
MORGAN, LEWIS & BOCKIUS LLP
ATT
FPL
DATASITE LLC
REGENCY CENTERS, L.P.
COMCAST

WORKDAY INC.
107 COMMERCIAL PROPERTY LLC
S&P GLOBAL RATINGS
ADP INC
WB MASON CO. INC.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
GOODWIN PROCTER LLP
DONNELLEY FINANCIAL, LLC
ORACLE AMERICA INC
FIVE9 INC.

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

Maria Hernandez
Richard Clark
David Rodriguez
Jennifer Shaw
Maria Hernandez
Dr. Hitesh Goel
Ricardo Martinez
Jennifer Shaw
Orange Accountable Care Organization v. Genuine Health ACO, LLC ET AL
Carlos Gonzalez
107 Commercial property
NADG NNN CH (TX), LP.
Alberto Gonzales

**Non-Debtor Professionals**

Akin, Gump, Strauss, Hauer & Feld LLP (Polen Capital and Arini Capital)
Davis Polk & Wardwell LLP
Gibson, Dunn & Crutcher LLP
Proskauer Rose LLP
White & Case LLP
Evercore
Berkeley Research Group, LLC
Freshfields
Potter Anderson & Corroon LLP

**Non-Debtors**

Orange Care Management Services Organization LLC
Cano Health California PC
Cano Health Illinois PLLC
Cano Health Texas, PLLC
Cano Health Nevada, PLLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**

PACHULSKI STANG ZIEHL & JONES LLP

**Notice of Appearance Parties**

Gibson, Dunn & Crutcher LLP (counsel to the ad hoc first lien group)
Pachulski, Stang, Ziehl & Jones LLP (counsel to the ad hoc first lien group)
Bexar County (TX)
Wilmington Savings Fund Society, FSB, as Administrative Agent
Fifth Third Bank
Kimco Realty Corporation
U.S. Bank Trust Company National Association, as Indenture Trustee
Nueces County (TX)
Hidalgo County (TX)
Cameron County (TX)
ShopCore Properties
Brownsville Independent School District
Credit Suisse AG, Cayman Island Branch
Houston ISD / Houston Independent School Board
Atlantic Specialty Insurance Company

**Ordinary Course Professionals**

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
EPSTEIN BECKER & GREEN, P.C.
FTI CONSULTING GROUP,INC
MCDERMOTT WILL & EMERY
MORGAN, LEWIS & BOCKIUS LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP
MCDERMOTT WILL & EMERY
Broadridge Ics
Cole, Scott & Kissane P.A.
Continental Stock Transfer & Trust
Diligent Corporation
Donnelley Financial, LLC
First Coast Results Inc
Fisher & Phillips Llp
Hinshaw & Culbertson Llp
Mackenzie Partners,Inc.
Mediant Communications Inc.
Navex Global
Stearns Weaver Miller Weissler Alhadeff & Sitterson Pa
Thomson Reuters West

**Regulatory and Government (Federal, State, and Local)**

AGENCY FOR HEALTH CARE ADMINISTRATION

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
CAYAN LLC
CDPH-RADIOLOGIC HEALTH BRANCH
CITY OF PLANTATION-PARKS AND RECREATION
CLARK COUNTY BUSINESS LICENSE
DEPARTMENT OF HEALTH IN HILLSBOROUGH COUNTY
DEPARTMENT OF HEALTH IN PALM BEACH COUNTY
DEPT OF HEALTH BUREAU OF RADIATION CONTROL
DEPT. OF HEALTH IN PINELLAS COUNTY ENVIRONMENTAL HEALTH SECTION
FLORIDA DEPARTMENT OF HEALTH IN MARION COUNTY
FLORIDA DEPARTMENT OF HEALTH IN ORANGE COUNTY
FLORIDA DEPARTMENT OF HEALTH IN PALM BEACH COUNTY
MIAMI-DADE FIRE RESCUE DEPARTMENT
MIAMI-DADE POLICE DEPT
PEMBROKE PINES, FALSE ALARM REDUCTION PROGRAM
SECURITY AND EXCHANGE COMMISSION

**Significant Shareholders**

Dr. Richard Aguilar
D. E. Shaw Galvanic Portfolios, L.L.C.
D. E. Shaw & Co., L.L.C.
D. E. Shaw & Co., L.P.
David E. Shaw
Barry S. Sternlicht
BlackRock, Inc.
JPMORGAN CHASE & CO.
Millennium Management LLC
Capital World Investors
The Vanguard Group
Zazove Associates, LLC
Barclays Capital, Inc.
Ionic Capital Management, LLC
TD Cowen and Co., LLC
BlackRock Advisors, LLC
Alpha Wave Global, L.P.
Davidson Kempner Capital Management, L.P.
BlackRock Investment Management (U.K.), LTD
D.E. Shaw & Company, L.P.
Context Capital Management, LLC
PenderFund Capital Management, LTD
Diameter Capital Partners LP

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**

BEXAR COUNTY TAX ASSESSOR-COLLECTOR
BROWARD COUNTY TAX COLLECTOR
CAMERON COUNTY TAX OFFICE

CITY OF LAKELAND BUSINESS TAX OFFICE
CLARK COUNTY ASSESSOR
DELAWARE SECRETARY OF STATE FRANCHISE TAX FILING
HIDALGO COUNTY TAX OFFICE
MIAMI DADE COUNTY TAX COLLECTOR
NANCY C. MILLAN, TAX COLLECTOR
NEW YORK STATE
NUECES COUNTY TAX ASSESOR-COLLECTOR
OSCEOLA COUNTY TAX COLLECTOR
PALM BEACH COUNTY
STATE COMPTROLLER
STATE OF CALIFORNIA FRANCHISE TAX BOARD
STATE OF NEW JERSEY
TAX COLLECTOR, PBC
BREVARD COUNTY TAX COLLECTOR
CITY OF BELLFLOWER
CITY OF CORAL GABLES- FINANCE DEPT. COLLECTION DIVISION
CITY OF DANIA BEACH
CITY OF GREENACRES
CITY OF HENDERSON
CITY OF HOLLYWOOD
CITY OF LAS VEGAS
CITY OF LAUDERDALE LAKES
CITY OF LAUDERHILL
CITY OF MARGATE
CITY OF MIAMI
CITY OF NORTH MIAMI BEACH
CITY OF PALM BEACH GARDENS
CITY OF PEMBROKE PINES
CITY OF SAN ANTONIO
CITY OF TAMARAC
CITY OF TAMPA
DEPT OF BUSINESS AND PROFESSIONAL REGULATION
FL DEPT OF HEALTH BIOMEDICAL WASTE
FL DEPT OF HEALTH-BROWARD COUNTY
MIAMI-DADE COUNTY FINANCE DEPARTMENT
ORANGE COUNTY TAX COLLECTOR
THE CITY OF DELRAY BEACH
THE CITY OF PLANTATION
TOWN OF MEDLEY
VILLAGE OF ROYAL PALM BEACH
VOLUSIA COUNTY HEALTH DEPARTMENT
BERNALILLO COUNTY ASSESSOR
BEXAR COUNTY APPRAISER
BREVARD COUNTY APPRAISER
BROWARD COUNTY APPRAISER
CALIFORNIA FRANCHISE TAX BOARD
CAMERON COUNTY APPRAISER

CLARK COUNTY (NV)
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE
FLORIDA DEPARTMENT OF REVENUE
HIDALGO COUNTY APPRAISER
HILLSBOROUGH COUNTY APPRAISER
ILLINOIS DEPARTMENT OF REVENUE
LAKE COUNTY APPRAISER
MARION COUNTY APPRAISER
MIAMI-DADE COUNTY APPRAISER
NEVADA DEPARTMENT OF TAXATION, COMMERCE TAX TEAM
NEW MEXICO TAXATION AND REVENUE DEPARTMENT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NUECES COUNTY APPRAISER
ORANGE COUNTY APPRAISER
OSCEOLA COUNTY APPRAISER
PALM BEACH COUNTY APPRAISER
PINELLAS COUNTY APPRAISER
POLK COUNTY APPRAISER
STATE OF NEW JERSEY, DIVISION OF TAXATION
VOLUSIA COUNTY APPRAISER

**U.S. Attorneys Office for the District of Delaware**

No KPMG Connections

**UCC Lien Search Results**

Fifth Third Bank
CIT Bank, N.A.
Hewlett-Packard Financial Services Company
Credit Suisse AG, Cayman Islands Branch, as Administrative Agent
South Dade Shopping, LLC
Verdant Commercial Capital, LLC
C T Corporation System, as Representative
JPMorgan Chase Bank, N.A., as Administrative Agent
Concur Technologies, Inc.
Nicholas Financial, Inc.
Midland Funding LLC
Midland Credit Management, Inc.
Asset Acceptance, LLC
Portfolio Recovery Associates, LLC
Cavalry SPV II LLC
Cavalry SPV I LLC
Nicholas Financial, Inc.
Maria Hernandez
MSP Recovery, LLC
Alberto Gonzalez
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT

HITACHI CAPITAL AMERICA CORP.
SAXON BUSINESS SYSTEMS
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
SAXON BUSINESS SYSTEMS, INC.
BRYN MAWR EQUIPMENT FINANCE, INC.
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
HERNANDEZ, MARIA
HERNANDEZ, MARIA
CAVALRY (SPV) I (LLC)
PORTFOLIO RECOVERY ASSOC (LLC)
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
BLUE RIDGE FINANCIAL, LLC; HITACHI CAPITAL AMERICA CORP.
AMERISOURCEBERGEN DRUG CORPORATION
JPMORGAN CHASE BANK, N.A., AS ADMINISTATIVE AGENT
MCKESSON CORPORATION
MCKESSON CORPORATION
MCKESSON CORPORATION
JPMORGAN CHASE BANK, NA
JPMORGAN CHASE BANK, NA
MCKESSON CORPORATION
MCKESSON CORPORATION
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
PENNANTPARK INVESTMENT ADMINISTRATION LLC, AS ADMINISTRATIVE AGENT
ASD SPECIALTY HEALTHCARE, LLC
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
PENNANTPARK INVESTMENT ADMINISTRATION, LLC, AS ADMINISTRATIVE
AGENT
PENNANTPARK INVESTMENT ADMINISTRATION, LLC, AS ADMINISTRATIVE
AGENT
ASD SPECIALTY HEALTHCARE, LLC

**United States Trustee and Staff of the District of Delaware**

No KPMG Connections

**Utility Providers/Utility Brokers**

ATT
BROADVOICE
BROWARD COUNTY WATER & WASTEWATER SERVICES
CENTURYLINK
CITY OF AVON PARK

CITY OF CHICAGO
CITY OF CORPUS CHRISTI
CITY OF DEERFIELD BEACH
CITY OF EDINBURG
CITY OF FORT MYERS
CITY OF FULLERTON
CITY OF HARLINGEN
CITY OF HIALEAH WATER
CITY OF HOMESTEAD HPS
CITY OF LAKE WORTH
CITY OF LAKELAND - UTILITIES
CITY OF NORTH LAS VEGAS
CITY OF OCALA
CITY OF PALM BAY
CITY OF POMPANO BEACH
CITY OF SANTA ANA
CITY OF ST CLOUD
CITY OF SUNRISE
CITY OF TAMPA UTILITIES
COASTAL WASTE & RECYCLING INC.
COMCAST
COMED AND EXELON COMPANY
COX BUSINESS
CPS ENERGY
CR&R, INC.
DISH NETWORK
DUKE ENERGY
FIVE9 INC.
FLORIDA CITY GAS
FPL
FRONTIER
GOLDEN STATE WATER COMPANY
HILLSBOROUGH COUNTY FLORIDA BOCC
HILLSBOROUGH COUNTY TAX COLLECTOR
KISSIMMEE UTILITY AUTHORITY
LAKELAND ELECTRIC
MANATEE COUNTY UTILITIES DEPARTMENT
MCALLEN PUBLIC UTILITY
MIAMI DADE COUNTY STORMWATER UTILITY
MIAMI-DADE WATER & SEWER DEP
NET2PHONE, INC
NEW MEXICO GAS COMPANY
NOTIFYMD
NV ENERGY
ORANGE COUNTY UTILITIES
ORLANDO UTILITIES COMMISSION
PALM BEACH COUNTY WATER UTILITIES DEPT.
PEOPLES GAS

PINELLAS COUNTY
PNM
RELIANT, DEPT 0954
REPUBLIC SERVICES INC #620
RETARUS INC
RINGCENTRAL, INC.
SAN ANTONIO WATER SYSTEM
SOCALGAS
SOUTHERN CALIFORNIA EDISON
SOUTHWEST GAS
SPECTRUM BUSINESS
STERICYCLE INC 8302067
TECO
TEXAS DISPOSAL SYSTEMS
TEXAS GAS SERVICE
T-MOBILE USA INC.
TRILOGY MEDWASTE
VERIZON WIRELESS
VILLAGE OF PALM SPRINGS
WASTE MANAGEMENT OF FLORIDA
WASTE PRO OF FLORIDA, INC

**<u>Vendors/Suppliers</u>**

CHANGE HEALTHCARE
TRILOGY MEDWASTE
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA
WRI JT TAMIAMI TRAIL, LP
SVF HOLDING REAL ESTATE INVESTMENT TRUST
DOCUSIGN, INC
WEINGARTEN REALTY INVESTORS
ETRADE FINANCIAL CORPORATE SERVICES INC.
J & C PROPERTY MANAGEMENT INC
LAND 1 ONE LTD
B & B CASH GROCERY STORES, INC
CHECK POINT SOFTWARE TECHNOLOGIES INC
KIMCO REALTY CORPORATION
LSG1 EL PARAISO LLC
VERIZON WIRELESS
PARK CENTRE PARTNERS LLC
LRF2 ORL GROVE PARK CENTER, LLC
AUDACIOUS INQUIRY, LLC
GRANT THORNTON LLP
M-THREE CORP
KNOWBE4 INC.
COX BUSINESS
HCP CTE LP
EMPLOYMENT BACKGROUND INVESTIGATIONS, LLC

T-MOBILE USA INC.
MIAMI-DADE WATER & SEWER DEP
AIRGAS USA, LLC.
FREDERIC W. COOK & CO., INC
MARCUM LLP
CENTURYLINK
LAKEWOOD MARKETPLACE LLC
ICIMS, INC.
CIT
CROWN CASTLE FIBER LLC
BIOVENTUS LLC
CONSILIO LLC
RINGCENTRAL, INC.
VERDANT COMMERCIAL CAPITAL
LINKEDIN CORPORATION
MINTZ GROUP LLC
RELIANT, DEPT 0954
SPECTRUM BUSINESS
WORKDAY INC.
PROMOCIONES 96 INC.
NUANCE COMMUNICATIONS, INC.
COLE, SCOTT & KISSANE P.A.
KONICA MINOLTA
ESCREEN INC
MEMORIAL HEALTHCARE SYSTEM
HALLANDALE INVESTMENTS INC
CCA FINANCIAL LLC
CONTINENTAL STOCK TRANSFER & TRUST
PLAYFLY HOLDINGS, LLC
GREENWAY HEALTH LLC
NEST EGG TRUST LTD
TECO
ALL STATES M.E.D.
LEAF CAPITAL FUNDING LLC
HEALTH RECOVERY SOLUTIONS, INC
HR OF SARASOTA LLC
INTEGRAL RX
WASTE MANAGEMENT OF FLORIDA
NEW MARKET POLO GROUNDS LLC
PROPIO LS LLC