**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------- x
                                    :

In re                                       :         Chapter 11

**CANO HEALTH, INC.,** *et al.,*       :         Case No. 24–10164 (KBO)

       Debtors.[1]                    :         (Jointly Administered)

--------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 28, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and, on March 29, 2024, via Overnight Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Debtors' Combined (I) Opposition to MedCloud Depot LLC's Motion for Rule 2004 Examination of the Debtors and (II) Motion to Quash MedCloud Depot LLC's Rule 30(b)(6) Notice** [Docket No. 531]

- **Debtors' Motion to Expedite the Debtors' Motion to Quash MedCloud Depot LLC's Rule 30(b)(6) Notice** [Docket No. 532]

Furthermore, on March 29, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit D**; via Overnight Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Second Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De Minimis* Property in Connection Therewith, and (II) Granting Related Relief** [Docket No. 533]

---

[1]    The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

- **Declaration of Clayton Gring in Support of Second Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De Minimis* Property in Connection Therewith, and (II) Granting Related Relief** [Docket No. 534]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: April 3, 2024

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor/Committee Member | 107 Commercial Property LLC | Attn Pablo Szprynger and Myriam Goldsmith | MYRIAM@DGS.GROUP; pablo@dgs.group |
| Top 30 Creditor/Committee Member | 2380-90 NW 7 STREET LLC | RIC ARCADI | RIC@IMAGE1GROUP.COM |
| Counsel to MedCloud Depot, LLC | Aaronson Schantz Beiley P.A. | Geoffrey S. Aaronson | gaaronson@aspalaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Jeffrey R Gleit & Brett D. Goodman | jeffrey.gleit@afslaw.com; brett.goodman@afslaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | ArentFox Schiff LLP | Matthew R. Bentley | matthew.bentley@afslaw.com |
| Counsel to Hemisphere Holdings I, LLC | Bilzin Sumberg Baena Price & Axelrod LLP | Jeffrey I. Snyder | jsnyder@bilzin.com |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | sandron@broward.org |
| Counsel to Fifth Third Bank | Carlton Fields, P.A. | Nader A. Amer | namer@carltonfields.com |
| Top 30 Creditor/Committee Member | CD Support LLC | Attn Ernest Blackwelder | chollinger@onsitedental.com; eblackwelder@onsitedental.com |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | Cheri.Rice@cms.hhs.gov |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | ACOREACH@cms.hhs.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin R. Alberto, Patrick J. Reilley and Andrew J. Roth-Moore | jalberto@coleschotz.com; preilley@coleschotz.com; aroth-moore@coleschotz.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Seth Van Aalten | svanaalten@coleschotz.com |
| Counsel to Humana Medical Plan, Inc. | Cooch and Taylor, P.A | R. Grant Dick IV and Dean R. Roland | gdick@coochtaylor.com; droland@coochtaylor.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Humana Medical Plan, Inc. | Dinsmore & Shohl LLP | Ellen Arvin Kennedy and Sarah S. Mattingly | ellen.kennedy@dinsmore.com; sarah.mattingly@dinsmore.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch, and Top 30 Creditor | Freshfields Bruckhaus Deringer US LLP | Mark F Liscio, Scott D Talmadge, Samantha S. Braunstein, Lacey Nemergut and Ali Muffenbier | mark.liscio@freshfields.com; scott.talmadge@freshfields.com; samantha.braunstein@freshfields.com; lacey.nemergut@freshfields.com; ali.muffenbier@freshfields.com |
| Counsel to the Ad Hoc First Lien Group | Gibson, Dunn & Crutcher LLP | Scott J, Greenberg, Michael J. Cohen and Christina M. Brown | mcohen@gibsondunn.com; christina.brown@gibsondunn.com; sgreenberg@gibsondunn.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Joseph J. Mamounas and Joshua M. Mandel | MamounasJ@gtlaw.com; MandelJ@gtlaw.com |
| Counsel to CD Support LLC | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman and Jessica M. Wolfert | PinkasO@gtlaw.com; HoffmanS@gtlaw.com; Jessica.Wolfert@gtlaw.com |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Hillsborough County Tax Collector | Brian T. FitzGerald | fitzgeraldb@hillsboroughcounty.org; stroupj@hillsboroughcounty.org; connorsa@hillsboroughcounty.org |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to U.S. Bank Trust Company National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr and Kristin S. Elliott | jcarr@kelleydrye.com; kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Kelley Drye & Warren LLP | Jennifer D. Raviele | jraviele@kelleydrye.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Kelley Drye & Warren LLP | Robert L. LeHane | rlehane@kelleydrye.com |
| Counsel to Daniel T. McMurray, Patient Care Ombudsman | Klehr Harrison Harvey Branzburg LLP | Raymond H. Lemisch and Sally E. Veghte | rlemisch@klehr.com; sveghte@klehr.com |
| Counsel to Regency Centers, L.P. and GRI-EQY (Concord) LLC | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Houston ISD, City of Houston and Houston Comm Coll System | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to Atlantic Specialty Insurance Company | Manier & Herod, P.C. | Scott C. Williams and S. Marc Buchman | swilliams@manierherod.com; mbuchman@manierherod.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the DIP Agent, Wilmington Savings Fund Society, FSB, as Administrative Agent ("WSFS") | Morris James LLP | Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | emonzo@morrisjames.com; bkeilson@morrisjames.com; scerra@morrisjames.com |
| Committee Member | Navina Technologies Ltd. | Attn Ohad Shamian | hila.ds@navina.ai |
| Counsel to Daniel T. McMurray, Patient Care Ombudsman | Neubert, Pepe & Monteith, P.C. | Mark I. Fishman | mfishman@npmlaw.com |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | Benjamin.A.Hackman@usdoj.gov; Jon.Lipshie@usdoj.gov |
| Counsel to the Ad Hoc First Lien Group | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones & James E ONeill | ljones@pszjlaw.com; joneill@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Kristopher M. Hansen, Erez Gilad, Ryan Montefusco and Jillian McMillan | krishansen@paulhastings.com; erezgilad@paulhastings.com; ryanmontefusco@paulhastings.com; jillianmcmillan@paulhastings.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Schlea Thomas | schleathomas@paulhastings.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to the Agent under the CS Credit Agreement, Credit Suisse AG, Cayman Island Branch | Potter Anderson & Corroon LLP | Jeremy W. Ryan and L. Katherine Good | jryan@potteranderson.com; kgood@potteranderson.com |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | EPalenschat@proskauer.com |
| State Attorney General | Puerto Rico Attorney General | Attn Bankruptcy Department | fernando.figueroa@justicia.pr.gov |
| Counsel to Elevance Health, Inc. | Reed Smith LLP | Mark W. Eckard | meckard@reedsmith.com |
| Counsel to Elevance Health, Inc. | Reed Smith LLP | Michael P. Cooley and Dylan T.F. Ross | mpcooley@reedsmith.com; dylan.ross@reedsmith.com |
| Top 30 Creditor/Committee Member | Second Wave Delivery Systems, LLC | Attn Elliot Moskow | fred.leathers@secondwaveds.com; elliot.moskow@secondwaveds.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | William F. McDonald III | wmcdonald@shopcore.com |
| Counsel for K&L Marketing, Inc., Abraham Leonorovitz, and Aaron Knobel | Stok Kon + Braverman | Theodore Sandler | tsandler@stoklaw.com |
| Counsel for MedCloud Depot, LLC | Sullivan Hazeltine Allinson LLC | Elihu E. Allinson | zallinson@sha-llc.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | christine.robinette@usbank.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Agent under the Side-Car Credit Agreement | White & Case LLP | Kerrick Seay, David Ridley, Andrew Zatz | kerrick.seay@whitecase.com; David.Ridley@whitecase.com; azatz@whitecase.com |
| Counsel to Dental Excellence Partners LLC, Marlow Hernandez, Richard Aguilar, and Jason Conger | Whiteford Taylor & Preston LLC | Richard W. Riley and Thomas J. Francella, Jr. | rriley@whitefordlaw.com; tfrancella@whitefordlaw.com |
| Counsel to Dental Excellence Partners LLC, Marlow Hernandez, Richard Aguilar, and Jason Conger | Whiteford Taylor & Preston LLC | Sarah E. Wenrich, Scott M. Hare and Jordan N. Kelly | swenrich@whitefordlaw.com; share@whitefordlaw.com; jkelly@whitefordlaw.com |
| Counsel to Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Lisa Bittle Tancredi | lisa.tancredi@wbd-us.com |
| Counsel to American Express National Bank | Zwicker & Associates, P.C. | Katie E. Hankard | bknotices@zwickerpc.com |

# Exhibit B

**Exhibit B**
**Affected Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to MedCloud Depot, LLC | Aaronson Schantz Beiley P.A. | Geoffrey S. Aaronson | One Biscayne Tower, Suite 3450 | 2 S. Biscayne Boulevard, Suite 3450 | Miami | FL | 33131 |
| Counsel for MedCloud Depot, LLC | Sullivan Hazeltine Allinson LLC | Elihu E. Allinson | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 |

# Exhibit C

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor/Committee Member | 107 Commercial Property LLC | Attn Pablo Szprynger and Myriam Goldsmith | 2260 NW 114th Avenue | | | Miami | FL | 33172 | |
| Top 30 Creditor/Committee Member | 2380-90 NW 7 STREET LLC | RIC ARCADI | 6924 NW 113TH PL | | | Doral | FL | 33178 | |
| Counsel to Broward County | Broward County Attorney | Scott Andron Assistant County Attorney | Governmental Center, Suite 423 | 115 South Andrews Avenue | | Fort Lauderdale | FL | 33301 | |
| State Attorney General | California Attorney Genera | Attn Bankruptcy Department | 1300 I St, Ste 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor/Committee Member | CD Support LLC | Attn Ernest Blackwelder | 85 Argonaut, Suite 220 | | | Aliso Viejo | CA | 92656 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Cheri Rice, Deputy Director | 7500 Security Blvd. | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services Division | Centers for Medicare & Medicaid Services Division | Deputy Associate General Counsel, Program Review Branch | 7500 Security Blvd., Room C2-05-23 | | | Baltimore | MD | 21244 | |
| Centers for Medicare & Medicaid Services (CMS) | CMS Office of Financial Management | | 7500 Security Boulevard | Mailstop C3-01-24 | | Baltimore | MD | 21244 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| State Attorney General | Florida Attorney Genera | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Hillsborough County Tax Collector | Brian T. FitzGerald | Senior Assistant County Attorney | Post Office Box 1110 | | Tampa | FL | 33601-1110 | |
| State Attorney General | Illinois Attorney Genera | Attn Bankruptcy Department | James R Thompson Ctr | 100 W Randolph St | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Counsel to Nueces County, Hidalgo County and Cameron County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Counsel to Houston ISD, City of Houston and Houston Comm Coll System | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Committee Member | Navina Technologies Ltd. | Attn Ohad Shamian | Menachem Begin 146 | | | Tel Aviv | | 6492103 | Israel |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Mexico Attorney Genera | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman & Jon Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | 2805 Fountain Plaza Blvd., Suite B | | | Edinburg | TX | 78539 | |
| Counsel to the Agent under the Side-Car Credit Agreement | Proskauer Rose LLP | Evan Palenschat | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602 | |
| State Attorney General | Puerto Rico Attorney Genera | Attn Bankruptcy Department | PO Box 9020192 | | | San Juan | PR | 00902-0192 | |
| Top 30 Creditor/Committee Member | Second Wave Delivery Systems, LLC | Attn Elliot Moskow | 9060 W. Cheyenne Ave. | | | Las Vegas | NV | 89129 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W 15th St | | | Austin | TX | 78701 | |
| Indenture Trustee under the Senior Note Indenture and Top 30 Creditor | U.S. Bank National Association | Attn Christine Robintette, Global Corporate Trust Services | West Side Flats, 60 Livingston Ave, EP-MN-WS3C | | | Saint Paul | MN | 55107 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Counsel to the Agent under the Side-Car Credit Agreement | White & Case LLP | Kerrick Seay, David Ridley, Andrew Zatz | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | |

# Exhibit D

**Exhibit D**
**Rejected Contracts and Leases Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Fanelli Law Firm, P.A. | Attn: Julie Fanelli | jfanelli@fanellilaw.com; SWilcox@fanellilaw.com; DMace@FanelliLaw.com |
| GGF Pico Rivera, LLC | Attn Aida Norhadian | Arin.Norhadian@gaskainc.com |
| Greenphire, LLC | Attn: Chief Commercial Officer | notices@greenphire.com |
| Greenway Health | | CASHAPPS@GREENWAYHEALTH.COM |
| InfoWerks Data Services, Inc. | | enroll@infowerks.com |
| Mid-Atlantic Investments, Inc. | | alicep@southeastrealtymgmt.com |
| Q4 Inc | | bryans@q4inc.com; AR@Q4INC.COM |
| SVF HOLDING REAL ESTATE INVESTMENT TRUST | IVONNE HERNANDEZ | IVONNE.HERNANDEZ@FOUNDRYCOMMERCIAL.COM |
| Triple S Associates | | Martha@silverbuilders.com |

# Exhibit E

**Exhibit E**
**Rejected Contracts and Leases Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BOOSTLINGO, LLC | | 98 San Jacinto | c/o Industrious, Suite 400 | Austin | TX | 78701 | |
| COSTAR REALTY INFORMATION INC | | 1331 L St NW | | Washington | DC | 20005-4101 | |
| Fanelli Law Firm, P.A. | Attn: Julie Fanelli | 5300 W. Cypress Street, Suite 200 | | Tampa | FL | 33607 | |
| GASKA Inc. | | 100 W. Broadway, Suite 950 | | Glendale | CA | 91210 | |
| GGF Pico Rivera, LLC | Attn Aida Norhadian | c/o GASKA, Inc. | 100 West Broadway, Suite 950 | Glendale | CA | 91210 | |
| GREENPHIRE LLC | | 1018 W. 9th Avenue, Suite 200 | | King of Prussia | PA | 19406 | |
| GREENWAY HEALTH LLC | | 4301 W. Boy Scout Blvd. Suite 800 | | Tampa | FL | 33607 | |
| INFOWERKS DATA SERVICES, LLC | | 3085 E. Russell Road Suite C | | Las Vegas | NV | 89120 | |
| Mid-Atlantic Investments, Inc. | | 4150 N Armenia Ave., Suite 205 | | Tampa | FL | 33607 | |
| Mid-Atlantic Investments, Inc. | | 45 Spanish Main | | Tampa | FL | 33609 | |
| NAVINA TECHNOLOGIES LTD | | 156 Menachem Begin | | Tel Aviv | | | Israel |
| PR Transal Park, LLC | Attn Lou Varsames | c/o GRV Realty Group, LLC | 4301 Anchor Plaza Parkway, Suite 400 | Tampa | FL | 33634 | |
| PR Transal Park, LLC | Attn PRISA Asset Manager | Prudential Real Estate Investors | 180 N. Stetson Street, Suite 3275 | Chicago | IL | 60601 | |
| Q4 INC. | | 99 Spadina Avenue | Suite 500 | Toronto | ON | M5V 3P8 | Canada |
| Silver Builders Real Estate Corp. | | 3109 Stirling Road, Suite 200 | | Ft Lauderdale | FL | 33312 | |
| SVF HOLDING REAL ESTATE INVESTMENT TRUST | IVONNE HERNANDEZ | 2335 NW 107 AVENUE SUITE 107 | | Doral | FL | 33172 | |
| Triple S Associates | | 3109 Stirling Road, Suite 200 | | Ft Lauderdale | FL | 33312 | |