## Exhibit 3

**Patient Bar Date Notice**

[Cano Health, Inc. Letterhead]

You are receiving this notice regarding the chapter 11 cases of Cano Health, Inc. and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**"), because you are a current or former patient of the Debtors.

This notice is to inform you that **April 22, 2024 at 5:00 p.m. Eastern Time** is the deadline to file proofs of claims against the Debtors in the chapter 11 cases. This date is known as the "**General Bar Date**".

Although you are receiving this notice it does not mean you have a claim or need to file a Proof of Claim. You do not need to file a Proof of Claim for any refund arising in the ordinary course of business that the Debtors have been previously authorized to pay by order of the Court. If you believe that you have other claims against the Debtors, you may need to file a separate Proof of Claim, as patients are generally not listed as creditors in the Debtors' schedules of unsecured claims required to be filed with the Court.

Under the Bar Date Order, entered by the Bankruptcy Court on [●], 2024 at Docket No. [●], any person or entity (other than a Governmental Unit) that holds a claim against the Debtors that arose before February 4, 2024, must file a proof of claim on or before the General Bar Date. Any person or entity that is required, but fails, to file a proof of claim (a "**Proof of Claim**") on or before the General Bar Date will be forever barred from asserting such claim against the Debtors, and will be barred from receiving any distribution or vote in the Debtors' chapter 11 cases with respect to such claim.

Each Proof of Claim, including supporting documentation, must be filed (i) electronically at the website of the Debtors' claims agent, Kurtzman Carson Consultants LLC ("**KCC**"), using the interface available at **https://www.kccllc.net/CanoHealth** under the link entitled "Submit Electronic Proof of Claim (ePOC)" or (ii) by delivering the original Proof of Claim form by hand, or mailing the original Proof of Claim form, on or before the General Bar Date, if by mail, to:

> **Cano Health, Inc. et al., Claims Processing Center**
> **c/o Kurtzman Carson Consultants LLC**
> **222 N. Pacific Coast Highway, Suite 300**
> **El Segundo, California 90245**

If you wish to obtain a copy of the Proof of Claim Form, the Bar Date Order, or related documents (or any other pleadings filed in these chapter 11 cases) you may do so by: (i) visiting KCC's website at: https://www.kccllc.net/CanoHealth, (ii) calling KCC at (888) 251-2679 (toll free) or (310) 751-2609 (int'l), and/or (iii) writing via hardcopy to the above address. If you wish to register your email address to request electronic notice for the duration of the chapter 11 cases, please register at: https://www.kccllc.net/CanoHealth.

The Debtors and their advisors are unable to provide you with any legal advice. To the extent you seek legal or other professional advice, please consult with your own lawyer or advisor.

If you have any questions about this notice or the Debtors' chapter 11 cases, please call our dedicated hotline at (888) 251-2679 (toll free) or (310) 751-2609 (int'l) or visit https://www.kccllc.net/CanoHealth/Inquiry.

Sincerely,

Mark Kent
Chief Executive Officer

WEIL:\99660251\3\33098.0017