# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CANO HEALTH, INC., *et al*.,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 24-10164 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 760** |

**ORDER AUTHORIZING FILING UNDER SEAL PORTIONS OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO MOTION OF
DEBTORS FOR ENTRY OF ORDER (I) APPROVING PROPOSED DISCLOSURE
STATEMENT AND FORM AND MANNER OF NOTICE OF DISCLOSURE
STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING
PROCEDURES, (III) SCHEDULING CONFIRMATION HEARING,
(IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR
<u>CONFIRMATION OF PROPOSED PLAN, AND (V) GRANTING RELATED RELIEF</u>**

Upon consideration of the motion (the "<u>Motion to Seal</u>")[2] filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Committee to file certain portions of the Limited Objection under seal; and a publicly viewable Proposed Redacted Limited Objection having been filed in these cases at Docket No. [759]; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion to Seal.

in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion to Seal has been given as set forth in the Motion to Seal and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion to Seal support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Seal is **GRANTED** as provided herein.

2. The Committee is authorized to file those portions of the Limited Objection that were redacted in the Proposed Redacted Limited Objection (the "Sealed Material") under seal.

3. The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, the Debtors, counsel to the Ad Hoc Group, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the Sealed Material shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

**Dated:** May 17th, 2024
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

67408/0001-47591641