**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                              :    **Chapter 11**
In re                                                         :
                                                              :    **Case No. 24–10164 (KBO)**
**CANO HEALTH, INC., *et al.*,**                              :
                                                              :    **(Jointly Administered)**
                     **Debtors.**[1]                          :
------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 4, 2024 AT 1:00 P.M. (ET)**

---

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Owens's Chambers Procedures
(https://www.deb.uscourts.gov/content/judge-karen-b-owens)
and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances)
for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

I.    **RESOLVED MATTERS:**

1.    Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Neubert, Pepe & Monteith, P.C. as Counsel, Effective as of March 15, 2024 [Docket No. 651; filed April 15, 2024]

      Response/Objection Deadline:          April 29, 2024 at 4:00 p.m. (ET)

      Responses/Objections:                 None

---

[1]    The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

[2]    **Amended agenda items appear in bold.**

Related Documents:

i.      Amended Notice of Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Neubert, Pepe & Monteith, P.C. as Counsel, Effective as of March 15, 2024 [Docket No. 680; filed April 24, 2024]

ii.     Declaration of Daniel T. McMurray in Support of the Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Neubert, Pepe & Monteith, P.C. as Counsel [Docket No. 795; filed May 10, 2024]

iii.    Certification of Counsel Regarding Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Neubert, Pepe & Monteith, P.C. as Counsel, Effective as of March 15, 2024 [Docket No. 808; filed May 14, 2024]

iv.     Order Authorizing the Retention and Employment of Neubert, Pepe & Monteith, P.C. as Counsel, Effective as of March 15, 2024 [Docket No. 819; entered May 15, 2024]

Status: On May 15, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.      Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 for Authorization to (I) Retain and Employ Hilco Real Estate, LLC as Real Estate Consultants and Advisors to the Debtors Effective as of April 8, 2024 and (II) Waive Certain Reporting Requirements Pursuant to Local Bankruptcy Rule 2016-2 [Docket No. 684; filed April 26, 2024]

Response/Objection Deadline:        May 10, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Ad Hoc Group of First Lien Lenders

Related Documents:

i.      Certification of Counsel Regarding Revised Order Authorizing Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 to (I) Retain and Employ Hilco Real Estate, LLC as Real Estate Consultants and Advisors to the Debtors Effective as of April 8, 2024, and (II) Waive Certain Reporting Requirements Pursuant to Local Bankruptcy Rule 2016-2 [Docket No. 809; filed May 14, 2024]

RLF1 31053318v.1

ii.   Order Authorizing Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 to (I) Retain and Employ Hilco Real Estate, LLC as Real Estate Consultants and Advisors to the Debtors Effective as of April 8, 2024, and (II) Waive Certain Reporting Requirements Pursuant to Local Bankruptcy Rule 2016-2 [Docket No. 820; entered May 15, 2024]

Status:   On May 15, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.   Motion of Debtors for Entry of an Order Extending Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and Granting Related Relief [Docket No. 769; filed May 5, 2024]

Response/Objection Deadline:        May 20, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:        None

Related Documents:

i.   Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and Granting Related Relief [Docket No. 888; filed May 29, 2024]

ii.   Order Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and Granting Related Relief [Docket No. 894; entered May 30, 2024]

Status:   On May 30, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) and Fed. R. Bankr. P. 6004 for Entry of an Order (I) Authorizing Debtors to Pay Performance-Based Compensation Owed to Certain ACH Employees, and (II) Granting Related Relief [Docket No. 817; filed May 14, 2024]

Response/Objection Deadline:        May 28, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:        None

Related Documents:

i.   Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) and Fed. R. Bankr. P. 6004 for Entry of Order (I) Authorizing Debtors to Pay Performance-Based Compensation Owed to Certain ACH Employees, and (II) Granting Related Relief [Docket No. 891; filed May 29, 2024]

ii.    Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) and Fed. R. Bankr. P. 6004 for Entry of Order (I) Authorizing Debtors to Pay Performance-Based Compensation Owed to Certain ACH Employees, and (II) Granting Related Relief [Docket No. 895; entered May 30, 2024]

Status:  On May 30, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5.    Motion of Marlow Hernandez and Brian Koppy for Entry of an Order Granting: (I) Relief from the Automatic Stay to Obtain Insurance Proceeds and, (II) Related Relief [Docket No. 839; filed May 17, 2024]

Response/Objection Deadline:          May 28, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:        None

Related Documents:

i.    Certificate of No Objection [Docket No. 887; filed May 29, 2024]

ii.    Order Granting Marlow Hernandez and Brian Koppy (I) Relief from the Automatic Stay to Obtain Insurance Proceeds and (II) Related Relief [Docket No. 893; entered May 30, 2024]

Status:  On May 30, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    MATTERS FILED UNDER CERTIFICATION:

6.    Third Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De Minimis* Property in Connection Therewith, and (II) Granting Related Relief [Docket No. 700; filed April 30, 2024]

Response/Objection Deadline:          May 14, 2024 at 4:00 p.m. (ET); extended to May 21, 2024 at 4:00 p.m. (ET) for Dental Excellence Partners LLC

Responses/Objections Received:

A.    Dental Excellence Partners LLC's Limited Objection and Reservation of Rights to Third Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De*

4

*Minimis* Property in Connection Therewith, and (II) Granting Related Relief [Docket No. 869; filed May 21, 2024]

Related Documents:

i.  Declaration of Clayton Gring in Support of Third Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De Minimis* Property in Connection Therewith, and (II) Granting Related Relief [Docket No. 701; filed April 30, 2024]

ii. Certification of Counsel Regarding Revised Order Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (B) Abandon *De Minimis* Property in Connection Therewith, and (II) Granting Related Relief [Docket No. 902; filed May 31, 2024]

Status: On May 31, 2024, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

7.  First Interim and Final Application for Compensation and Reimbursement of Expenses of Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 22, 2024 through March 20, 2024 [Docket No. 756; filed May 1, 2024]

Response/Objection Deadline:        May 21, 2024 at 4:00 p.m. (ET)

Responses/Objections:        None

Related Documents:

i.  Certificate of Counsel Regarding First Interim and Final Application for Compensation and Reimbursement of Expenses of Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 22, 2024 through March 20, 2024 [Docket No. 875; filed May 22, 2024]

ii. **Certificate of Counsel Regarding First Interim and Final Fee Application for Compensation and Reimbursement of Expenses of Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 22, 2024 through March 20, 2024 [Docket No. 904; filed May 31, 2024]**

5

Status: On May 22, 2024, the Official Committee of Unsecured Creditors filed a proposed form of order approving the final fee application under certification of counsel. **On May 31, 2024, in response to feedback from the Court, the Official Committee of Unsecured Creditors filed a supplement to the final fee application under certification of counsel.** Accordingly, a hearing on this matter is only necessary to the extent that the Court has any questions or concerns.

## III.  CONTESTED MATTERS:

8.  Primary Care Holdings II, LLC's Motion for Relief from Stay to Effectuate a Setoff [Docket No. 511; filed March 25, 2024]

Response/Objection Deadline:   April 8, 2024 at 4:00 p.m. (ET); extended to May 31, 2024 at 4:00 p.m. (ET) for the Debtors

Responses/Objections Received:

A.  **Debtors' Objection to Primary Care Holdings II, LLC's Motion for Relief from Stay to Effectuate a Setoff [Docket No. 905; filed May 31, 2024]**

Related Documents:

i.  **Declaration of David J. Armstrong in Support of Debtors' Objection to Primary Care Holdings II, LLC's Motion for Relief from Stay to Effectuate a Setoff [Docket No. 907; filed May 31, 2024]**

Debtors' Witness Information:

A.  David Armstrong, General Counsel and Chief Compliance Officer, Cano Health, Inc.

Status: The hearing on this matter will go forward.

9.  Motion to Compel Assumption or Rejection of Executory Agreements Pursuant to 11 U.S.C. § 365(d)(2) filed by Richard Aguilar [Docket No. 693; filed April 29, 2024]

Response/Objection Deadline:   May 13, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A.  Debtors' Omnibus Objection to Former Executives' Motions to Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 851; filed May 20, 2024]

6

Related Documents:

i.     Joint Reply of Movants Marlow Hernandez, Jason Conger, and Richard Aguiler to Debtors' Omnibus Objection to Former Executives' Motions to Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 901; filed May 31, 2024]

Status: The hearing on this matter will go forward.

10.    Motion to Compel Assumption or Rejection of Executory Agreements Pursuant to 11 U.S.C. § 365(d)(2) filed by Jason Conger [Docket No. 694; filed April 29, 2024]

Response/Objection Deadline:          May 13, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A.     Debtors' Omnibus Objection to Former Executives' Motions to Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 851; filed May 20, 2024]

Related Documents:

i.     Joint Reply of Movants Marlow Hernandez, Jason Conger, and Richard Aguiler to Debtors' Omnibus Objection to Former Executives' Motions to Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 901; filed May 31, 2024]

Status: The hearing on this matter will go forward.

11.    Motion to Compel Assumption or Rejection of Executory Agreements Pursuant to 11 U.S.C. § 365(d)(2) filed by Marlow Hernandez [Docket No. 695; filed April 29, 2024]

Response/Objection Deadline:          May 13, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A.     Debtors' Omnibus Objection to Former Executives' Motions to Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 851; filed May 20, 2024]

Related Documents:

i.     Joint Reply of Movants Marlow Hernandez, Jason Conger, and Richard Aguiler to Debtors' Omnibus Objection to Former Executives' Motions to

7

Compel Assumption or Rejection of Prepetition Employment and Separation Agreements [Docket No. 901; filed May 31, 2024]

Status: The hearing on this matter will go forward.

12.     Motion of Debtors Pursuant to 11 U.S.C. §§ 365(a) and 105(a), and Fed. R. Bankr. P. 6006 for Entry of an Order (I) Authorizing the Debtors to Reject Syncrasy Software License Agreement with MedCloud Depot, LLC and (II) Granting Related Relief [Docket No. 816; filed May 14, 2024]

Response/Objection Deadline:          May 28, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A.     MedCloud Depot, LLC's Limited Objection and Response to Motion of Debtors Pursuant to 11 U.S.C. § 365(a) and 105(a), and Fed. R. Bankr. P. 6006 for Entry of an Order (I) Authorizing the Debtors to Reject Syncrasy Software License Agreement with MedCloud Depot, LLC and (II) Granting Related Relief and MedCloud's Motion to Continue Hearing [Docket No. 884; filed May 28, 2024]

Related Documents:

i.     Debtors' Reply in Support of Motion Pursuant to 11 U.S.C. §§ 365(a), and 105(a), and Fed. R. Bankr. P. 6006 for Entry of an Order (I) Authorizing the Debtors to Reject Syncrasy Software License Agreement with MedCloud Depot, LLC and (II) Granting Related Relief [Docket No. 899; filed May 30, 2024]

Debtors' Witness Information:

B.     Clayton Gring, Partner and Managing Director at AlixPartners LLP

Status: The hearing on this matter will go forward.

8

Dated: May 31, 2024
      Wilmington, Delaware

/s/  Amanda R. Steele
RICHARD, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Emails: collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        mccauley@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Emails: gary.holtzer@weil.com
        jessica.liou@weil.com
        matthew.goren@weil.com

*Attorneys for the Debtors*
*and the Debtors in Possession*

RLF1 31053318v.1