**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x

In re

CANO HEALTH, INC., *et al.*,

             Debtors.[1]

------------------------------------------------------------ x

:    **Chapter 11**

:    **Case No. 24–10164 (KBO)**

:    **(Jointly Administered)**

:    Re: Docket No. 871

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY
FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS
SPECIAL COUNSEL TO THE DEBTOR CANO HEALTH, INC. FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MARCH 1, 2024, THROUGH MARCH 31, 2024
<u>(NO ORDER REQUIRED)</u>**

The undersigned hereby certifies as follows:

1.      On May 22, 2024, Quinn Emanuel Urquhart & Sullivan, LLP (the "**Applicant**")

filed the *Second Monthly Fee Statement of Quinn Emanual Urquhart & Sullivan, LLP as Special*

*Counsel to the Debtor Cano Health, Inc. for Allowance of Compensation and Reimbursement of*

*Expenses for the Period from March 1, 2024, through March 31, 2024* [Docket No. 871] (the

"**Application**") with the United States Bankruptcy Court for the District of Delaware (the

"**Court**").

2.      Pursuant to the *Notice of Fee Application* that was attached to the Application,

objections to the Application were to be filed and served no later than June 11, 2024 at 4:00 p.m.

(Eastern Time).  As of the date hereof, the undersigned has reviewed the Court's docket in these

---

[1]    The last four digits of Cano Health, Inc.'s tax identification number are 4224.  A complete list of the Debtors in
the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at
https://www.kccllc.net/CanoHealth.  The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida
33178.

cases and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.

3.      The Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 330, and 331 and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 243] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order and the *Order Pursuant to 11 U.S.C. §§ 327, 328, and 330 and Fed. R. Bankr. P. 2014(a) and 2016 for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel* [Docket No. 257], the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

RLF1 31092550v.1

Dated: June 12, 2024
      Wilmington, Delaware

/s/ James F. McCauley

RICHARD, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Emails: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       mccauley@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Emails: gary.holtzer@weil.com
       jessica.liou@weil.com
       matthew.goren@weil.com

*Attorneys for the Debtors*
*and the Debtors in Possession*

**EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br><br>Special Counsel to the Debtors | Fee Period: 3/1/24 – 3/31/24<br><br>5/22/24<br><br>Docket No. 871 | $459,890.50 | $10,085.16 | 6/11/24 | $367,912.40 | $10,085.16 | $91,978.10 |