**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CANO HEALTH, INC., *et al.*, | Case 24-10164 (KBO) |
| Debtors. | (Jointly Administered)<br>**Related Dkt. No. 1025** |

**DEVOTED HEALTH, INC.'S LIMITED OBJECTION
TO THE PROPOSED REJECTION OF ITS EXECUTORY CONTRACT**

Devoted Health, Inc. and its Affiliates (as defined in the Payor Agreement, and collectively, "Devoted"), by and through undersigned counsel, files this limited objection (the "Objection") to the proposed rejection of its Payor Agreement (as defined herein) with debtor Cano Health, LLC ("Cano") pursuant to the *Notice of Proposed Rejection of Executory Contracts and Unexpired Leases Pursuant to Debtors' Proposed Chapter 11 Plan of Reorganization* [Dkt. No. 1025] (the "Rejection Notice"),[1] and respectfully states as follows:

1. Devoted and Cano are parties to that certain *Primary Care Group Participation Agreement* dated as of March 5, 2018 (as amended, the "Payor Agreement"). Pursuant to the Payor Agreement, Devoted contracted with Cano to provide or arrange for the provision of certain health care services.

2. As of the date of this filing, Devoted and Cano have been and are engaged in good faith, arms-length negotiations regarding a restructuring of the terms of the Payor Agreement.

3. On June 14, 2024, the Debtors filed the Rejection Notice pursuant to which all contracts listed in the Rejection Schedule annexed thereto are proposed to be rejected by the

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Notice.

1

Debtors under the Plan. The Payor Agreement is included in the Rejection Schedule. *See* Rejection Notice, Ex. A at 2.

4.    The Rejection Notice allows contract counterparties to make objections to the proposed rejections by June 21, 2024. However, by agreement between the Debtors and Devoted, Devoted's deadline to object to the proposed rejection of the Payor Agreement has been extended to June 24, 2024 at 4:00 p.m. (prevailing Eastern Time) to allow the parties to finalize the restructuring of the Payor Agreement.

5.    Devoted files this limited Objection solely to reserve all of its rights to supplement the Objection and to be heard before the Court at any hearing that may be scheduled for the Court to consider the rejection of the Payor Agreement in the event the parties do not reach consensus on the restructuring thereof.

WHEREFORE, Devoted respectfully requests that this Court reserve all parties' rights and defenses with respect to the potential rejection of the Payor Agreement and grant such other and further relief as the Court deems just and proper.

*[Remainder of page intentionally left blank.]*

Dated: June 24, 2024

Respectfully submitted,

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
mark.minuti@saul.com

- and -

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

William Kannel
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Email: WKannel@mintz.com

- and -

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

Dormie Yu Heng Ko
919 Third Avenue
New York, NY 10022
Phone: (212) 935-3000
Email: DKo@mintz.com

*Counsel to Devoted Health, Inc.*