IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 24–10164 (KBO)
**CANO HEALTH, INC.,** *et al.*, :
: (Jointly Administered)
Reorganized Debtors.[1] :
: Re: Docket No. 1239
:
---------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024
(NO ORDER REQUIRED)**

The undersigned hereby certifies as follows:

1. On July 15, 2024, AlixPartners, LLP (the "**Applicant**") filed the *Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through May 31, 2024* [Docket No. 1239] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the *Notice of Fee Application* that was attached to the Application, objections to the Application were to be filed and served no later than August 5, 2024 at 4:00 p.m. (Eastern Time). As of the date hereof, the undersigned has reviewed the Court's docket in these

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Reorganized Debtors in the chapter 11 cases may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Reorganized Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

RLF1 31321949v.1

2

cases and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.

3. The Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 330, and 331 and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 243] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order and the *Order Pursuant to 11 U.S.C. §§ 327, 330, and 1107 and Fed. R. Bankr. P. 2014(a) and 2016 for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date* [Docket No. 256], the Reorganized Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: August 6, 2024
       Wilmington, Delaware

                        */s/  James F. McCauley*
                        RICHARDS, LAYTON & FINGER, P.A.
                        Mark D. Collins (No. 2981)
                        Michael J. Merchant (No. 3854)
                        Amanda R. Steele (No. 5530)
                        James F. McCauley (No. 6991)
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 651-7700
                        Emails: collins@rlf.com
                                  merchant@rlf.com
                                  steele@rlf.com
                                  mccauley@rlf.com

                        -and-

                        WEIL, GOTSHAL & MANGES LLP
                        Gary T. Holtzer (admitted *pro hac vice*)
                        Jessica Liou (admitted *pro hac vice*)
                        Matthew P. Goren (admitted *pro hac vice*)
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone:  (212) 310-8000
                        Emails: gary.holtzer@weil.com
                                  jessica.liou@weil.com
                                  matthew.goren@weil.com

                        *Attorneys for Reorganized Debtors*

# **EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| AlixPartners, LLP<br><br>Financial Advisors for the Debtors | Fee Period: 5/1/24 – 5/31/24<br><br>7/15/2024<br><br>Docket No. 1239 | $1,831,711.50 | $25,188.13 | 8/6/24 | $1,465,369.20 | $25,188.13 | $366,342.30 |