IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 24–10164 (KBO) |
| CANO HEALTH, INC., *et al.*, | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors.[1] | : | |
| | : | Re: Docket No. 1247 |
| | : | |
| ------------------------------------------------------------ x | | |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL TO THE DEBTOR CANO HEALTH, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2024, THROUGH MAY 31, 2024
<u>(NO ORDER REQUIRED)</u>**

The undersigned hereby certifies as follows:

1.  On July 17, 2024, Quinn Emanuel Urquhart & Sullivan, LLP (the "**Applicant**") filed the *Fourth Monthly Fee Statement of Quinn Emanual Urquhart & Sullivan, LLP as Special Counsel to the Debtor Cano Health, Inc. for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024, through May 31, 2024* [Docket No. 1247] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.  Pursuant to the *Notice of Fee Application* that was attached to the Application, objections to the Application were to be filed and served no later than August 6, 2024 at 4:00 p.m. (Eastern Time). As of the date hereof, the undersigned has reviewed the Court's docket in these

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Reorganized Debtors in the chapter 11 cases may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Reorganized Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

cases and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.

3. The Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 330, and 331 and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 243] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order and the *Order Pursuant to 11 U.S.C. §§ 327, 328, and 330 and Fed. R. Bankr. P. 2014(a) and 2016 for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel* [Docket No. 257], the Reorganized Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: August 7, 2024
      Wilmington, Delaware

          /s/ *James F. McCauley*
          RICHARDS, LAYTON & FINGER, P.A.
          Mark D. Collins (No. 2981)
          Michael J. Merchant (No. 3854)
          Amanda R. Steele (No. 5530)
          James F. McCauley (No. 6991)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Emails: collins@rlf.com
                   merchant@rlf.com
                   steele@rlf.com
                   mccauley@rlf.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Gary T. Holtzer (admitted *pro hac vice*)
          Jessica Liou (admitted *pro hac vice*)
          Matthew P. Goren (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Emails: gary.holtzer@weil.com
                   jessica.liou@weil.com
                   matthew.goren@weil.com

          *Attorneys for the Reorganized Debtors*

# **EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br><br>Special Counsel to the Debtors | Fee Period: 5/1/24 – 5/31/24<br><br>7/17/24<br><br>Docket No. 1247 | $261,663.50 | $8,933.91 | 8/6/24 | $209,330.80 | $8,933.91 | $52,332.70 |