# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CANO HEALTH, INC., *et al.*,[1] | ) Case No. 24-10164 (KBO) |
| Debtor. | ) **Objection Deadline: August 6, 2024 at 4:00 p.m.** |
| | ) Hearing Date: Only if objection is timely filed |

## CERTIFICATION OF NO OBJECTION – NO ORDER REQUIRED
## REGARDING DOCKET NO. 1244

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Delaware Co-Counsel to the Patient Care Ombudsman for Payment of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024* [Docket No. 1244] (the "Application"), filed on July 17, 2024.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than August 6, 2024 at 4:00 p.m., prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 243] the Debtors are authorized to remit payment in the total amount of $4,832.40, which represents (i) 80% of the total fees billed ($4,832.40) and (ii) 100% of the expenses incurred ($0.00).

---

[1] The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

11094574.v1

| | |
|---|---|
| Dated: August 8, 2024<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Raymond H. Lemisch*<br>Raymond H. Lemisch (DE Bar No. 4204)<br>Sally E. Veghte (DE Bar No. 4762)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Email: rlemisch@klehr.com<br>  sveghte@klehr.com<br><br>-and-<br><br>Mark I. Fishman, Esq. (admitted *pro hac vice*)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>Telephone: (203) 781-2898<br>Email: mfishman@npmlaw.com<br><br>*Counsel for Daniel T. McMurray, Patient Care Ombudsman* |

11094574.v1