IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------ x |  |  |
| In re | : | Chapter 11 |
|  | : |  |
| **CANO HEALTH, INC.,** *et al.*, | : | Case No. 24–10164 (KBO) |
|  | : |  |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
|  | : |  |
|  | : | Re: Docket No. 1253 |
|  | : |  |
| ------------------------------------------------------------ x |  |  |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY
FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE
DEBTORS FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024
<u>(NO ORDER REQUIRED)</u>**

The undersigned hereby certifies as follows:

1.      On July 19, 2024, Houlihan Lokey Capital, Inc. (the "**Applicant**") filed the *Third Monthly Fee Statement of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period from May 1, 2024 through May 31, 2024* [Docket No. 1253] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      Pursuant to the *Notice of Fee Application* that was attached to the Application, objections to the Application were to be filed and served no later than August 8, 2024 at 4:00 p.m. (Eastern Time). As of the date hereof, the undersigned has reviewed the Court's docket in these

---

[1]     The last four digits of Cano Health, Inc.'s tax identification number are 4224. A complete list of the Reorganized Debtors in the chapter 11 cases may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://www.kccllc.net/CanoHealth. The Reorganized Debtors' mailing address is 9725 NW 117th Avenue, Miami, Florida 33178.

cases and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.

3. The Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 330, and 331 and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 243] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order and the *Order (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of February 4, 2024, (II) Waiving Certain Reporting Requirements Pursuant to Local Bankruptcy Rule 2016-2, and (III) Granting Related Relief* [Docket No. 496], the Reorganized Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: August 9, 2024
     Wilmington, Delaware

                                             */s/ James F. McCauley*
                                             RICHARDS, LAYTON & FINGER, P.A.
                                             Mark D. Collins (No. 2981)
                                             Michael J. Merchant (No. 3854)
                                             Amanda R. Steele (No. 5530)
                                             James F. McCauley (No. 6991)
                                             One Rodney Square
                                             920 North King Street
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 651-7700
                                             Emails: collins@rlf.com
                                                        merchant@rlf.com
                                                        steele@rlf.com
                                                        mccauley@rlf.com

                                             -and-

                                             WEIL, GOTSHAL & MANGES LLP
                                             Gary T. Holtzer (admitted *pro hac vice*)
                                             Jessica Liou (admitted *pro hac vice*)
                                             Matthew P. Goren (admitted *pro hac vice*)
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Emails: gary.holtzer@weil.com
                                                       jessica.liou@weil.com
                                                        matthew.goren@weil.com

                                             *Attorneys for the Reorganized Debtors*

Case 24-10164-KBO    Doc 1308    Filed 08/09/24    Page 4 of 4

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Houlihan Lokey Capital, Inc.<br><br>Financial Advisor and Investment Banker to the Debtors | Fee Period: 5/1/24 – 5/31/24<br><br>7/19/24<br><br>Docket No. 1253 | $175,000.00 | $1,529.98 | 8/8/24 | $140,000.00 | $1,529.98 | $35,000.00 |

RLF1 31336764v.1